# Exhibit A

# United States Patent Office

803,943
Registered Feb. 15, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 205,709, filed Nov. 6, 1964

# MONCLER

Monclear (French corporation)
20 Rue Guynemer
Grenoble, France

For: MEN'S AND WOMEN'S SKI COATS, JACK-ETS, PARKAS, AND PROTECTIVE OVERTROU-SERS, PARTICULARLY FOR SKIING AND MOUN-TAIN CLIMBING, in CLASS 39.

First use 1952; in commerce Mar. 1, 1955.

LENORE LADY, *Examiner.*

## Certificate of Correction

Registered February 15, 1966                    Registration No. 803,943

Moncler

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, line 1, "Monclear" should be deleted and *Moncler* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 12th day of July 1966.

[SEAL]

EDWIN L. REYNOLDS,
*First Assistant Commissioner of Patents.*

## PRINCIPAL REGISTER
### Trademark

Ser. No. 445,320, filed Jan. 5, 1973



Moncler (French corporation)
20, Rue Guynemer
Grenoble, France

For: SKI JACKETS FOR MEN AND LADIES, COATS, TUNICS, JUMPERS, WIND-CHEATERS, TIGHT PANTS AND STOCKINGS MORE PARTICULARLY FOR SKIING AND MOUNTAIN CLIMBING; TUNICS, SKIRTS, SHORTS, ANKLE SOCKS, FOOTWEAR, JERSEYS, ALL OF THEM FOR PRACTISING TENNIS, in CLASS 39 (INT. CL. 25).

First use Sept. 1, 1971; in commerce Sept. 25, 1971;

1952 as to "Moncler."
Owner of U.S. Reg. No. 803,943.

**LENORE LADY, Examiner**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 445,320, filed Jan. 5, 1973



Moncler (French corporation)
20, Rue Guynemer
Grenoble, France

For: SKI JACKETS FOR MEN AND LADIES, COATS, TUNICS, JUMPERS, WIND-CHEATERS, TIGHT PANTS AND STOCKINGS MORE PARTICU-LARLY FOR SKIING AND MOUNTAIN CLIMB-ING; TUNICS, SKIRTS, SHORTS, ANKLE SOCKS, FOOTWEAR. JERSEYS. ALL OF THEM FOR PRAC-

TISING TENNIS, in CLASS 39 (INT. CL. 25).

First use Sept. 1, 1971; in commerce Sept. 25, 1971; 1952 as to "Moncler."

Owner of U.S. Reg. No. 803,943.

LENORE LADY, Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 975,069
Registered Dec. 18, 1973
Renewal Term Begins Dec. 18, 1993

## TRADEMARK
## PRINCIPAL REGISTER



MONCLER (FRANCE CORPORATION)
20, RUE GUYNEMER
GRENOBLE, FRANCE

OWNER OF U.S. REG. NO. 803,943.

FOR: SKI JACKETS FOR MEN AND LADIES, COATS, TUNICS, JUMPERS, WIND-CHEATERS, TIGHT PANTS AND STOCKINGS MORE PARTICULARLY FOR SKIING AND MOUNTAIN CLIMB-ING; TUNICS, SKIRTS, SHORTS, ANKLE SOCKS, FOOTWEAR, JERSEYS, ALL OF THEM FOR PRACTISING TENNIS, IN CLASS 39 (INT. CL. 25).

FIRST USE 9-1-1971; IN COMMERCE 9-25-1971.

SER. NO. 72–445,320, FILED 1–5–1973.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 14, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

Amended

Reg. No. 975,069
Registered Dec. 18, 1973
OG Date Nov. 8, 1994

## TRADEMARK
## PRINCIPAL REGISTER



MONCLER (FRANCE CORPORATION)
20, RUE GUYNEMER
GRENOBLE, FRANCE

OWNER OF U.S. REG. NO. 803,943.

FOR: SKI JACKETS FOR MEN AND LADIES, COATS, TUNICS, JUMPERS, WIND-CHEATERS, TIGHT PANTS AND STOCKINGS MORE PARTICULARLY FOR SKIING AND MOUNTAIN CLIMBING; TUNICS, SKIRTS, SHORTS, ANKLE SOCKS, FOOTWEAR, JERSEYS, ALL OF THEM FOR PRACTISING TENNIS, IN CLASS 39 (INT. CL. 25).

FIRST USE 9-1-1971; IN COMMERCE 9-25-1971.

SER. NO. 72-445,320, FILED 1-5-1973.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 8, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States of America

## United States Patent and Trademark Office

# MONCLER

**Reg. No. 3,784,896**

**Registered May 4, 2010**

**Int. Cls.: 3, 9, 14, 16, 18, 22, 24, 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONCLER S.R.L. (ITALY JOINT STOCK COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: PERFUMES, FRAGRANCES, EAU-DE-COLOGNE, EAU DE TOILETTE, BODY SPRAYS, ESSENCES, NAMELY, OILS FOR TOILETRY PURPOSES, ESSENTIAL OILS, NON-MEDICATED SKINS PREPARATIONS, FACE AND BODY CREAMS, NIGHT AND DAY SKIN CREAMS, MOISTURIZING CREAMS AND SUN-TANNING CREAMS, COSMETICS, FOUNDATION MAKE-UP, HAIR CARE PREPARATIONS, SHAMPOOS, HAIR LOTIONS, DENTIFRICES, SHAVING FOAMS, AFTER-SHAVE PREPARATIONS FOR MEN, NON-MEDICATED TOILETRIES, ANTIPERSPIRANTS, DEODORANTS FOR PERSONAL USE, HAND SOAPS, TOILET SOAPS, SOAPS FOR BODY CARE, LIQUID SOAPS, BATH AND SHOWER GELS, BATH AND SHOWER FOAMS, BATH SALTS, BODY TOILET MILKS AND COSMETIC MILKS, BODY TOILET OILS AND COSMETIC OILS FOR BATH AND SHOWER, TALCUM POWDER, BODY CREAMS AND LOTIONS, LIPSTICKS, MASCARA, EYE-SHADOWS, EYELINERS, EYEBROW COSMETICS, EYEBROW PENCILS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SPECTACLES, EYEGLASSES, SUNGLASSES; FRAMES FOR EYEGLASSES, SUNGLASSES, DIVING GOGGLES, GOGGLES FOR SPORTS, MOTORCYCLE GOGGLES, SNOW GOGGLES, SWIMMING GOGGLES, ANTI-SMOKE GOGGLES, DUST PROTECTIVE GOGGLES AND MASKS, FACE MASKS FOR DIVING, PROTECTION MASKS, PROTECTIVE FACE MASKS NOT FOR MEDICAL PURPOSES, SWIM MASKS, EYEGLASS AND SUNGLASS CASES, SAFETY GOGGLES, EYEGLASSES AND SUNGLASSES CHAINS, EYEGLASS AND SUNGLASS CORDS, EYEGLASS LENSES, CONTACT LENSES, CONTACT LENSES CONTAINERS, PROTECTIVE HELMETS, PROTECTIVE HELMETS FOR SPORTS, SKI GLASSES, SKI GOGGLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS METALS AND THEIR ALLOYS, IMITATION JEWELRY, WALL CLOCK, ALARM CLOCK, WATCH, WATCH BRACELETS, WATCH STRAPS, WATCH CHAINS, CLOCKS, CLOCK CASES, EARRINGS, PENDANTS, RINGS, JEWELRY CHAINS, NECKLACES, BROOCHES, BRACELETS, TIE CLIPS, TIE-PINS, CUFF LINKS, PARTS FOR ALL THE AFORESAID GOODS; WORKS OF ART OF PRECIOUS METALS OR COATED THEREWITH, BOXES OF PRECIOUS METALS OR COATED THEREWITH, CASES FOR WATCHES, JEWEL CASES OF PRECIOUS METALS OR COATED THEREWITH, KEY CHAINS OF PRECIOUS METALS OR COATED THEREWITH, KEY HOLDERS OF PRECIOUS METALS OR COATED THEREWITH, KEY RINGS OF PRECIOUS METALS OR COATED THEREWITH, PERSONAL ORNAMENTS OF PRECIOUS METALS OR COATED THEREWITH, CHARMS OF PRECIOUS METALS OR COATED THEREWITH, JEWELRY, PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: STATIONERY, PENS, FOUNTAIN PENS, PENCILS, EXERCISE BOOKS, NOTE BOOKS, DIARIES, STATIONERY CASES AND BOXES, STATIONERY WRITING PAPER AND EN-



David J. Kappos

Director of the United States Patent and Trademark Office

**Reg. No. 3,784,896** VELOPES, BOXES FOR PENS, CALENDARS, GREETING CARDS, NOTE CARDS, POST-CARDS, OFFICE REQUISITES, NAMELY, RUBBER BANDS, BLANK JOURNALS, PAPER-WEIGHTS, NOTEPAD HOLDERS; ADDRESS BOOKS, SCRAPBOOK ALBUMS, PHOTO-GRAPH ALBUMS, APPOINTMENT BOOKS, PRINTED ART REPRODUCTIONS, PAPER BAGS, BUSINESS CARDS, DESK PADS, ENVELOPES, EMBROIDERY DESIGN PATTERNS, EMBROIDERY, SEWING AND KNITTING PATTERNS, PASSPORT CASES, DESKTOP BUSINESS CARD HOLDERS, CHECKBOOK HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATION LEATHER, FUR, ARTIFICIAL FUR, SYNTHETIC FUR, TIE CASES, LUGGAGE TAGS, ANIMAL SKINS, ANIMAL HIDES, TRAVELING TRUNKS AND TRAVELING BAGS, SUITCASES, UMBRELLAS, PARASOLS AND WALKING STICKS, WHIPS, HARNESSES AND SADDLERY, LEATHER STRAPS, ALL-PURPOSE CARRYING BAGS, BAGS FOR SPORTS, HANDBAGS, SHOULDER BAGS, HAVERSACKS, RUCKSACKS, BACKPACKS, TOTE BAGS, BEACH BAGS, CLUTCH BAGS, TOILETRY BAGS SOLD EMPTY, PURSES, WALLETS, COIN PURSES, CARRYING CASES, TRAVELING CASES, COSMETIC CASES SOLD EMPTY, BRIEFCASES, LUGGAGE, DOCUMENT CASES, LEATHER POUCHES, CREDIT CARD CASES, BUSINESS CARD CASES, KEY CASES, LEATHER BINDING STRAPS, MOUNTAINEERING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: ROPES, STRING, COMMERCIAL NETS, FISHING NETS, ROCK FALL PREVENTION NETS, TENTS, AWNINGS, TARPAULINS, SAILS, PADDING AND STUFFING MATERIALS NOT OF RUBBER, PAPER OR PLASTIC; NON-METAL BELTS AND NON-METAL SLINGS FOR HANDLING LOADS, MOUNTAINEERING ROPES, TENTS FOR MOUNTAINEERING OR CAMPING, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FOR: NATURAL AND SYNTHETIC FABRICS AND TEXTILES, NAMELY, COTTON, SILK, POLYESTER AND NYLON FABRICS; WOOLEN FABRICS, FABRIC FOR BOOTS AND SHOES, FURNISHING AND UPHOLSTERY FABRICS, TABLE LINEN, THROWS DESIGNED TO ALSO BE WRAPPED AROUND A PERSON, POCKET HANDKERCHIEFS, FABRICS FOR TEXTILE USE, TEXTILE FABRICS FOR THE MANUFACTURE OF CLOTHING, CANVAS FOR TAPESTRY OR EMBROIDERY, TRACED CLOTHS FOR EMBROIDERY, PATTERNED TEXTILES FOR USE IN EMBROIDERY, UNFITTED TEXTILE PIECES FOR FURNITURE COVERINGS, CURTAINS OF TEXTILE OR PLASTIC, BED SHEETS, BED COVERS, BLANKETS FOR OUTDOOR USE, BED BLANKETS, COVERS FOR CUSHIONS, COVERLETS, BEDSPREADS, QUILTS, DUVETS, CURTAINS, TEXTILE LININGS FOR CLOTHING, TEX-TILE FABRICS FOR HOME AND COMMERCIAL INTERIORS, UNFITTED FABRIC COVERS FOR FURNITURE, FACE TOWELS OF TEXTILE, HAND TOWELS AND BATH TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, NAMELY, EYESHADES, DUNGAREES, SKI TROUSERS, SKI JACKETS, BABY BODY SUITS, BABY TOPS, BABY BOTTOMS; FOOTWEAR, HEADWEAR, DOWN JACKETS, ANORAKS, PARKAS, FUR COATS AND JACKETS, KNITWEAR, NAMELY, JUMPERS, TWIN-SETS, TOPS, SKIRTS, WAISTCOATS, SHAWLS; SHIRTS, T-SHIRTS, POLO SHIRTS, SHORTS, BERMUDA SHORTS, SUITS, COATS, OVERCOATS AND RAINCOATS, OVERALLS, TROUSERS, JEANS, BLOUSES, SWEATERS, CARDIGANS, PULLOVERS, PANTS, GOWNS, SKIRTS, VESTS, BLAZERS, DRESSES, STOCKINGS, SOCKS, PANTYHOSE, SCARVES, CAPS, HATS, CRAVATS, TIES, BELTS, NECKTIES, GLOVES, HOSIERY, UN-DERWEAR, LINGERIE, PAJAMAS, NIGHTGOWNS, BATHING COSTUMES, BATH SLIPPERS, BATHROBES, SHOES, SANDALS, SLIPPER BATH SANDALS, SLIPPERS, BOOTS, DANCE SHOES, GOLF SHOES, MOUNTAINEERING SHOES, RUNNING SHOES, SKI AND SNOW-BOARD SHOES, RAIN SHOES, GYMNASTIC SHOES AND BOOTS, CLIMBING BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES AND PLAYTHINGS, NAMELY, CASES FOR PLAY ACCESSORIES, DOLLS AND ACCESSORIES THEREFOR, TOY ANIMALS AND ACCESSORIES THEREFOR; GYMNASTIC APPARATUS, SKIS, BINDINGS FOR ALPINE SKIS, CLIMBING SKINS FOR

**Reg. No. 3,784,896** USE WITH TOURING SKIS, COVERS FOR SKI BINDINGS, PORTABLE SKI CARRIERS, SKI BAGS, SKI BINDINGS AND PARTS THEREOF, SKI BRAKES, SKI CASES, SKI COVERS, SKI EDGES, SKI POLES, SKI ROPES, SKI SCRAPERS, SKI STICKS, SNOW SKIS; MOUNTAINEERING EQUIPMENT, NAMELY, ASCENDERS, BINDING STRAPS, HOOK AND RING COMBINATIONS, HOOKS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 4-11-2007 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0978819 DATED 6-25-2007, EXPIRES 6-25-2017.

OWNER OF U.S. REG. NOS. 803,943 AND 975,069.

SER. NO. 79-059,493, FILED 6-25-2007.

CHRISTOPHER BUONGIORNO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,746,977**
Registered Feb. 9, 2010

**Int. Cls.: 3, 9, 14, 18, 25, 28 and 35**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

MONCLER S.R.L.
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: DETERGENT FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; HAND SOAPS, TOILET SOAPS, SOAPS FOR BODY CARE; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, DENTIFRICES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SPECTACLES, EYEGLASSES, SUNGLASSES; FRAMES FOR EYEGLASSES AND SUNGLASSES, DIVING GOGGLES, GOGGLES FOR SPORTS, MOTORCYCLE GOGGLES, SNOW GOGGLES, SWIMMING GOGGLES, ANTI-SMOKE GOGGLES, DUST PROTECTIVE GOGGLES AND MASKS, FACE MASKS FOR DIVING, PROTECTION MASKS, PROTECTIVE FACE MASKS NOT FOR MEDICAL PURPOSES, SWIM MASKS, AND PARTS AND FITTINGS THEREOF; EYEGLASS AND SUNGLASS CASES, SAFETY GOGGLES, EYEGLASSES AND SUNGLASSES CHAINS, EYEGLASS AND SUNGLASS CORDS, EYEGLASS LENSES, CONTACT LENSES, CONTACT LENSES CONTAINERS, PROTECTIVE HELMETS, PROTECTIVE HELMETS FOR SPORTS, SKI GLASSES, SKI GOGGLES; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; BLANK MAGNETIC DATA CARRIERS AND RECORDING DISCS; AUTOMATIC VENDING MACHINES AND MECHANISMS FOR COIN-OPERATED APPARATUS; CASH REGISTERS, CALCULATING MACHINES, DATA PROCESSING EQUIPMENT AND COMPUTERS; FIRE EXTINGUISHING APPARATUS; COMPUTER OPERATING RECORDED PROGRAMS FOR USE IN DATABASE MANAGEMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS METALS AND THEIR ALLOYS AND GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, IMITATION JEWELRY, WALL CLOCK, ALARM CLOCK, WATCH, WATCH BRACELETS, WATCH STRAPS, WATCH CHAINS, CLOCKS, CLOCK CASES, EARRINGS, PENDANTS, RINGS, JEWELRY CHAINS, NECKLACES, BROOCHES, BRACELETS, TIE CLIPS, TIE-PINS, CUFF LINKS, PARTS FOR ALL THE AFORESAID GOODS; WORKS OF ART OF PRECIOUS METALS OR COATED THEREWITH, BOXES OF PRECIOUS METALS OR COATED THEREWITH, WATCH CASES OF PRECIOUS METALS OR COATED THEREWITH, JEWEL CASES OF PRECIOUS METALS OR COATED THEREWITH, KEY CHAINS OF PRECIOUS METALS OR COATED THEREWITH, KEY HOLDERS OF PRECIOUS METALS OR COATED THEREWITH, KEY RINGS OF PRECIOUS METALS



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 3,746,977**  OR COATED THEREWITH, PERSONAL ORNAMENTS OF PRECIOUS METALS OR COATED THEREWITH, CHARMS OF PRECIOUS METALS OR COATED THEREWITH; JEWELLERY, PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF LEATHER AND IMITATION LEATHER, NAMELY, LEATHER AND IMITATION LEATHER, TIE CASES, LUGGAGE TAGS, SUITCASES, LEATHER STRAPS, ALL-PURPOSE CARRYING BAGS, BAGS FOR SPORTS, HANDBAGS, SHOULDER BAGS, HAVERSACKS, RUCKSACKS, BACKPACKS, TOTE BAGS, BEACH BAGS, CLUTCH BAGS, TOILETRY BAGS SOLD EMPTY, PURSES, WALLETS, COIN PURSES, CARRYING CASES, TRAVELING CASES, COSMETIC CASES SOLD EMPTY, BRIEFCASES, LUGGAGE, DOCUMENT CASES, LEATHER POUCHES, CREDIT CARD CASES, BUSINESS CARD CASES, KEY CASES, LEATHER BINDING STRAPS, MOUNTAINEERING STICKS; ANIMAL SKINS, HIDES, FUR; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HARNESS AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, EYESHADES, DUNGAREES, SKI TROUSERS, SKI JACKETS, BABY BODY SUITS, BABY TOPS, BABY BOTTOMS; DOWN JACKETS, ANORAKS, PARKAS, FUR COATS AND JACKETS; KNITWEAR, NAMELY, JUMPERS, TWIN-SETS, TOPS, SKIRTS, WAISTCOATS, SHAWLS; SHIRTS, T-SHIRTS, POLO SHIRTS, SHORTS, BERMUDA SHORTS, SUITS, COATS, OVERCOATS AND RAINCOATS, OVERALLS, JACKETS, TROUSERS, JEANS, BLOUSES, SWEATERS, CARDIGANS, PULLOVERS, PANTS, GOWNS, SKIRTS, SUITS, VESTS, BLAZERS, DRESSES, STOCKINGS, SOCKS, PANTYHOSE, SCARVES, CAPS, HATS, CRAVATS, TIES, BELTS, NECKTIES, GLOVES, HOSIERY, UNDERWEAR, LINGERIE, PYJAMAS, NIGHTGOWNS, BATHING COSTUMES, BATH SLIPPERS, BATHROBES, MOUNTAINEERING SHOES, RUNNING SHOES, SKI AND SNOWBOARD SHOES, RAIN SHOES, GYMNASTIC SHOES AND BOOTS, CLIMBING BOOTS; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES AND PLAYTHINGS, NAMELY, CASES FOR PLAY ACCESSORIES, DOLLS AND ACCESSORIES THEREFOR, TOY ANIMALS AND ACCESSORIES THEREFOR; GYMNASTIC APPARATUS, SKIS, BINDINGS FOR ALPINE SKIS, CLIMBING SKINS FOR USE WITH TOURING SKIS, COVERS FOR SKI BINDINGS, PORTABLE SKI CARRIERS, SKI BAGS, SKI BINDINGS AND PARTS THEREOF, SKI BRAKES, SKI CASES, SKI COVERS, SKI EDGES, SKI POLES, SKI ROPES, SKI SCRAPERS, SKI STICKS, SNOW SKIS; MOUNTAINEERING EQUIPMENT, NAMELY, ASCENDERS, BINDING STRAPS, HOOK AND RING COMBINATIONS, HOOKS; DECORATIONS FOR CHRISTMAS TREE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS; DISSEMINATION OF ADVERTISEMENTS; DISSEMINATION OF ADVERTISING MATTER; RENTAL OF ADVERTISING SPACE; COMMERCIAL OR INDUSTRIAL BUSINESS MANAGEMENT CONSULTANCY AND ASSISTANCE; PROFESSIONAL BUSINESS CONSULTANCY; MODELLING FOR ADVERTISING OR BUSINESS PROMOTION; FRANCHISING, NAMELY, SERVICES PROVIDED BY A FRANCHISOR, NAMELY, ASSISTANCE IN THE RUNNING OR MANAGEMENT OF COMMERCIAL ENTERPRISES FOR THIRD PARTIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

THE MARK CONSISTS OF A STYLIZED DESIGN OF A BELL.

PRIORITY DATE OF 7-29-2008 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0991913 DATED 10-13-2008, EXPIRES 10-13-2018.

SER. NO. 79-064,817, FILED 10-13-2008.

**Reg. No. 3,746,977** KRISTINA MORRIS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,737,147**
Registered Jan. 12, 2010

**Int. Cls.: 3, 9, 14, 18, 25, 28 and 35**

**TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER**

MONCLER S.R.L.
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: DETERGENT FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS, HAND SOAPS, TOILET SOAPS, SOAPS FOR BODY CARE, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, DENTIFRICES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SPECTACLES, EYEGLASSES, SUNGLASSES; FRAMES FOR EYEGLASSES AND SUNGLASSES, DIVING GOGGLES, GOGGLES FOR SPORTS, MOTORCYCLE GOGGLES, SNOW GOGGLES, SWIMMING GOGGLES, ANTI-SMOKE GOGGLES, DUST PROTECTIVE GOGGLES AND MASKS, FACE MASKS FOR DIVING, PROTECTION MASKS, PROTECTIVE FACE MASKS NOT FOR MEDICAL PURPOSES, SWIM MASKS, AND PARTS AND FITTINGS THEREOF; EYEGLASS AND SUNGLASS CASES, SAFETY GOGGLES, EYEGLASSES AND SUNGLASSES CHAINS, EYEGLASS AND SUNGLASS CORDS, EYEGLASS LENSES, CONTACT LENSES, CONTACT LENSES CONTAINERS, PROTECTIVE HELMETS, PROTECTIVE HELMETS FOR SPORTS, SKI GLASSES, SKI GOGGLES; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; BLANK MAGNETIC DATA CARRIERS AND BLANK RECORDING DISCS; AUTOMATIC VENDING MACHINES AND MECHANISMS FOR COIN-OPERATED APPARATUS; CASH REGISTERS, CALCULATING MACHINES, DATA PROCESSING EQUIPMENT AND COMPUTERS; FIRE EXTINGUISHING APPARATUS; COMPUTER OPERATING RECORDED PROGRAMS FOR USE IN DATABASE MANAGEMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS METALS AND THEIR ALLOYS AND GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, IMITATION JEWELRY, WALL CLOCK, ALARM CLOCK, WATCH, WATCH BRACELETS, WATCH STRAPS, WATCH CHAINS, CLOCKS, CLOCK CASES, EARRINGS, PENDANTS, RINGS, JEWELRY CHAINS, NECKLACES, BROOCHES, BRACELETS, TIE CLIPS, TIE-PINS, CUFF LINKS, PARTS FOR ALL THE AFORESAID GOODS; WORKS OF ART OF PRECIOUS METALS OR COATED THEREWITH, BOXES OF PRECIOUS METALS OR COATED THEREWITH, CASES FOR WATCHES, JEWEL CASES OF PRECIOUS METALS OR COATED THEREWITH, KEY CHAINS OF PRECIOUS METALS OR COATED THEREWITH, KEY HOLDERS OF PRECIOUS METALS OR COATED



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 3,737,147**  THEREWITH, KEY RINGS OF PRECIOUS METALS OR COATED THEREWITH, PERSONAL ORNAMENTS OF PRECIOUS METALS OR COATED THEREWITH, CHARMS OF PRECIOUS METALS OR COATED THEREWITH; JEWELLERY, PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF LEATHER AND IMITATION LEATHER, NAMELY, LEATHER AND IMITATION LEATHER, FUR, ARTIFICIAL FUR, SYNTHETIC FUR, TIE CASES, LUGGAGE TAGS, SUITCASES, LEATHER STRAPS, ALL-PURPOSE CARRYING BAGS, BAGS FOR SPORTS, HANDBAGS, SHOULDER BAGS, HAVERSACKS, RUCKSACKS, BACKPACKS, TOTE BAGS, BEACH BAGS, CLUTCH BAGS, TOILETRY BAGS SOLD EMPTY, PURSES, WALLETS, COIN PURSES, CARRYING CASES, TRAVELING CASES, COSMETIC CASES SOLD EMPTY, BRIEFCASES, LUGGAGE, DOCU-MENT CASES, LEATHER POUCHES, CREDIT CARD CASES, BUSINESS CARD CASES, KEY CASES, LEATHER BINDING STRAPS, MOUNTAINEERING STICKS; ANIMAL SKINS, HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HARNESS AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, EYESHADES, DUNGAREES, SKI TROUSERS, SKI JACKETS, BABY BODY SUITS, BABY TOPS, BABY BOTTOMS; DOWN JACKETS, ANORAKS, PAR-KAS, FUR COATS AND JACKETS; KNITWEAR, NAMELY, JUMPERS, TWIN-SETS, TOPS, SKIRTS, WAISTCOATS, SHAWLS; SHIRTS, T-SHIRTS, POLO SHIRTS, SHORTS, BERMUDA SHORTS, SUITS, COATS, OVERCOATS AND RAINCOATS, OVERALLS, JACKETS, TROUSERS, JEANS, BLOUSES, SWEATERS, CARDIGANS, PULLOVERS, PANTS, GOWNS, SKIRTS, SUITS, VESTS, BLAZERS, DRESSES, STOCKINGS, SOCKS, PANTYHOSE, SCARVES, CAPS, HATS, CRAVATS, TIES, BELTS, NECKTIES, GLOVES, HOSIERY, UN-DERWEAR, LINGERIE, PYJAMAS, NIGHTGOWNS, BATHING COSTUMES, BATH SLIPPERS, BATHROBES, MOUNTAINEERING SHOES, RUNNING SHOES, SKI AND SNOWBOARD SHOES, RAIN SHOES, GYMNASTIC SHOES AND BOOTS, CLIMBING BOOTS; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES AND PLAYTHINGS, NAMELY, GAMES AND PLAYTHINGS, NAMELY, CASES FOR PLAY ACCESSORIES, DOLLS AND ACCESSORIES THEREFOR, TOY ANIMALS AND ACCESSORIES THEREFOR; GYMNASTIC APPARATUS, SKIS, BINDINGS FOR ALPINE SKIS, CLIMBING SKINS FOR USE WITH TOURING SKIS, COVERS FOR SKI BINDINGS, PORTABLE SKI CARRIERS, SKI BAGS, SKI BINDINGS AND PARTS THEREOF, SKI BRAKES, SKI CASES, SKI COVERS, SKI EDGES, SKI POLES, SKI ROPES, SKI SCRAPERS, SKI STICKS, SNOW SKIS; MOUNTAINEERING EQUIPMENT, NAMELY, ASCENDERS, BINDING STRAPS, HOOK AND RING COMBINATIONS, HOOKS; DECORATIONS FOR CHRISTMAS TREE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE FUNCTIONS; DISSEMINATION OF ADVERTISEMENTS; DISSEMINATION OF ADVERT-ISING MATTER; RENTAL OF ADVERTISING SPACE; COMMERCIAL OR INDUSTRIAL BUSINESS MANAGEMENT CONSULTANCY AND ASSISTANCE; PROFESSIONAL BUSI-NESS CONSULTANCY; MODELLING FOR ADVERTISING OR BUSINESS PROMOTION; FRANCHISING, NAMELY, SERVICES PROVIDED BY A FRANCHISOR, NAMELY, ASSIST-ANCE IN THE RUNNING OR MANAGEMENT OF COMMERCIAL ENTERPRISES FOR THIRD PARTIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

OWNER OF U.S. REG. NOS. 803,943 AND 975,069.

PRIORITY DATE OF 7-29-2008 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0991914 DATED 10-13-2008, EXPIRES 10-13-2018.

**Reg. No. 3,737,147** THE MARK CONSISTS OF A STYLIZED DESIGN OF A BELL INCLUDING THE WORDING "MONCLER" AND A STYLIZED COCK, WHERE THE STYLIZED LETTER "M" REPRESENTS A PART OF THE ANIMAL'S BODY.

SER. NO. 79-064,818, FILED 10-13-2008.

KYLE PEETE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,964,502**

**Registered May 24, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONCLER S.R.L. (ITALY LIMITED LIABILITY (JOINT STOCK) COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: CLOTHING, NAMELY, DUNGAREES, SKI TROUSERS, SKI JACKETS, BABY BODY SUITS, BABY TOPS, BABY BOTTOMS; FOOTWEAR, HEADWEAR, DOWN JACKETS, ANORAKS, PARKAS, FUR COATS AND JACKETS, KNITWEAR, NAMELY, JUMPERS, TWIN-SETS, TOPS, SKIRTS, WAISTCOATS, SHAWLS; SHIRTS, T-SHIRTS, POLO SHIRTS, SHORTS, BERMUDA SHORTS, SUITS, COATS, OVERCOATS AND RAINCOATS, OVERALLS, TROUSERS, JEANS, BLOUSES, SWEATERS, CARDIGANS, PULLOVERS, PANTS, GOWNS, SKIRTS, VESTS, BLAZERS, DRESSES, STOCKINGS, SOCKS, PANTYHOSE, SCARVES, CAPS, HATS, CRAVATS, TIES, BELTS, NECKTIES, GLOVES, LINGERIE, PAJAMAS, NIGHTGOWNS, BATHING COSTUMES, SLIPPERS, BATHROBES, SANDALS, BOOTS, MOUNTAINEERING SHOES, RUNNING SHOES, SKI AND SNOWBOARD SHOES, RAIN SHOES, GYMNASTIC SHOES AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF U.S. REG. NOS. 975,069, 3,784,896 AND OTHERS.

PRIORITY DATE OF 2-18-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1039652 DATED 2-22-2010, EXPIRES 2-22-2020.

THE COLOR(S) BLUE AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "MONCLER GRENOBLE". THE WORDING "ONCLER GRENOBLE" IS IN BLUE. THE LETTER M OF "MONCLER" IS IN BLUE AND RED, WITH A BLUE AND RED HEN BEHIND THE M.

SER. NO. 79-082,887, FILED 2-22-2010.

DAVID HOFFMAN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,326,394**

**Registered Apr. 30, 2013**

**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

MONCLER S.R.L. (ITALY LIMITED LIABILITY COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: ARM BANDS, HAIR BANDS, HAIR BOWS, CLOTHING FASTENERS, NAMELY, SNAP BUTTONS, STUD BUTTONS AND SNAP HOOKS, FASTENING FOR BRACES AND SUS-PENDERS, BELT CLASPS, BUCKLES FOR CLOTHING, BUTTONS, EYELETS FOR CLOTHING, FASTENERS FOR SHOES AND BOOTS, SHOULDER PADS FOR CLOTHING, ELASTIC RIBBONS, SLIDE FASTENERS AND PARTS THEREOF, FRINGES, HOOKS AND EYES, LACES AND EMBROIDERY, SHOE EYELETS, HAIR GRIPS, SPANGLES, TASSELS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

OWNER OF U.S. REG. NOS. 3,737,147, 3,964,502 AND OTHERS.

PRIORITY DATE OF 2-28-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1119381 DATED 3-15-2012, EXPIRES 3-15-2022.

THE MARK CONSISTS OF A STYLIZED BELL THAT CONTAINS THE WORDING "MON-CLER" UNDERNEATH A STYLIZED ROOSTER, WHEREIN THE STYLIZED LETTER "M" REPRESENTS A PART OF THE ROOSTER'S BODY.

SER. NO. 79-114,106, FILED 3-15-2012.

MEGHAN REINHART, EXAMINING ATTORNEY



*Seea Stawb hie*

Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,479,319

Registered Feb. 11, 2014

Int. Cls.: 9, 18 and 28

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

MONCLER S.P.A. (ITALY LIMITED LIABILITY COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, BLANK OPTICAL DISKS, BLANK OPTICAL DATA CARRIERS, OPTICAL FIBER CABLES; OPTICAL LENSES; MAGNIFYING GLASSES; MONOCLES, BINOCULARS; OPERA GLASSES; GOGGLES FOR SPORTS; GOGGLES FOR SKIING; CONTACT LENSES; CASES FOR CONTACT LENSES; SPECTACLES; SUNGLASSES; PINCE-NEZ; PINCE-NEZ FRAMES; CASES FOR SPECTACLES AND SUNGLASSES; CASES FOR PINCE-NEZ; CHAINS FOR SPECTACLES AND FOR SUNGLASSES; FRAMES FOR SPECTACLES AND SUNGLASSES; EYEGLASS CORDS; TELEPHONE RECEIVERS; TELEPHONE APPARATUS; VIDEO TELEPHONES; MOBILE PHONES; ANTENNAS FOR MOBILE PHONES; BATTERIES FOR MOBILE PHONES; CHARGERS FOR MOBILE PHONES; CASES FOR MOBILE PHONES; MOBILE PHONE STRAPS; MICROPHONES FOR MOBILE PHONES; LOUDSPEAKERS FOR MOBILE PHONES; EARPHONES FOR MOBILE PHONES; HANDS FREE KITS FOR MOBILE PHONES; APPARATUS AND INSTRUMENTS FOR RECORDING, TRANSMISSION AND REPRODUCING OF SOUNDS AND IMAGES; MAGNETIC DATA CARRIERS, NAMELY, BLANK MAGNETIC DATA CARRIERS; RECORDING DISCS, NAMELY, BLANK RECORD DISKS, BLANK RECORDABLE DVDS; SOUND RECORDING DISCS, NAMELY, BLANK MAGNETIC DISKS, BLANK RECORDABLE CD-RS AND DVD-RS; SOUND RECORDING CARRIERS, NAMELY, BLANK CD-ROMS FOR SOUND RECORDING; RADIOS; TELEVISION APPARATUS, NAMELY, TELEVISIONS, TELEVISION ANTENNAS, TELEVISION MONITORS; RECORDED VIDEO DISCS FEATURING MUSIC; RECORDED VIDEO TAPES FEATURING MUSIC; VIDEO RECORDERS; COMPACT DISCS, NAMELY, BLANK COMPACT DISCS; COMPACT DISC PLAYERS; COMPACT DISC PORTABLE MUSIC PLAYERS; CASES FOR PORTABLE MUSIC PLAYERS; VIDEO CASSETTES, NAMELY, BLANK VIDEO CASSETTES; DVD PLAYERS; DVD RECORDERS; PHOTOGRAPHIC AND CINEMATOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CAMERAS, CINEMATOGRAPHIC PROJECTORS; TELEVISION CAMERAS; DIGITAL CAMERAS; VIDEO CAMERAS; APPARATUS FOR RECORDING, NAMELY, DVD RECORDING APPARATUS, TIME RECORDING APPARATUS; DATA PROCESSING AND COMPUTER EQUIPMENT, NAMELY, DATA PROCESSORS, MEMORIES FOR DATA PROCESSING EQUIPMENT, COMPUTER HARDWARE; RECORDED COMPUTER SOFTWARE FOR USE IN DATABASE MANAGEMENT, USE AS A SPREADSHEET AND FOR WORD PROCESSING; DOWNLOADABLE COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT, USE AS A SPREADSHEET AND FOR WORD PROCESSING;

**Reg. No. 4,479,319**  COMPUTERS; BLANK FLOPPY COMPUTER DISKS; COMPUTER KEYBOARDS; COMPACT DISCS, NAMELY, BLANK COMPACT DISCS; COMPUTER PERIPHERAL DEVICES; MAGNETIC CARDS, NAMELY, MAGNETIC CODED GIFT CARDS; BATTERY MONITORS; COMPUTER MONITORS; OPTICAL DISCS, NAMELY, BLANK OPTICAL DISCS; NOTEBOOK COMPUTERS; MOUSE PADS; COMPUTER GAME PROGRAMS; CHRONOGRAPHS FOR USE AS SPECIALIZED TIME RECORDING APPARATUSES; ELECTRONIC AGENDAS; PROTECTIVE HELMETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: LEATHER AND IMITATION LEATHER, AND GOODS MADE OF THESE MATERIALS AND NOT INCLUDED IN OTHER CLASSES, NAMELY, BRIEFCASES, KEY CASES, PURSES; PURSES, NAMELY, CLUTCH PURSES; SCHOOL BAGS; CARD CASES, NAMELY, CREDIT CARD CASES, BUSINESS CARD CASES AND LEATHER CREDIT CARD CASES; TRAVEL-LING TRUNKS, BACKPACKS; RUCKSACKS; WALLETS; CANVAS, LEATHER AND MESH SHOPPING BAGS; ATTACHÉ CASES; BEACH BAGS; HANDBAGS; TRAVELLING BAGS; HANDBAG FRAMES; DRAWSTRING, JEWELRY AND LEATHER POUCHES; BRIEFCASES; CASES OF LEATHER; UNFITTED VANITY CASES; LEATHER KEY CASES; SUITCASES; BAGS FOR SPORTS; LEATHER CHECK HOLDERS; HAT BOXES OF LEATHER; GARMENT BAGS FOR TRAVEL; LEATHER SHOULDER BELTS; LEATHER STRAPS; FUR, NAMELY, FUR PELTS, FURS SOLD IN BULK AND SYNTHETIC FUR; RAW SKINS; DOG COLLARS; CLOTHING FOR PETS; UMBRELLAS; CANES; WALKING STICKS; WHIPS; SADDLERY, HARNESSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: ATHLETIC EQUIPMENT, NAMELY, MOUTH GUARDS, STRIKING BAGS, STRIKING SHIELDS, AND HAND WRAPS; ATHLETIC SUPPORTERS; BAGS FOR CLIMBERS ESPE-CIALLY ADAPTED FOR HOLDING CLIMBING EQUIPMENT; BAGS FOR SKATEBOARDS; BAGS ESPECIALLY ADAPTED FOR SPORTS EQUIPMENT, NAMELY, TO CARRY YOGA EQUIPMENT AND TO HOLD CRICKET EQUIPMENT; BALL BEARINGS FOR IN-LINE SKATES, ROLLER SKATES, SKATEBOARDS; BALL CAGES; BALLOONS; BALLS FOR GAMES; BALLS FOR JUGGLING; BALLS FOR SPORTS; BASEBALL BAT RACKS; BASE-BALL BATS, BASEBALL GLOVES, BASKET BALLS, BASKETBALL GOAL SETS, BEACH BALLS; BOARD GAMES; BOXING BAGS; BOXING GLOVES; CARD GAMES; CASES FOR PLAY ACCESSORIES; CASES FOR TENNIS BALLS; CRICKET BALLS; CRICKET BATS; ELECTRONIC ACTION TOYS; ELECTRONIC DART GAMES; ELECTRONIC TOY VEHICLES; EXERCISE BALLS; EXERCISE BARS; EXERCISE BENCHES; EXERCISE DOORWAY GYM BARS; EXERCISE EQUIPMENT, NAMELY, INFLATABLE BALLS; EXERCISE MACHINES; EXERCISE TABLES; EXERCISE TRAMPOLINES; EXERCISE TREADMILLS; EXERCISE WEIGHT CUFFS; EXERCISE WEIGHTS; EXERCISING EQUIPMENT, NAMELY, MANUALLY OPERATED JOGGING MACHINES; POWERED TREADMILLS FOR RUNNING; FIELD HOCKEY BALLS; FIELD HOCKEY GLOVES; FIELD HOCKEY GOALIE PADS; FIELD HOCKEY STICK BAGS; FIELD HOCKEY STICKS; FLOATING RECREATIONAL LOUNGE CHAIRS; FLOATS FOR FISHING; FOOTBALLS; FOOTBAGS; FOOTBALL BODY PROTECT-ORS; FOOTBALL CHEST PADS; FOOTBALL GLOVES; FOOTBALL SHOULDER PADS; GAME APPARATUS, NAMELY, BASES, BATS, AND BALLS FOR PLAYING BASEBALL-LIKE INDOOR AND OUTDOOR GAMES; TABLE GAMES; GOLF BAG COVERS; GOLF BAG PEGS; GOLF BAG TAGS; GOLF BAGS; GOLF BALLS; GOLF CLUB GRIPS; GOLF GLOVES; GOLF IRONS; GYMNASTIC HORIZONTAL BARS; GYMNASTIC PARALLEL BARS; GYMNASTIC TRAINING STOOLS; ICE SKATE BLADES; ICE SKATE GUARDS; ICE SKATES; INFLATABLE TOYS; PORTABLE SKI CARRIERS; BALLS FOR SPORTS, NAMELY, RACKET SPORTS; RACKET CASES FOR TENNIS OR BADMINTON; RACKETS AND STRINGS FOR RACKETS; RACQUET BALL NETS; RACQUET BALL RACKET COVERS; RACQUET BALL RACKET STRINGS; RACQUET BALL RACKETS; SKATEBOARD DECKS; SKATEBOARD GRIP TAPES; SKATEBOARD RAILS; SKATEBOARD RISER PADS; SKATEBOARD TRUCKS; SKATEBOARD WAX; SKATEBOARD WHEELS SOLD SEPAR-ATELY OR SOLD AS A UNIT WITH SKATEBOARDS; SKATEBOARDS; SKATING BOOTS EXCLUSIVELY FOR USE WITH ATTACHED SKATING BLADES; SKATING BOOTS WITH SKATES ATTACHED; SKI BAGS; SKI BINDINGS AND PARTS THEREFOR; SKI BRAKES; SKI CASES; SKI COVERS; SKI EDGES; SKI POLES; SKI ROPES; SKI SCRAPERS; SKI STICKS; SKI WAX; SKIBOB; SKIM BOARDS; SKITTLES; SNOW GLOBES; SNOW SAUCERS;

**Reg. No. 4,479,319** SNOW SHOES; SNOW SKIS; SNOW SLEDS FOR RECREATIONAL USE; SNOWBOARD BINDINGS; SNOWBOARD DECKS; SNOWBOARD WAX; SNOWBOARDS; SOCCER BALLS; SPORT BALLS; SPORTS EQUIPMENT FOR BOXING, MARTIAL ARTS, AND THE LIKE, NAMELY, PROTECTIVE BRAS; SPORTS EQUIPMENT, NAMELY, NORDIC WALKING POLES; STARTING BLOCKS FOR SPORTS EVENTS AND FOR TRACK SPORTS; STATIONARY EXERCISE BICYCLES AND ROLLERS THEREFOR; SURF BOARDS; SURF SKIS; SWIMMING GLOVES; TENNIS BALLS; TENNIS RACKET COVERS; TENNIS RACKET STRINGS; TENNIS RACKETS; TENNIS UPRIGHTS; TOY ACTION FIGURES AND ACCESSORIES THEREFOR; TOY AIRPLANES; TOY AND NOVELTY FACE MASKS; TOY ANIMALS AND ACCESSORIES THEREFOR; TOY ARMOR; TOY ARTIFICIAL FINGERNAILS; TOY BAKEWARE AND COOKWARE; TOY BALLOONS; TOY BANKS; TOY BEANBAGS IN THE NATURE OF OTEDAMA; TOY BOATS; TOY BOWS AND ARROWS; TOY BOXES; TOY BROOCHES; TOY BUILDING BLOCKS; TOY BUILDING BLOCKS CAPABLE OF INTERCONNECTION; TOY BUILDING STRUCTURES AND TOY VEHICLE TRACKS; TOY BUILDINGS AND ACCESSORIES THEREFOR; TOY BUTTERFLY NETS; TOY CANDY DISPENSERS; TOY CAP PISTOLS; TOY CARS; TOY CHRISTMAS TREES; TOY CLOCKS AND WATCHES; TOY CONSTRUCTION BLOCKS; TOY CONSTRUCTION SETS; TOY FIGURES; TOY FIGURES IN THE FORM OF A POTATO; TOY FILM CARTRIDGES AND VIEWERS; TOY FIREWORKS; TOY FOAM NOVELTY ITEMS, NAMELY, FOAM FINGERS AND HANDS; TOY FURNITURE; TOY GLIDERS; TOY GLOCKENSPIELS; TOY GUNS; TOY HARMONICAS; TOY HOLSTERS; TOY HOOP SETS; TOY HOUSES; TOY MAILBOXES; TOY MASKS; TOY MICROSCOPES; TOY MOBILES; TOY MODEL CARS; TOY MODEL GUITARS; TOY MODEL HOBBY CRAFT KITS FOR CONSTRUCTING TOY MODEL LANDSCAPES, SCENERY, AND ACTION FIGURES; TOY MODEL KIT CARS; TOY MODEL TRAIN SETS; TOY MODEL VEHICLES AND RELATED ACCESSORIES SOLD AS UNITS; TOY MODELING DOUGH; TOY MUSIC BOXES; TOY NOISEMAKERS; TOY PIANOS, SOLD AS A UNIT WITH PRINTED BOOKS IN THE FIELD OF MUSIC EDUCATION; TOY PISTOLS; TOY PRISM GLASSES; TOY PUTTY; TOY RECORD PLAYERS; TOY ROBOTS; TOY ROCKETS; TOY SCOOTERS AND ACCESSORIES THEREFOR; TOY SETS OF CARPENTERS' TOOLS; TOY SLING PLANES; TOY SNOW GLOBES; TOY STAMPS; TOY SWORDS; TOY TELESCOPES; TOY TOOLS; TOY TRAINS AND PARTS AND ACCESSORIES THEREFOR; TOY VEHICLE TRACK SETS AND ROADWAYS AND ACCESSORIES THEREFOR; TOY VEHICLES AND ACCESSORIES THEREFOR; TOY VEHICLES WITH TRANSFORMING PARTS; TOY VEHICLES, NAMELY, CASTER BOARDS; TOY WATCHES; TOY WATER GLOBES; TOY WEAPONS; TOY WHISTLES; TOY WIND SOCKS; TOY XYLOPHONES; TOY ZIP GUNS; TOY, NAMELY, BATTERY-POWERED COMPUTER GAME WITH LCD SCREEN WHICH FEATURES ANIMATION AND SOUND EFFECTS; TOYS DESIGNED TO BE ATTACHED TO CAR SEATS, STROLLERS, CRIBS, HIGH CHAIRS; TOYS FOR DOMESTIC PETS; TOYS, NAMELY, A DISK TO TOSS IN PLAYING A GAME WHEREIN OTHER DISKS ARE FLIPPED AND COLLECTED; TROLLEY BAGS FOR GOLF EQUIPMENT; TROLLEY BAGS ESPECIALLY ADAPTED FOR SPORTS EQUIPMENT, FOR FOOTBALL EQUIPMENT, FOR SOCCER EQUIPMENT AND FOR RUGBY EQUIPMENT; VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; VIDEO GAME INTERACTIVE CONTROL FLOOR PADS OR MATS; VIDEO GAME INTERACTIVE REMOTE CONTROL UNITS; VIDEO GAME INTERACTIVE HAND HELD REMOTE CONTROLS FOR PLAYING ELECTRONIC GAMES; VIDEO GAME JOYSTICKS; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS; VIDEO GAME MACHINES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; VIDEO OUTPUT GAME MACHINES FOR USE WITH TELEVISIONS; VIDEO OUTPUT GAME MACHINES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR; WATERSKI GLOVES, WATER SKIS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF U.S. REG. NOS. 3,737,147, 3,964,502 AND OTHERS.

PRIORITY DATE OF 3-21-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1140572 DATED 5-9-2012, EXPIRES 5-9-2022.

**Reg. No. 4,479,319** THE COLOR(S) BLUE AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GRENOBLE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE STYLIZED WORDING "MONCLER GRENOBLE". THE WORDING "ONCLER GRENOBLE" IS IN BLUE. THE LETTER "M" OF "MONCLER" IS IN BLUE AND RED, WITH A BLUE AND RED HEN DEPICTED BEHIND THE LETTER "M". THE MARK APPEARS ON A WHITE BACKGROUND WHICH IS NOT CLAIMED AS A FEATURE OF THE MARK.

THE WORDING "MONCLER" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 79-122,261, FILED 5-9-2012.

LEE-ANNE BERNS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,615,701**

**Registered Oct. 7, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

MONCLER S.P.A. (ITALY LIMITED LIABILITY COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: EYEGLASSES; SUNGLASSES; ANTI-GLARE GLASSES; GOGGLES FOR SPORTS; SWIMMING GOGGLES; CASES FOR EYEGLASSES AND SUNGLASSES; EYEGLASS LENSES; SUNGLASS LENSES; SPECTACLE FRAMES; CHAINS FOR EYEGLASSES; SUN-GLASS CHAINS AND CORDS; EYEGLASS CORDS; SPECTACLES; SPECTACLE CASES; SKI GOGGLES; EYEWEAR; PROTECTIVE FACE MASKS NOT FOR MEDICAL PURPOSES; LANYARDS FOR MOBILE PHONES; MOBILE PHONE COVERS; CASES FOR MOBILE PHONES; MOBILE PHONES; CARRYING CASES FOR CELL PHONES; PORTABLE TELE-PHONES; CORDLESS TELEPHONES; CORDLESS TELEPHONE HOLDERS; MOBILE PHONE STRAPS; CELL PHONE BATTERY CHARGERS; CELL PHONE BATTERY CHARGER CASES; IN-EAR HEADPHONES; HEADPHONES; HEADPHONE CASES; HOLDERS AND CASES FOR COMPACT DISCS AND DIGITAL VIDEO DISCS; PROTECTIVE CARRYING CASES FOR PORTABLE MUSIC PLAYERS; MUSIC AND VIDEO PLAYER CASES; CD PLAYERS; CD PLAYER CASES; PORTABLE MP3 PLAYERS; PORTABLE MP3 PLAYER CASES; CASES FOR TABLET COMPUTERS; PROTECTIVE COVERS AND CASES FOR TABLET COM-PUTERS; PERSONAL COMPUTER CASES; MOUSE PADS; CASES FOR LAPTOPS; COM-PUTER CARRYING CASES; COMPUTERS; TABLET COMPUTERS; BAGS ADAPTED FOR LAPTOPS; DOCKING STATIONS FOR LAPTOPS; SLEEVES FOR LAPTOPS; CARRYING CASES FOR RADIO PAGERS; RADIOS; RADIO CASES; CAMERA CASES; LANYARDS FOR CAMERAS; PHOTOGRAPHIC CAMERAS; DIGITAL PHOTO FRAMES; BINOCULARS; BINOCULAR CASES; HOLDERS FOR MAGNETICALLY ENCODED GIFT CARDS; MAG-NETICALLY ENCODED KEY CARDS; HANDS FREE KITS FOR PHONES; HAND-HELD COMPUTERS; CASES FOR HAND-HELD COMPUTERS; ELECTRONIC AGENDAS; PRO-TECTIVE HELMETS FOR SPORTS; NAVIGATION APPARATUS FOR VEHICLES ON-BOARD COMPUTERS; TELEVISIONS; BAROMETERS; DOWNLOADABLE ELECTRONIC PUBLIC-ATIONS IN THE NATURE OF NEWSLETTERS AND MAGAZINES IN THE FIELD OF FASHION, DESIGN AND LIFESTYLE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

OWNER OF U.S. REG. NOS. 3,737,147, 3,784,896, AND 4,479,319.

OWNER OF INTERNATIONAL REGISTRATION 1197643 DATED 9-13-2013, EXPIRES 9-13-2023.

**Reg. No. 4,615,701**  THE MARK CONSISTS OF AN IMPRINT DEPICTING THE WORDING "MONCLER" IN FANCY CHARACTERS ABOVE WHICH IS PLACED A STYLIZED LETTER "M" OVERLAID ON THE FIGURE OF A STYLIZED COCKEREL, THE WHOLE WITHIN A FIGURE OF A STYLIZED BELL.

SER. NO. 79-144,847, FILED 9-13-2013.

MATTHEW EINSTEIN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# MONCLER

**Reg. No. 4,611,915**

**Registered Sep. 30, 2014**

**Int. Cls.: 9 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MONCLER S.R.L. (ITALY LIMITED LIABILITY COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: EYEGLASSES; SUNGLASSES; ANTI-GLARE GLASSES; GOGGLES FOR SPORTS; SWIMMING GOGGLES; CASES FOR EYEGLASSES AND SUNGLASSES; EYEGLASS LENSES; SUNGLASS LENSES; SPECTACLE FRAMES; CHAINS FOR EYEGLASSES; SUNGLASS CHAINS AND CORDS; EYEGLASS CORDS; SPECTACLES; SPECTACLE CASES; SKI GOGGLES; EYEWEAR; PROTECTIVE FACE MASKS NOT FOR MEDICAL PURPOSES; LANYARDS FOR MOBILE PHONES; MOBILE PHONE COVERS; CASES FOR MOBILE PHONES; MOBILE PHONES; CARRYING CASES FOR CELL PHONES; PORTABLE TELEPHONES; CORDLESS TELEPHONES; CORDLESS TELEPHONE HOLDERS; MOBILE PHONE STRAPS; CELL PHONE BATTERY CHARGERS; CELL PHONE BATTERY CHARGER CASES; IN-EAR HEADPHONES; HEADPHONES; HEADPHONE CASES; HOLDERS AND CASES FOR COMPACT DISCS AND DIGITAL VIDEO DISCS; PROTECTIVE CARRYING CASES FOR PORTABLE MUSIC PLAYERS; MUSIC AND VIDEO PLAYER CASES; CD PLAYERS; CD PLAYER CASES; PORTABLE MP3 PLAYERS; PORTABLE MP3 PLAYER CASES; CASES FOR TABLET COMPUTERS; PROTECTIVE COVERS AND CASES FOR TABLET COMPUTERS; PERSONAL COMPUTER CASES; MOUSE PADS; CASES FOR LAPTOPS; COMPUTER CARRYING CASES; COMPUTERS; TABLET COMPUTERS; BAGS ADAPTED FOR LAPTOPS; DOCKING STATIONS FOR LAPTOPS; SLEEVES FOR LAPTOPS; CARRYING CASES FOR RADIO PAGERS; RADIOS; RADIO CASES; CAMERA CASES; LANYARDS FOR CAMERAS; PHOTOGRAPHIC CAMERAS; DIGITAL PHOTO FRAMES; BINOCULARS; BINOCULAR CASES; HOLDERS FOR MAGNETICALLY ENCODED GIFT CARDS ; MAGNETICALLY ENCODED KEY CARDS; HANDS FREE KITS FOR PHONES; HAND-HELD COMPUTERS; CASES FOR HAND-HELD COMPUTERS; ELECTRONIC AGENDAS; PROTECTIVE HELMETS FOR SPORTS; NAVIGATION APPARATUS FOR VEHICLES ON-BOARD COMPUTERS; TELEVISIONS; BAROMETERS; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWSLETTERS AND MAGAZINES IN THE FIELD OF FASHION, DESIGN AND LIFESTYLE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: RETAIL AND WHOLESALE STORE SERVICES, ALSO ON-LINE, OF SOAPS, POLISHING PREPARATIONS, DETERGENTS, CLEANING PREPARATIONS, PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, DENTIFRICES, CANDLES, SPECTACLES, EYEWEAR, HOLDERS, CASES, COVERS, ELECTRONIC APPARATUS CASES, ELECTRONIC APPARATUS HOLDERS, ELECTRONIC APPARATUS COVERS, SCIENTIFIC, NAUTICAL,



**Deputy Director of the United States
Patent and Trademark Office**

**Reg. No. 4,611,915**

SURVEYING, PHOTOGRAPHIC, CINEMATOGRAPHIC, OPTICAL, WEIGHING, MEASURING, SIGNALLING, CHECKING, SUPERVISION, LIFE-SAVING AND TEACHING APPARATUS AND INSTRUMENTS, APPARATUS AND INSTRUMENTS FOR CONDUCTING, SWITCHING, TRANSFORMING, ACCUMULATING, REGULATING OR CONTROLLING ELECTRICITY, APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, MAGNETIC DATA CARRIERS, RECORDING DISCS, COMPACT DISCS, DVDS AND OTHER DIGITAL RECORDING MEDIA, MECHANISMS FOR COIN-OPERATED APPARATUS, CASH REGISTERS, CALCULATING MACHINES, DATA PROCESSING EQUIPMENT, COMPUTERS, COMPUTER SOFTWARE, COMPUTER CASES, FIRE-EXTINGUISHING APPARATUS, LAMPS, PRECIOUS METALS, ALLOYS OF PRECIOUS METALS, GOODS IN PRECIOUS METALS OR COATED THEREWITH, JEWELLERY, IMITATION JEWELLERY, PRECIOUS STONES, WATCHES, CLOCKS, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, PRINTED MATTER, BOOKBINDING MATERIAL, PHOTOGRAPHS, STATIONERY, ADHESIVES, ARTISTS' MATERIALS, PAINT BRUSHES, OFFICE REQUISITES, INSTRUCTIONAL AND TEACHING MATERIAL, PLASTIC MATERIALS FOR PACKAGING, KEY RINGS, KEY FOBS, KEY CASES, KEY HOLDERS, KEY BAGS, BAGS, CASES BEING LEATHERWARE, HOLDERS BEING LEATHERWARE, LEATHERWARE, LEATHER AND IMITATIONS OF LEATHER, GOODS MADE OF LEATHER AND IMITATIONS OF LEATHER, WALLETS, RUCKSACKS, SUITCASES, ANIMAL SKINS, HIDES, TRUNKS, TRAVELLING BAGS, UMBRELLAS, UMBRELLA COVERS, PARASOLS, WALKING STICKS, WHIPS, HARNESS, SADDLERY, FURNITURE, ROPES, STRING, NETS, TENTS, AWNINGS, TARPAULINS, SAILS, SACKS AND BAGS, PADDING AND STUFFING MATERIALS, RAW FIBROUS TEXTILE MATERIALS, TEXTILES, HOUSE LINEN, CURTAINS, CLOTHING ARTICLES, UNDERWEAR, NECKWEAR, NIGHTWEAR, SWIMWEAR, RAINWEAR, INFANT WEAR, FOOTWEAR, HEADWEAR, BELTS, LACE, EMBROIDERY, RIBBONS, BRAID, BUTTONS, HOOKS, EYES, PINS, NEEDLES, ARTIFICIAL FLOWERS, CARPETS, GAMES, PLAYTHINGS, GYMNASTIC AND SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES; FRANCHISING, NAMELY CONSULTATION AND ASSISTANCE IN BUSINESS MANAGEMENT, ORGANIZATION AND PROMOTION, BUSINESS MANAGEMENT AND ORGANIZATION CONSULTANCY; BUSINESS RESEARCH; BUSINESS INFORMATION; PUBLIC RELATIONS; MARKETING RESEARCH; MARKETING STUDIES; ADVERTISING; ON-LINE ADVERTISING ON A COMPUTER NETWORK; ADVERTISING SERVICES PROVIDED OVER THE INTERNET; ADVERTISING OF GOODS AND SERVICES ON THE INTERNET AND BY MEANS OF MOBILE TELEPHONY SERVICES AND BY ELECTRONIC MAIL; SALES PROMOTION FOR OTHERS; DISTRIBUTION OF SAMPLES; DEMONSTRATION OF GOODS; PROMOTIONAL SERVICES, NAMELY, ADVERTISING SERVICES; PRODUCT MERCHANDISING; PRESENTATION OF GOODS ON COMMUNICATIONS MEDIA FOR RETAIL PURPOSES, NAMELY, PROVIDING TELEVISION HOME SHOPPING SERVICES IN THE FIELD OF GENERAL CONSUMER MERCHANDISE; COMMERCIAL INFORMATION AND ADVICE FOR CONSUMERS, BEING CONSUMER ADVICE SHOP; ORGANIZATION OF EVENTS, EXHIBITIONS, FAIRS AND FASHION SHOWS FOR COMMERCIAL, PROMOTIONAL AND ADVERTISING PURPOSES; ORGANIZATION OF TRADE FAIRS FOR COMMERCIAL OR ADVERTISING PURPOSES; PROVIDING AN ON-LINE DIRECTORY INFORMATION SERVICE ON THE INTERNET FEATURING CLASSIFIED ADVERTISEMENTS; PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY ON THE INTERNET; SHOP WINDOW DRESSING; SPONSORSHIP SEARCH; BUSINESS MANAGEMENT OF HOTELS; MANAGEMENT EXPERTISE SERVICES FOR COMMERCIAL AND INDUSTRIAL PRODUCTS, NAMELY, BUSINESS MANAGEMENT SERVICES; ADMINISTRATIVE PROCESSING OF PURCHASE ORDERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 1197644 DATED 9-19-2013, EXPIRES 9-19-2023.

**Reg. No. 4,611,915** OWNER OF U.S. REG. NOS. 3,737,147, 3,784,896, AND 4,479,319.

SER. NO. 79-144,848, FILED 9-19-2013.

MATTHEW EINSTEIN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# LONGUE SAISON

**Reg. No. 4,643,172**

**Registered Nov. 25, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: JACKETS, BEING CLOTHING; SLEEVED OR SLEEVELESS JACKETS; HEAVY JACKETS; LIGHT JACKETS, BEING CLOTHING; BOMBER JACKETS; REVERSIBLE JACKETS; RAIN JACKETS; LEATHER JACKETS; PADDED JACKETS; WIND-RESISTANT JACKETS; WATERPROOF JACKETS; STUFF JACKETS, BEING CLOTHING; DOWN JACKETS; SLEEVELESS DOWN JACKETS; SPORTS JACKETS; SKI JACKETS; SNOWBOARD JACKETS; LONG JACKETS; WINDCHEATERS; SKI WINDCHEATERS; SNOWBOARD WINDCHEATERS; ANORAKS; DOWN ANORAKS; PARKAS; DOWN PARKAS; FUR JACKETS; WAISTCOATS; WAISTCOATS WITH REMOVABLE LINING; OVERCOATS; COATS; FUR COATS; RAINCOATS; CARDIGANS, PULLOVERS; SHIRTS; T-SHIRTS; POLO SHIRTS; SPORT SHIRTS; UNDERSHIRTS; DRESS SHIRTS; CHEMISES; CAMISOLES; BLOUSES; BLOUSONS; SWEATSHIRTS; SWEATERS; JUMPERS, BEING PULLOVERS; JERSEYS, BEING CLOTHING; SPORTS JERSEYS; TROUSERS; SKI TROUSERS; SNOWBOARD TROUSERS; SKI PANTS; SHORTS; BERMUDA SHORTS; JEANS; SKIRTS; OVERALLS; CLOTHING FOR GYMNASTICS, NAMELY, LEOTARDS AND TIGHTS; JOGGING SUITS; JOGGING SUIT TROUSERS; TRAINING SUITS; TRACK SUITS; SKI SUITS; SNOWBOARD SUITS; SUITS; DRESSES; GOWNS; BLAZERS; FORMAL DRESSES; SMOCKS; PETTICOATS; BRACES, BEING SUSPENDERS; WRISTBANDS, BEING CLOTHING; HEADBANDS, BEING CLOTHING; TWIN SETS; LEGGINGS, BEING TROUSERS; LEGGINGS, BEING LEG WARMERS; LEG WARMERS; DUNGAREES; PONCHOS, BEING CLOTHING; READY-MADE CLOTHING, NAMELY, SHIRTS, TOPS AND DRESSES; OUTER CLOTHING, NAMELY, JACKETS, COATS, SCARVES, GLOVES, PADDED SHORTS, PADDED PANTS, PADDED JACKETS, PADDED SHIRTS; MASQUERADE COSTUMES; SPATS; TOPS, BEING CLOTHING; TANK-TOPS; KNITWEAR BEING CLOTHING, NAMELY, TOPS, SCARVES AND HATS; HOSIERY; CLOTHING OF LEATHER AND IMITATIONS OF LEATHER, NAMELY, PANTS, SHIRTS AND JACKETS; FUR CLOTHING, NAMELY, COATS AND SHAWLS; WATERPROOF CLOTHING, NAMELY, JACKETS, SHIRTS AND PANTS; PANTS; SWEAT PANTS; CAPES; PINAFORES; ROMPERS; LEOTARDS; GABARDINES; UNITARDS; TUNICS; SCHOOL UNIFORMS; ATHLETIC UNIFORMS; BREECHES FOR WEAR; GOLF CLOTHING OTHER THAN GLOVES, NAMELY, PANTS AND SHIRTS; CUFFS; DANCE CLOTHING, NAMELY, LEOTARDS AND TIGHTS; SKI MASKS, BEING CLOTHING; BATHING SUITS; BATHING CAPS; SHOWER CAPS; BEACH CLOTHES, NAMELY, BATHING SUITS AND SWIM SHORTS; SWIMMING COSTUMES; SWIMSUITS; BATHING

**Reg. No. 4,643,172**  DRAWERS; BATHING TRUNKS; BIKINIS; BATH ROBES; PAREUS; CHILDREN'S CLOTHING, NAMELY, PANTS, SHIRTS, SHORTS AND DRESSES; INFANTS' CLOTHING, NAMELY, JUMPERS; BABIES' PANTS, BEING CLOTHING; BIBS, NOT OF PAPER; LAYETTES, BEING CLOTHING; SOCKS; STOCKINGS; TIGHTS; SPORT STOCKINGS; PANTY HOSE; SUSPENDERS; GARTERS; FOOTWEAR; SPORTS SHOES; GYMNASTIC SHOES; MOUNTAINEERING SHOES; RUNNING SHOES; SKI SHOES; AFTER SKI SHOES; SNOWBOARD SHOES; SOLES FOR FOOTWEAR; SKI BOOTS; AFTER SKI BOOTS; SNOWBOARD BOOTS; SPORT BOOTS; HORSE-RIDING BOOTS; GYMNASTICS BOOTS; OVERSHOES; GALOSHES; NECKWEAR; CLOAKS; SHAWLS; STOLES; FUR STOLES; BANDANAS, BEING NECKERCHIEFS; FOULARDS, BEING CLOTHING; GLOVES, BEING CLOTHING; MUFFS, BEING CLOTHING; MITTENS; SKI GLOVES; SNOWBOARD GLOVES; BELTS, BEING CLOTHING; WAISTBANDS; SASHES FOR WEAR; COLLARS, BEING CLOTHING; UNDERWEAR; SINGLETS; PAJAMAS; DRESSING GOWNS; NIGHTGOWNS; VESTS; HEADWEAR; CHILDREN'S HEADWEAR; INFANTS' HEADWEAR; HEADBANDS, BEING CLOTHING; EAR MUFFS, BEING CLOTHING; BABY SLEEPING BAGS CLOTHING, NAMELY, INFANT SLEEP SACKS IN THE NATURE OF INFANT SLEEPERS WITHOUT INDIVIDUAL LEGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-14-2013 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1204958 DATED 11-12-2013, EXPIRES 11-12-2023.

THE ENGLISH TRANSLATION OF "LONGUE SAISON" IN THE MARK IS "LONG SEASON".

SER. NO. 79-147,650, FILED 11-12-2013.

GRETCHEN ULRICH, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



Reg. No. 4,710,099
Registered Mar. 31, 2015
Int. Cls.: 3, 9, 14, 18 and 25

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

MONCLER S.P.A. (ITALY LIMITED LIABILITY COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: SHOWER GEL; BUBBLE BATH; BATH OILS; BATH PEARLS; BATH SALTS, NOT FOR MEDICAL PURPOSES; HAND CLEANSERS; SOAPS FOR BODY CARE; SHAVING LOTIONS; SHAVING CREAM; SHAVING SOAP; AFTERSHAVE LOTIONS; SKIN CLEANSERS; SKIN LOTIONS; HAIR SHAMPOOS; PERFUMES; TOILET WATER; DEODOR-ANTS FOR PERSONAL USE; EYE SHADOWS; COSMETIC PENCILS; MAKE-UP FOUNDA-TIONS; MAKE-UP POWDER; TALCUM POWDER, FOR TOILET USE; ROUGES; LIPSTICKS; MASCARAS; SUN SCREEN PREPARATIONS; NAIL VARNISH FOR COSMETIC PURPOSES; NAIL POLISH; MAKE-UP REMOVING PREPARATIONS; BEAUTY MASKS; FACIAL SCRUBS; BODY LOTIONS; SKIN CREAMS; COSMETIC PREPARATIONS FOR SLIMMING PURPOSES; MASSAGE OIL; HAIR SPRAYS; HAIR LOTIONS; HAIR COLOURANTS; HAIR CONDITIONERS; HAIR MOISTURISERS; HAIR GEL; HAIR MOUSSE; DEPILATORIES; ESSENTIAL OILS FOR PERSONAL USE; ADHESIVES FOR AFFIXING FALSE HAIR; NON-MEDICATED TOILETRIES; DENTIFRICES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: EYEGLASSES; SUNGLASSES; ANTI-GLARE GLASSES; GOGGLES FOR SPORTS; SWIMMING GOGGLES; CASES FOR EYEGLASSES AND SUNGLASSES; EYEGLASS LENSES; SUNGLASS LENSES; SPECTACLE FRAMES; CHAINS FOR EYEGLASSES; SUN-GLASS CHAINS AND CORDS; EYEGLASS CORDS; SPECTACLES; SPECTACLE CASES; SKI GOGGLES; EYEWEAR; PROTECTIVE FACE MASKS NOT FOR MEDICAL PURPOSES; LANYARDS FOR MOBILE PHONES; MOBILE PHONE COVERS; CASES FOR MOBILE PHONES; MOBILE PHONES; CARRYING CASES FOR CELL PHONES; PORTABLE TELE-PHONES; CORDLESS TELEPHONES; CORDLESS TELEPHONE HOLDERS; MOBILE PHONE STRAPS; CELL PHONE BATTERY CHARGERS; CELL PHONE BATTERY CHARGER CASES; IN-EAR HEADPHONES; HEADPHONES; HEADPHONE CASES; HOLDERS AND CASES FOR COMPACT DISCS AND DIGITAL VIDEO DISCS; PROTECTIVE CARRYING CASES FOR PORTABLE MUSIC PLAYERS; MUSIC AND VIDEO PLAYER CASES; CD PLAYERS; CD PLAYER CASES; PORTABLE MP3 PLAYERS; PORTABLE MP3 PLAYER CASES; CASES FOR TABLET COMPUTERS; PROTECTIVE COVERS AND CASES FOR TABLET COM-PUTERS; PERSONAL COMPUTER CASES; MOUSE PADS; CASES FOR LAPTOPS; COM-PUTER CARRYING CASES; COMPUTERS; TABLET COMPUTERS; BAGS ADAPTED FOR LAPTOPS; DOCKING STATIONS FOR LAPTOPS; SLEEVES FOR LAPTOPS; CARRYING CASES FOR RADIO PAGERS; RADIOS; RADIO CASES; CAMERA CASES; LANYARDS

**Reg. No. 4,710,099**

FOR CAMERAS; PHOTOGRAPHIC CAMERAS; DIGITAL PHOTO FRAMES; BINOCULARS; BINOCULAR CASES; FITTED CREDIT CARD CASES AND HOLDERS; MAGNETICALLY ENCODED KEY CARDS; HANDS FREE KITS FOR PHONES; HAND-HELD COMPUTERS; CASES FOR HAND-HELD COMPUTERS; ELECTRONIC AGENDAS; PROTECTIVE HELMETS FOR SPORTS; NAVIGATION APPARATUS FOR VEHICLES BEING ON-BOARD COMPUTERS; TELEVISIONS; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWSLETTERS AND MAGAZINES IN THE FIELD OF FASHION, DESIGN AND LIFESTYLE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS STONES; JEWELRY; IMITATION JEWELRY; TRINKETS, BEING JEWELRY AND IMITATION JEWELRY; CHARMS, BEING JEWELRY AND IMITATION JEWELRY; THREADS OF PRECIOUS METAL, BEING JEWELRY AND IMITATION JEWELRY; BRACELETS, BEING JEWELRY AND IMITATION JEWELRY; NECKLACES, BEING JEWELRY AND IMITATION JEWELRY; LOCKETS, BEING JEWELRY AND IMITATION JEWELRY; CHAINS, BEING JEWELRY AND IMITATION JEWELRY; RINGS, BEING JEWELRY AND IMITATION JEWELRY; BROOCHES, BEING JEWELRY AND IMITATION JEWELRY; EARRINGS; PINS, BEING JEWELRY AND IMITATION JEWELRY; ORNAMENTAL PINS; TIE PINS; PENDANTS; CUFF LINKS; FANCY KEYRINGS OF PRECIOUS METALS; KEY CHAINS OF PRECIOUS METAL; NON-METAL KEY HOLDERS; METAL KEY HOLDERS; KEY RINGS OF PRECIOUS METAL, BEING TRINKETS OR FOBS; BADGES OF PRECIOUS METAL; AMULETS, BEING JEWELRY AND IMITATION JEWELRY; JEWELRY CASES, BEING CASKETS; HAT ORNAMENTS OF PRECIOUS METAL; PRECIOUS METAL KEY RINGS; DECORATIVE BOXES MADE OF PRECIOUS METAL; CLOCKS; ALARM CLOCKS; CHRONOMETERS; CHRONOGRAPHS, BEING WATCHES; WRIST WATCHES; STOP-WATCHES; POCKET WATCHES; WATCH AND CLOCK CASES; WATCH BANDS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: TIE CASES FOR TRAVEL; TRAVEL CASES; LUGGAGE; TRAVELLING BAGS; LUGGAGE TAGS OF LEATHER; HANDBAGS; SHOULDER BAGS; GARMENT BAGS FOR TRAVEL; BEACH BAGS; CLUTCH BAGS; ALL PURPOSE SPORTS BAGS; ALL-PURPOSE CARRYING BAGS; ATTACH CASES; SCHOOL BAGS; LEATHER SHOPPING BAGS; NAME CARD CASES; UNFITTED VANITY CASES; TOILETRY CASES SOLD EMPTY; COSMETIC BAGS SOLD EMPTY; KNAPSACKS; RUCKSACKS; HAVERSACKS; BRIEFCASES; PURSES; WALLETS; LEATHER STRAPS; LEATHER POUCHES; BUSINESS CARD CASES; KEY WALLETS; KEY BAGS; KEY CASES; CREDIT CARD HOLDERS OF LEATHER; POUCHES FOR HOLDING MAKE-UP, KEYS AND OTHER PERSONAL ITEMS; POUCHES, OF LEATHER, FOR PACKAGING; TRAVELLING TRUNKS; SUITCASES; UMBRELLAS; PARASOLS; DOG COLLARS; FUR PELTS; ANIMAL SKINS; WHIPS; HARNESSES; SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: DOWN JACKETS; STUFF JACKETS AS CLOTHING; JACKETS AS CLOTHING; FUR JACKETS; SOCKS; STOCKINGS; TIGHTS; PANTYHOSE; LEG WARMERS; PULLOVERS; GLOVES AS CLOTHING; CARDIGANS; JERSEYS AS CLOTHING; SWEATERS; TROUSERS; SKIRTS; SHIRTS; VESTS; WAISTCOATS; BLOUSES; BLOUSONS; JEANS; SWEAT PANTS; GYM SUITS; KNICKERS; BERMUDA SHORTS; PANTS; SHORTS; T-SHIRTS; TANK TOPS; SWEAT SHIRTS; SHAWLS; POLO SHIRTS; SUITS; DRESSES; OVERCOATS; FUR COATS; COATS; ANORAKS; PARKAS; BELTS FOR CLOTHING; SUSPENDERS; BRACES FOR CLOTHING; DANCE SHOES; DANCE COSTUMES; TRACKSUITS; HOSIERY; ATHLETIC UNIFORMS; OVERALLS; DUNGAREES; SKI BOOTS; RUNNING SHOES; GOLF SHOES; MOUNTAINEERING SHOES; SNOWBOARD BOOTS; UNDERWEAR; FOUNDATION GARMENTS; RAINWEAR; INFANT WEAR; SWIMWEAR; BEACHWEAR; SKIWEAR; NECKWEAR; LOUNGEWEAR; SLEEPWEAR; KNITWEAR, NAMELY, KNIT TOPS, KNIT BOTTOMS, KNIT JACKETS, KNIT DRESSES; FOOTWEAR; SOLES FOR FOOTWEAR; HEADWEAR; VISORS AS HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF U.S. REG. NOS. 803,943, 4,479,319 AND OTHERS.

**Reg. No. 4,710,099**  OWNER OF INTERNATIONAL REGISTRATION 1207028 DATED 10-4-2013, EXPIRES 10-4-2023.

THE MARK CONSISTS OF AN IMPRINT DEPICTING A STYLIZED LETTER "M" OVERLAID ON THE FIGURE OF A STYLIZED COCKEREL.

SER. NO. 79-148,462, FILED 10-4-2013.

KEVIN CORWIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,980,459**

**Registered June 21, 2016**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: RETAIL AND WHOLESALE STORE SERVICES, INCLUDING ONLINE STORE SER-
VICES, FEATURING DETERGENTS, CLEANING PREPARATIONS, SOAPS, PERFUMERY,
ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, DENTIFRICES; RETAIL AND WHOLESALE
STORE SERVICES, INCLUDING ONLINE STORE SERVICES, FEATURING CANDLES,
EYEGLASSES, SUNGLASSES, ANTI-GLARE GLASSES, SKI GOGGLES, GOGGLES FOR
USE IN SPORT, SWIMMING GOGGLES, EYEGLASS AND SUNGLASS CASES, EYEGLASS
AND SUNGLASS LENSES, EYEGLASS AND SUNGLASS FRAMES, EYEGLASS AND
SUNGLASS CHAINS, EYEGLASS AND SUNGLASS CORDS, PINCE-NEZ, PINCE-NEZ
CASES, PINCE-NEZ CHAINS, PINCE-NEZ CORDS, PINCE-NEZ MOUNTINGS, CORRECTING
LENSES, BEING OPTICS; RETAIL AND WHOLESALE STORE SERVICES, INCLUDING
ONLINE STORE SERVICES, FEATURING SMARTPHONE HOLDERS, SMARTPHONE
CASES, SMARTPHONE COVERS, ELECTRONIC APPARATUS HOLDERS, ELECTRONIC
APPARATUS CASES, ELECTRONIC APPARATUS COVERS, PHOTOGRAPHIC APPARATUS,
OPTICAL APPARATUS AND INSTRUMENTS FOR PHOTOGRAPHY; RETAIL AND
WHOLESALE STORE SERVICES, INCLUDING ONLINE STORE SERVICES, FEATURING
APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR
IMAGES, MAGNETIC DATA CARRIERS, RECORDING DISCS, COMPACT DISCS, DVDS
AND OTHER DIGITAL RECORDING MEDIA, MECHANISMS FOR COIN-OPERATED AP-
PARATUS, CALCULATING MACHINES, DATA PROCESSING EQUIPMENT, COMPUTERS,
COMPUTER SOFTWARE; RETAIL AND WHOLESALE STORE SERVICES, INCLUDING
ONLINE STORE SERVICES, FEATURING APPARATUS FOR LIGHTING, LAMPS, PRECIOUS
METALS AND THEIR ALLOYS AND ORNAMENTS IN PRECIOUS METALS OR COATED
THEREWITH, JEWELLERY, IMITATION JEWELLERY, PRECIOUS STONES, HOROLOGICAL
AND CHRONOMETRIC INSTRUMENTS, KEY RINGS, KEY FOBS, KEY CASES, KEY
HOLDERS, KEY BAGS; RETAIL AND WHOLESALE STORE SERVICES, INCLUDING ON-
LINE STORE SERVICES, FEATURING PAPER, CARDBOARD, PRINTED CALENDARS AND
BOOKS, PHOTOGRAPHS, STATIONERY, ADHESIVES FOR STATIONERY OR HOUSEHOLD
PURPOSES, ARTISTS' MATERIALS, PAINT BRUSHES; RETAIL AND WHOLESALE STORE
SERVICES, INCLUDING ONLINE STORE SERVICES, FEATURING BAGS, CASES AND
HOLDERS BEING LEATHERWARE, LEATHERWARE, LEATHER AND IMITATIONS OF
LEATHER, ANIMAL SKINS, HIDES, TRUNKS AND TRAVELING BAGS, UMBRELLAS
AND PARASOLS, WALKING STICKS, WHIPS, HARNESS AND SADDLERY, FURNITURE,



Director of the United States
Patent and Trademark Office

**Reg. No. 4,980,459**

ROPES, STRING, NETS, TENTS, AWNINGS, TARPAULINS, SAILS, SACKS AND BAGS, TEXTILES AND TEXTILE GOODS, BED COVERS, TABLE COVERS, HOUSE LINEN; RETAIL AND WHOLESALE STORE SERVICES, INCLUDING ONLINE STORE SERVICES, FEATURING CLOTHING, FOOTWEAR, HEADGEAR, LACE AND EMBROIDERY, RIBBONS AND BRAID, BUTTONS, HOOKS, EYES, PINS AND NEEDLES, ARTIFICIAL FLOWERS, CARPETS, DOOR MATS, MATS; RETAIL AND WHOLESALE STORE SERVICES, INCLUDING ONLINE STORE SERVICES, FEATURING GAMES, PLAYTHINGS, GYMNASTIC AND SPORTING ARTICLES, DECORATIONS FOR CHRISTMAS TREES, SMOKERS' ARTICLES; PRESENTATION OF GOODS ON COMMUNICATION MEDIA, FOR RETAIL PURPOSES, NAMELY, PROVIDING TELEVISION HOME SHOPPING SERVICES IN THE FIELD OF GENERAL CONSUMER MERCHANDISE; COMMERCIAL INFORMATION AND ADVICE FOR CONSUMERS, BEING CONSUMER ADVICE SHOP; SALES PROMOTION FOR OTHERS; OUTSOURCING SERVICES, NAMELY, BUSINESS ASSISTANCE; PROCUREMENT SERVICES FOR OTHERS, NAMELY, PURCHASING GOODS AND SERVICES FOR OTHER BUSINESSES, DEMONSTRATION OF GOODS; SHOP WINDOW DRESSING; SPONSORSHIP SEARCH; BUSINESS INQUIRIES; BUSINESS INFORMATION; ADMINISTRATIVE PROCESSING OF PURCHASE ORDERS; ORGANIZATION AND MANAGEMENT OF CUSTOMER LOYALTY PROGRAMS FOR COMMERCIAL, PROMOTIONAL AND ADVERTISING PURPOSES; FRANCHISING, NAMELY, CONSULTATION AND ASSISTANCE IN BUSINESS MANAGEMENT, ORGANIZATION AND PROMOTION; BUSINESS MANAGEMENT AND ORGANIZATION CONSULTANCY; BUSINESS MANAGEMENT ASSISTANCE; ADVICE IN THE FIELD OF BUSINESS MARKETING AND BUSINESS MANAGEMENT; PUBLIC RELATIONS; MARKETING RESEARCH; MARKETING STUDIES; ON-LINE ADVERTISING ON A COMPUTER NETWORK; ADVERTISING OF GOODS AND SERVICES ON THE INTERNET, BY MEANS OF MOBILE TELEPHONY SERVICES AND BY ELECTRONIC MAIL; OUTDOOR ADVERTISING; RENTAL OF ADVERTISING SPACE; DISSEMINATION OF ADVERTISING MATTER; ADVERTISING AGENCIES; MODELLING FOR ADVERTISING OR SALES PROMOTION; PUBLICATION OF PUBLICITY TEXTS; DISTRIBUTION OF SAMPLES; ADVERTISING PLANNING SERVICES; PROMOTIONAL SERVICES, NAMELY, ADVERTISING SERVICES; PRODUCT MERCHANDISING FOR OTHERS; ORGANIZATION OF EVENTS, EXHIBITIONS, FAIRS AND FASHION SHOWS FOR COMMERCIAL, PROMOTIONAL AND ADVERTISING PURPOSES; PROVIDING AN ON-LINE COMMERCIAL INFORMATION DIRECTORY ON THE INTERNET FEATURING CLASSIFIED ADVERTISEMENTS; RELOCATION SERVICES FOR BUSINESSES; BUSINESS AUDITING; AUCTIONEERING; BUSINESS MANAGEMENT OF HOTELS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

THE MARK CONSISTS OF AN IMPRINT DEPICTING THE WORDING "MONCLER" IN FANCY CHARACTERS ABOVE WHICH IS PLACED A STYLIZED LETTER "M" OVERLAID ON THE FIGURE OF A STYLIZED COCKEREL, THE WHOLE WITHIN A FIGURE OF A STYLIZED BELL.

OWNER OF INTERNATIONAL REGISTRATION 1197643 DATED 9-13-2013, EXPIRES 9-13-2023.

SER. NO. 79-176,866, FILED 8-24-2015.

LIEF MARTIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,995,553**

**Registered July 12, 2016**

**Int. Cls.: 3, 9 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

FOR: PERFUMES; TOILET WATER; PERSONAL DEODORANTS; INCENSE; AIR FRAGRAN-
CING PREPARATIONS; SACHETS FOR PERFUMING LINEN; ESSENTIAL OILS FOR PER-
SONAL USE; COSMETIC DYE, NAMELY, HENNA; EYE SHADOWS; COSMETIC PENCILS;
FOUNDATION MAKE-UP; FACE POWDERS; TALCUM POWDER; ROUGES; LIPSTICKS;
LIPSTICK CASES; MASCARAS; SUN SCREEN PREPARATIONS; SUN-TANNING PREPAR-
ATIONS, BEING COSMETICS; NAIL POLISH; BEAUTY MASKS; FACIAL SCRUBS; FACE
CREAMS; BODY CREAMS; COSMETIC CREAMS; COSMETIC SLIMMING PREPARATIONS;
CREAMS FOR CELLULITE REDUCTION FOR COSMETIC USE; HAIR SPRAYS; HAIR LO-
TIONS; HAIR COLOUR REMOVERS; HAIR COLOURANTS; HAIR DYE; HAIR RINSES;
HAIR LIGHTENERS; HAIR CONDITIONERS; HAIR MOISTURISERS; PERMANENT WAVE
PREPARATIONS; GELS, SPRAYS, MOUSSES AND BALMS FOR HAIR STYLING AND HAIR
CARE; DEPILATORY PREPARATIONS; HAIR STRAIGHTENING PREPARATIONS; TISSUES
IMPREGNATED WITH MAKE-UP REMOVING PREPARATIONS; HAND SOAPS; SOAPS;
FACIAL SOAPS; SKIN CLEANSING CREAMS; SKIN CLEANSING LOTIONS; SHOWER
GEL; BUBBLE BATH; BATH OILS; BATH PEARLS; NON-MEDICATED BATH SALTS;
BODY LOTIONS; SHAVING BALMS; SHAVING CREAMS; SHAVING SOAP; AFTERSHAVE
LOTIONS; HAIR SHAMPOOS; BATH PREPARATIONS, NOT FOR MEDICAL PURPOSES;
MOUTH WASHES, NOT FOR MEDICAL PURPOSES; DENTIFRICES; SHOE POLISH; SHOE
WAX; SHOE CREAMS; CREAMS FOR LEATHER; TOILETRIES, NAMELY, BABY LOTIONS,
BABY OILS AND BABY POWDER; SHAMPOOS FOR BABIES; HAIR CONDITIONERS FOR
BABIES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: EYEGLASSES; SUNGLASSES; ANTI-GLARE GLASSES; GOGGLES FOR SPORTS;
SWIMMING GOGGLES; EYEGLASS AND SUNGLASS CASES; EYEGLASS AND SUNGLASS
LENSES; EYEGLASS AND SUNGLASS FRAMES; EYEGLASS AND SUNGLASS CHAINS;
EYEGLASS AND SUNGLASS CORDS; HOLDERS FOR CONTACT LENSES; SKI GOGGLES;
SPECTACLE CASES; OPTICAL LENSES; BINOCULARS; BINOCULAR CASES; MAGNIFY-
ING GLASSES; MAGNIFYING GLASS CASES; ELECTRONIC GAME SOFTWARE FOR
CELLULAR PHONES; ELECTRONIC GAME SOFTWARE FOR HAND-HELD ELECTRONIC
DEVICES; COMPUTER GAME PROGRAMS; RECORDED COMPUTER GAME SOFTWARE;
DOWNLOADABLE COMPUTER GAME PROGRAMS; COMPUTERS; CASES ADAPTED
FOR PERSONAL COMPUTERS; NOTEBOOK COMPUTERS; HAND-HELD COMPUTERS;

**Reg. No. 4,995,553** CASES ADAPTED FOR HAND-HELD COMPUTERS; COMPUTER CARRYING CASES; TABLET COMPUTERS; PROTECTIVE CASES FOR TABLET COMPUTERS; PROTECTIVE COVERS FOR TABLET COMPUTERS; LAPTOP COMPUTERS; CASES FOR LAPTOPS; BAGS ADAPTED FOR LAPTOPS; SLEEVES FOR LAPTOPS; DOCKING STATIONS FOR LAPTOPS; WRIST RESTS FOR USE WITH COMPUTERS; COMPUTER MICE; MOUSE PADS; COMPUTER KEYBOARDS; CARRYING CASES FOR RADIO PAGERS; RADIO CASES; RADIOS; MOBILE PHONES; LANYARDS, BEING STRAPS, FOR CELLULAR PHONES; MOBILE PHONE COVERS; MOBILE PHONE CASES; PORTABLE TELEPHONES; SMART-PHONES; PROTECTIVE COVERS FOR SMARTPHONES; PROTECTIVE CASES FOR SMARTPHONES; ELECTRONIC BOOK READERS; PROTECTIVE CASES FOR ELECTRONIC BOOK READERS; CORDLESS TELEPHONES; CORDLESS TELEPHONE HOLDERS; TELEPHONE RECEIVERS; TELEPHONE APPARATUS; VIDEO TELEPHONES; CELL PHONE STRAPS; BATTERIES FOR MOBILE PHONES; MICROPHONES FOR MOBILE PHONES; LOUDSPEAKERS FOR MOBILE PHONES; EARPHONES FOR MOBILE PHONES; MOBILE PHONE BATTERY CHARGERS; MOBILE PHONE BATTERY CHARGER CASES; IN-EAR HEADPHONES; HEADPHONES; HEADPHONE CASES; HANDS FREE KITS FOR TELE-PHONES; HANDS FREE KITS FOR MOBILE PHONES; CAMERAS; CAMERA CASES; PHOTOGRAPHIC CAMERAS; DIGITAL CAMERAS; TELEVISION CAMERAS; VIDEO CAMERAS; CASES ESPECIALLY MADE FOR PHOTOGRAPHIC APPARATUS AND INSTRU-MENTS; LANYARDS, BEING STRAPS, FOR CAMERAS; DIGITAL PHOTO FRAMES; HOME THEATER PROJECTORS; PROTECTIVE HELMETS FOR SPORTS; COMPACT DISCS FEA-TURING AUDIO-VIDEO MUSICAL SOUND RECORDINGS; BLANK DVDS; HOLDERS AND CASES FOR COMPACT DISCS AND DIGITAL VIDEO DISCS; PROTECTIVE CARRYING CASES FOR PORTABLE MUSIC PLAYERS; MUSIC AND VIDEO PLAYER CASES; DIGITAL AUDIO PLAYERS; LOUDSPEAKERS; COMPACT DISC PLAYERS; CASES ADAPTED FOR CD PLAYERS; DVD RECORDERS; DVD PLAYERS; CASES ADAPTED FOR DVD PLAYERS; PORTABLE MP3 PLAYERS; CASES FOR PORTABLE MP3 PLAYERS; COVERS FOR PORTABLE MP3 PLAYERS; PORTABLE COMPACT DISC MUSIC PLAYERS; PRERECORDED MAGNETIC TAPES, CARTRIDGES AND DISKS FEATURING MUSIC; WALKIE-TALKIES; ANTENNAS; AUDIOVISUAL TEACHING APPARATUS, NAMELY, SLIDE PROJECTORS, EXPOSED CINEMATOGRAPHIC FILMS; TRANSMITTERS OF ELECTRONIC SIGNALS; TELEVISIONS; DOWNLOADABLE ELECTRONIC PUBLICATIONS, NAMELY, MAGAZINES IN THE FIELD OF FASHION, SPORT AND LEISURE TIME; BLANK MAGNETIC DATA CARRIERS; BLANK SOUND RECORDING DISCS; PRERECORDED AUDIO DISCS FEATUR-ING MUSIC; PRERECORDED DVD FEATURING MUSIC; BLANK AUDIO AND VIDEO TAPES; BLANK SOUND RECORDING CARRIERS; VIDEO RECORDERS; BLANK VIDEO CASSETTES; TIME CLOCKS, BEING TIME RECORDING DEVICES; MEASURING DEVICES, ELECTRIC FOR USE IN MEASURING THE SPEED OF GOLF SWING; CALCULATING MACHINES; POCKET CALCULATORS; CHRONOGRAPHS, BEING TIME RECORDING APPARATUS; SCALES; NAVIGATION APPARATUS FOR VEHICLES, BEING ON-BOARD COMPUTERS; CREDIT CARD CASES, BEING FITTED HOLDERS; MAGNETICALLY EN-CODED KEY CARDS; ELECTRONIC AGENDAS; CASES FOR ELECTRONIC AGENDA; COVERS FOR ELECTRONIC AGENDAS; MUSICAL JUKE BOXES; INTERACTIVE COM-PUTER WHITEBOARDS; DECORATIVE MAGNETS; ELECTRONIC PENS FOR USE WITH VISUAL DISPLAY UNITS; LANYARDS, BEING STRAPS, ESPECIALLY ADAPTED FOR HOLDING CELLULAR PHONES, MP3 PLAYERS, CAMERAS, VIDEO CAMERAS, EYE-GLASSES, SUNGLASSES; MAGNETIC ENCODED CARDS; BABY MONITORS; AUDIO BABY MONITORS; VIDEO BABY MONITORS; BABY SCALES; PROTECTIVE HELMETS FOR CHILDREN; EDUCATIONAL SOFTWARE FOR CHILDREN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JACKETS, BEING CLOTHING; SLEEVED OR SLEEVELESS JACKETS; HEAVY JACKETS; LIGHT JACKETS, BEING CLOTHING; BOMBER JACKETS; REVERSIBLE JACKETS; RAIN JACKETS; LEATHER JACKETS; PADDED JACKETS; WIND-RESISTANT JACKETS; WATERPROOF JACKETS; STUFF JACKETS, BEING CLOTHING; DOWN JACKETS; SLEEVELESS DOWN JACKETS; SPORTS JACKETS; SKI JACKETS; SNOWBOARD JACKETS; LONG JACKETS; MULTIFUNCTIONAL JACKET COMPOSED OF A JACKET WITH A MOBILE PHONE, A WATCH AND GOGGLES, ALL SOLD AS A UNIT; WINDCHEAT-

**Reg. No. 4,995,553** ERS; SKI WINDCHEATERS; SNOWBOARD WINDCHEATERS; ANORAKS; DOWN ANORAKS; PARKAS; DOWN PARKAS; FUR JACKETS; WAISTCOATS; WAISTCOATS WITH REMOVABLE LINING; OVERCOATS; COATS; FUR COATS; RAINCOATS; CARDIGANS; PULLOVERS; SHIRTS; T-SHIRTS; POLO SHIRTS; SPORT SHIRTS; UNDERSHIRTS; SHIRTS FOR WEAR WITH SUITS; CHEMISES; CAMISOLES; BLOUSES; BLOUSONS; SWEATSHIRTS; SWEATERS; JUMPERS, BEING PULLOVERS; JERSEYS, BEING CLOTHING; SPORTS JERSEYS; TROUSERS; SKI TROUSERS; SNOWBOARD PANTS; SKI PANTS; SHORTS; BERMUDA SHORTS; JEANS; SKIRTS; OVERALLS; TRACK SUITS; SKI SUITS; SNOWBOARD SUITS; SUITS; DRESSES; HEADBANDS, BEING CLOTHING; TWINSETS; LEGGINGS, BEING TROUSERS; LEGGINGS, BEING LEG WARMERS; READY-MADE CLOTHING, NAMELY, SHIRTS, TOPS AND DRESSES; TOPS, BEING CLOTHING; TANK-TOPS; KNITWEAR, BEING CLOTHING, NAMELY, TOPS; SCARVES AND HATS; HOSIERY; CLOTHING OF LEATHER OR IMITATIONS OF LEATHER, NAMELY, PANTS, SHIRTS, SHORTS AND DRESSES; FURS, NAMELY, FUR JACKETS, FUR COATS, FUR HATS, FUR MUFFS, FUR GLOVES; WATERPROOF CLOTHING, NAMELY, PANTS, SHIRTS, SHORTS AND DRESSES; PANTS; PELERINES; ROMPERS; LEOTARDS; SLACKS; ATHLETIC UNIFORMS; BREECHES FOR WEAR; GOLF CLOTHING, OTHER THAN GLOVES, NAMELY, PANTS AND SHIRTS; CUFFS; SKI MASKS, BEING CLOTHING; BATHING CAPS; SWIMMING CAPS; SHOWER CAPS; BEACH CLOTHES, NAMELY, BATHING SUITS AND SWIM SHORTS; SWIMMING COSTUMES; SWIMSUITS; BATHING DRAWERS; BATHING TRUNKS; BIKINIS; BATH ROBES; PAREUS; CHILDREN'S CLOTHING, NAMELY, PANTS, SHIRTS, SHORTS AND DRESSES; CHILDREN'S FOOTWEAR; CHILDREN'S HEADWEAR; ARTICLES OF CLOTHING FOR BABIES AND TODDLERS, NAMELY, PANTS, SHIRTS, SHORTS, DRESSES; FOOTWEAR AND HEADWEAR FOR BABIES AND TODDLERS; BABIES' PANTS, BEING CLOTHING; BIBS, NOT OF PAPER; LAYETTES, BEING CLOTHING; BABY SLEEPING BAGS, NAMELY, INFANT SLEEP SACKS IN THE NATURE OF INFANT SLEEPERS WITHOUT INDIVIDUAL LEGS; BABY BUNTING, BEING CLOTHING; SOCKS; STOCKINGS; TIGHTS; SHOES; LEATHER SHOES; SPORTS SHOES; GYMNASTIC SHOES; BEACH SHOES; MOUNTAINEERING SHOES; RUNNING SHOES; SKI FOOTWEAR; AFTER SKI FOOTWEAR; FOOTWEAR FOR SNOWBOARDING; RAIN FOOTWEAR; SNEAKERS; SLIPPERS; BATH SLIPPERS; SANDALS; BATH SANDALS; FLIP FLOPS, BEING FOOTWEAR; BOOTS; HALF-BOOTS; LACE BOOTS; RAIN BOOTS; SKI BOOTS; AFTER SKI BOOTS; SNOWBOARD BOOTS; BOOTS FOR SPORTS; HORSE-RIDING BOOTS; CLOGS; SCARVES; CLOAKS; SHAWLS; STOLES; FUR STOLES; FOULARDS, BEING CLOTHING ARTICLES; NECKWEAR; POCKET SQUARES; CLOTHING, NAMELY, GLOVES, MUFFS, MITTENS; SKI GLOVES; SNOWBOARD GLOVES; CLOTHING, NAMELY, BELTS AND MONEY BELTS; BRACES FOR CLOTHING, BEING SUSPENDERS; SUSPENDERS; WAISTBANDS, BEING PARTS OF CLOTHING; SASHES FOR WEAR; COLLARS, BEING CLOTHING; UNDERWEAR; UNDERPANTS; PYJAMAS; DRESSING GOWNS; NIGHT GOWNS; HEADWEAR; EAR MUFFS, BEING CLOTHING, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF A DESIGN DEPICTING A STYLIZED EMPTY BELL.

PRIORITY DATE OF 3-31-2015 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1281832 DATED 8-13-2015, EXPIRES 8-13-2025.

SER. NO. 79-179,870, FILED 8-13-2015.

MELISSA VALLILLO, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# MONCLER

**Reg. No. 5,332,131**

**Registered Nov. 14, 2017**

**Int. Cl.: 14, 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 14: Imitation jewelry; costume jewelry; jewelry and imitation jewelry, namely, trinkets, charms, threads of precious metal, bracelets, necklaces, lockets, chains, rings, brooches, medallions, medals, pins, amulets; earrings; diadems; ornamental pins; tie pins; pendants; cuff links; fancy keyrings of precious metals; precious metal key chains; precious metal key holders; precious metal key rings, being trinkets or fobs; badges of precious metal; jewelry cases, being caskets or boxes, not of precious metal; jewelry cases, being caskets; shoe ornaments of precious metal; hat ornaments of precious metal; decorative boxes made of precious metal; trophies of precious metal; statues of precious metal; figurines, being statuettes, of precious metal; statuettes of precious metal; works of art of precious metal; children jewellery, namely, trinkets, charms, bracelets, necklaces, lockets, chains, rings, brooches, medallions, medals, amulets, earrings; clocks; wall clocks; watches; alarm clocks; chronometers; chronographs as watches; wristwatches; stopwatches; pocket watches; cases for clocks and watches; watch bands; watch straps; watch chains; watch bracelets

CLASS 18: Boxes of leather or leatherboard; cases, of leather or leatherboard; leather straps; card cases, being notecases; credit card cases, being wallets; calling card cases; leather for furniture; business card cases; document cases; leather address hang-tags; clothing for pets; collars for pets; bags for carrying animals; leather, unworked or semi-worked; moleskin, being imitation of leather; fur-skins; raw skins; fur pelts; artificial fur; synthetic fur; animal skins; animal hides; handbags; evening handbags; shopping bags, namely, canvas shopping bags, leather shopping bags, mesh shopping bags, reusable shopping bags, shopping bags made of skin shopping bags with wheels attached, string bags for shopping, textile shopping bags and wheeled shopping bags; leather shopping bags; duffel bags; waist bags; barrel bags; Boston bags; shoulder bags; traveling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; bags for sports; garment bags for travel; purses; coin purses; wallets; pocket wallets; carrying cases for documents; keycases; key bags; key wallets; backpacks; briefcases; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all purpose sports bags; tote bags; knapsacks; rucksacks; haversacks; suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; leather key cases; leather shoulder belts; leather pouches; leatherware, namely, traveling sets consisting of suitcases, briefcases, empty toiletry cases; traveling bags of leather; sling bags for carrying infants; pouch baby carriers; backpacks for carrying babies; traveling bags; tie cases; luggage tags; all-purpose carrying bags; toiletry bags sold empty; carrying cases; traveling cases; cosmetic cases sold empty; umbrellas; parasols; walking sticks; whips; mountaineering sticks; canes; harness fittings; harness; saddlery

CLASS 25: Jackets, being clothing; sleeved or sleeveless jackets; heavy jackets; lightweight jackets, being clothing; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; stuff jackets, being clothing; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts;



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; jerseys, being clothing; sports jerseys; trousers; ski trousers; snowboard pants; ski pants; shorts; Bermuda shorts; jeans; skirts; overalls; track suits; ski suits; snowboard suits; suits; dresses; gowns; blazers; headbands, being clothing; twinsets; leggings, being trousers; leggings, being leg warmers; dungarees; ready-made clothing, namely, shirts, tops and dresses; tops, being clothing; tank-tops; knitwear, being clothing, namely, tops, scarves and hats; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; furs, being clothing, namely, fur coats and jackets; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; pelerines; rompers; leotards; slacks; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; ski masks, being clothing; eyeshades, being clothing; bathing caps; swimming caps; beach clothes, namely, bathing suits and swim shorts; swimming costumes; swimsuits; bathing drawers; bathing trunks; bikinis; bath robes; pareus; bathing costumes; children's clothing, namely, pants, shirts, shorts and dresses; children's footwear; children's headwear, namely, hats, caps; articles of clothing, footwear and headgear for babies and toddlers, namely, hats, shoes, sweaters, pants, shirts, shorts and dresses; babies' pants, being clothing; bibs, not of paper; layettes, being clothing; Sleepsuits in the nature of infant sleepers without individual legs; baby body suits; baby tops; baby bottoms; socks; stockings; tights; pantyhose; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip flops, being footwear; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; dance shoes; golf shoes; climbing boots; scarves; cloaks; shawls; stoles; fur stoles; foulards, being clothing articles; neckwear; pocket squares; clothing, namely, gloves, muffs, mittens; ski gloves; snowboard gloves; clothing, namely, belts and money belts; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; underwear, underpants; pajamas; dressing gowns; nightgowns; vests; lingerie; headwear; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1197644 DATED 09-19-2013, EXPIRES 09-19-2023

SER. NO. 79-203,149, FILED 11-15-2016

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,677,402**

**Registered Feb. 19, 2019**

**Int. Cl.: 9, 18, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

MONCLER S.p.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; contact lenses; containers for contact lenses; ski goggles; spectacle cases; binoculars; binocular cases; monocles; magnifying glasses; magnifying glass cases; smartglasses; 3D spectacles; electronic game software for cellular phones; electronic game software for hand-held electronic devices; computer game software; downloadable computer programs for database management; blank floppy disks; computer software platforms, recorded or downloadable, for use in the encryption of multimedia recordings; downloadable graphics for mobile phones; computer screen saver software, recorded or downloadable; personal computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; carrying cases adapted for computers; tablet computers; protective cases for tablet computers; covers for tablet computers; laptop computers; cases for laptops; bags adapted for laptops; sleeves for laptops; docking stations for laptops; wrist rests for use with computers; computer mice; mouse pads; computer keyboards; document printers for use with computers; computer peripheral devices; monitors, being computer hardware; carrying cases for radio pagers; radio cases; radios; mobile phones; lanyards, being straps, specially adapted for holding cellular phones; covers adapted for cellular phones; cases adapted for cellular phones; cellular phones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic book readers; protective cases for electronic book readers; cordless telephones; cordless telephone holders; telephone receivers; telephone apparatus; video telephones; cell phone straps; batteries for cellular phones; microphones for cellular phones; loudspeakers for cellular phones; earphones for cellular phones; battery chargers for cellular phones; battery charger cases for cellular phones; in-ear headphones; headphones; headphone cases; hands free kits for telephones; hands free kits for cellular phones; smartwatches; protective films adapted for smartphones; selfie sticks, being hand- held monopods, for cellphones; personal digital assistants, being PDAs; cases adapted for cameras; cameras; digital cameras; cases especially made for photographic apparatus and instruments; lanyards, being straps, specially adapted for holding cameras; digital photo frames; exposed slide film cases; photographic slides; video screens; home theater movie projectors; protective helmets for sports; gloves for divers; visors for helmets; blank audio-video compact discs; blank recordable DVDs; holders and cases for compact discs and DVDs; protective carrying cases for portable music players; music and video player cases; digital audio players; loudspeakers;

compact disc players; cases adapted for CD players; DVD recorders; DVD players; cases adapted for DVD players; portable MP3 players; cases for portable MP3 players; covers for portable MP3 players; portable compact disc music players; prerecorded magnetic tapes, cartridges and disks featuring fashion, design and lifestyle; walkie-talkies; antennas; audiovisual teaching apparatus, namely, computer whiteboards; electronic publications, downloadable, in the nature of magazines in the field of fashion, design and lifestyle; blank magnetic data carriers; sound recording discs, namely, blank recordable CD-Rs and DVD-Rs; prerecorded audio discs featuring fashion, design and lifestyle; prerecorded DVDs featuring fashion, design and lifestyle; blank audio and video tapes; sound recording carriers, namely, blank recordable CD-Rs and DVD-Rs; video recorders; blank video cassettes; blank USB flash drives; electronic key fobs being remote control apparatus; teaching robots; time clocks, being time recording devices; lap- counting devices, namely, counters for use during sporting activities; rulers, being measuring instruments; measuring devices, electric, namely, laser distance meters; barometers; thermometers, not for medical purposes; calculating machines; pocket calculators; chronographs, being time recording apparatus; scales; pedometers; directional compasses; navigation apparatus for vehicles, being on-board computers; cases specially adapted for magnetically encoded credit cards; magnetically encoded key cards; electronic agendas; cases for electronic agenda; covers for electronic agendas; hologram apparatus; electronic interactive whiteboards; interactive touch screen terminals; decorative magnets; electronic pens, being visual display units; lanyards, being straps, especially adapted for holding cellular phones, MP3 players, cameras, video cameras, eyeglasses, sunglasses, magnetic encoded cards; blank integrated circuit cards, being smart cards; sports whistles; electronic pocket translators; hand-held electronic dictionaries; optical fibers, being light conducting filaments; snorkels; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; educational software for children

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; card cases, being notecases; credit card cases, being wallets; calling card cases; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; bags, namely, crossbody bags, all purpose athletic bags and all- purpose carrying bags; handbags; evening purses, being handbags; shopping bags, namely, canvas shopping bags, leather shopping bags, mesh shopping bags, reusable shopping bags, shopping bags made of skin shopping bags with wheels attached, string bags for shopping, textile shopping bags and wheeled shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; school children's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel, not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling sets, being leatherware, in the nature of travelling cases of leather; travelling bags of leather; bags for campers in the nature of all-purpose carrying bags; bags for climbers in the nature of all-purpose carrying bags; tote bags; motorized suitcases; briefcase-type leather business folders; briefcase-type portfolios; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear, namely, shirts, dresses, sweaters, aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for suits; chemises; camisoles; blouses; blousons; sweatshirts;

sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, leotards and tights; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, tuxedos, dinner jackets, trousers and footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, jackets, coats; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts and jackets; waterproof clothing, namely, jackets and pants; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shirts and skirts; cuffs; dance clothing, namely, costumes, pants, leotards and tights; smocks; bathing suits; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, swim shorts; swimsuits; bathing drawers; bathing trunks; bikinis; bath robes; pareus; babies' pants, being clothing; bibs, not of paper; layettes, being clothing; bibs for babies, sleeved, not of paper; snap crotch shirts for infants and toddlers; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

CLASS 35: Retail and wholesale store services and on-line retail and wholesale store services featuring detergents for household use, cleaning, preparations, non-medicated soaps, perfumery, essential oils, non-medicated cosmetics, non-medicated hair lotions, non-medicated dentifrices; Retail and wholesale store services and on-line retail and wholesale store services featuring candles, eyeglasses, sunglasses, anti-glare glasses, ski goggles, goggles for use in sport, swimming goggles, eyeglass and sunglass cases, eyeglass and sunglass lenses, eyeglass and sunglass frames; Retail and wholesale store services and on-line retail and wholesale store services featuring eyeglass and sunglass chains, eyeglass and sunglass cords, pince-nez, pince-nez cases, pince-nez chains, pince-nez cords, pince-nez mountings, correcting lenses, being optics; Retail and wholesale store services and on-line retail and wholesale store services featuring cell phone holders, cell phone cases, cell phone covers, electronic apparatus holders, electronic apparatus cases, electronic apparatus covers; Retail and wholesale store services and on-line retail and wholesale store services featuring photographic and optical apparatus and instruments; Retail and wholesale store services and on-line retail and wholesale store services featuring apparatus for recording, transmission or reproduction of sound or images, magnetic data carriers, recording discs, compact discs, DVDs and other digital recording media, mechanisms for coin-operated apparatus, calculating machines, data processing equipment, computers, computer software; Retail and wholesale store services and on-line retail and wholesale store services featuring apparatus for lighting, lamps, precious metals and their alloys, jewellery, precious and semi-precious stones, horological and chronometric instruments, key rings, key fobs, key cases, key holders, key bags; Retail and wholesale store services and on-line retail and wholesale store services featuring paper and cardboard, printed matter, photographs, stationery and office requisites, adhesives for stationery or household purposes, artists' and drawing materials, paintbrushes; Retail and wholesale store services and on-line retail and wholesale store services featuring bags, cases and holders, being leatherware, leatherware, leather and imitations of leather, animal skins, hides, trunks, travelling bags, umbrellas and parasols, walking sticks, whips,

harness, saddlery, collars, leashes and clothing for animals; Retail and wholesale store services and on-line retail and wholesale store services featuring furniture, mirrors, picture frames, ropes and string, nets, tents and tarpaulins, awnings of textile or synthetic materials, sails, sacks for the transport and storage of materials in bulk; Retail and wholesale store services and on-line retail and wholesale store services featuring textiles and substitutes for textiles, household linen, curtains of textile or plastic, bed covers, table covers, clothing, footwear, headgear; Retail and wholesale store services and on-line retail and wholesale store services featuring lace and embroidery, ribbons and braid, buttons, hooks and eyes, pins and needles, artificial flowers, hair decorations, false hair, carpets, rugs, mats and matting; Retail and wholesale store services and on-line retail and wholesale store services featuring games, toys and playthings, video game apparatus, gymnastic and sporting articles, decorations for Christmas trees, smokers' articles; presentation of goods on communication media, for retail purposes, namely, providing television home shopping services in the field of general consumer merchandise; commercial information and advice for consumers in the choice of products and services; sales promotion for others; demonstration of goods; shop window dressing; sponsorship search; business inquiries; business information; administrative processing of purchase orders; organization and management of customer loyalty programs for commercial purposes; auctioneering; commercial administration of the licensing of the goods and services of others; organization of fashion shows for promotional purposes; organization of events, exhibitions, trade fairs and fashion shows for commercial, promotional and advertising purposes; organization of trade fairs for commercial or advertising purposes; organization of advertising events; arranging and conducting of promotional and marketing events for others; event marketing services; news clipping services; public relations; on-line advertising on a computer network; advertising of goods and services of others on the Internet and by means of mobile telephony services and by electronic mail; bill-posting; rental of advertising space; publicity material rental; dissemination of advertising matter

The mark consists of a stylized letter "M".

PRIORITY DATE OF 09-21-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1423183 DATED 02-23-2018, EXPIRES 02-23-2028

SER. NO. 79-240,866, FILED 02-23-2018

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,420,500**

**Registered Mar. 13, 2018**

**Int. Cl.: 9, 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; holders for contact lenses; ski goggles; spectacle cases; optical lenses; binoculars; binocular cases; magnifying glasses; magnifying glass cases; smartglasses; electronic game software for cellular phones, electronic game software for hand-held electronic devices; computer game programs, being recorded computer software; computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; computer carrying cases; tablet computers; protective cases for tablet computers; protective covers for tablet computers; laptop computers; cases for laptops; bags adapted for laptops; sleeves for laptops; docking stations for laptops; wrist rests for use with computers; computer mice; mouse pads; computer keyboards; carrying cases for radio pagers; radio cases; radios; mobile phones; lanyards, being straps, for cellular phones; mobile phone covers; mobile phone cases, portable telephones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic book readers; protective cases for electronic book readers; cordless telephones; cordless telephone holders; telephone apparatus; video telephones; cell phone straps; earphones for mobile phones; mobile phone battery chargers; mobile phone battery charger cases; in-ear headphones; headphones; headphone cases; hands free kits for telephones; hands free kits for mobile phones; smartwatches; cameras; camera cases; photographic cameras; digital cameras; television cameras; video cameras; cases especially made for photographic apparatus and instruments; lanyards, being straps, for cameras; digital photo frames; home theater projectors; protective helmets for sports; holders and cases for compact discs and digital video discs; protective carrying cases for portable music players; music and video player cases; digital audio players; loudspeakers; compact disc players; cases adapted for CD players; DVD recorders; DVD players; cases adapted for DVD players; portable MP3 players; cases for portable MP3 players; covers for portable MP3 players; portable compact disc music players; walkie-talkies; antennas; televisions; downloadable electronic publications in the nature of catalogues, brochures, books, handbooks, leaflets and magazines in the field of fashion; blank magnetic data carriers; audio and video tapes, sold blank; video recorders; video cassettes sold blank; time clocks being time recording devices; calculating machines; pocket calculators; chronographs being time recording apparatus; scales; navigation apparatus for vehicles being on-board computers; magnetically encoded key cards; electronic agendas; cases for electronic agenda; covers for electronic agendas;



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

musical juke boxes; electronic interactive whiteboards; decorative magnets; visual display units, namely, electronic pens; lanyards, being straps, especially adapted for holding cellular phones, MP3 players, cameras, video cameras, eyeglasses, sunglasses, magnetic encoded; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; educational software for children

CLASS 18: Boxes of leather or leatherboard; cases, of leather or leatherboard; credit card cases, being wallets; calling card cases; business card cases; document cases; leather address hang-tags; clothing for pets; collars for pets; bags for carrying animals; handbags; evening handbags; shopping bags, namely, mesh shopping bags, reusable shopping bags; leather shopping bags; duffel bags; waist bags; bags, namely, shopping bags made of skin; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels, schoolchildren's backpacks; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; keycases; key bags; key wallets; backpacks; briefcases; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all purpose sports bags; tote bags; knapsacks; rucksacks; haversacks; suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not made of paper or cardboard; hat boxes of leather; handbag frames; leather key cases; leather shoulder belts, leather pouches; leatherware, namely, travelling sets in the nature of travelling cases of leather; travelling bags of leather; sling bags for carrying infants; pouch baby carriers; backpacks for carrying babies; travelling bags; umbrellas; walking sticks

CLASS 25: Jackets, being clothing; sleeved or sleeveless jackets; heavy jackets; lightweight jackets, being clothing; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; stuff jackets, being clothing; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers, shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters, jumpers, being pullovers; jerseys, being clothing; sports jerseys; trousers; ski trousers; snowboard pants; ski pants; shorts; Bermuda shorts; jeans; skirts; overalls; track suits; ski suits; snowboard suits; suits; dresses; headbands, being clothing; twinsets; leggings, being trousers; leggings, being leg warmers; ready-made clothing, namely, shirts, tops and dresses; tops, being clothing; tank-tops; knitwear, being clothing, namely, tops, scarves and hats; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; pelerines; rompers; leotards; slacks; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; ski masks, being clothing; bathing caps; swimming caps, shower caps; beach clothes, namely, bathing suits and swim shorts; swimming costumes; swimsuits; bathing drawers, bathing trunks; bikinis; bath robes; pareus; children's clothing, namely, pants, shirts, shorts and dresses; children's footwear; children's headgear, namely, baby bonnets; articles of clothing, footwear and headgear for babies and toddlers, namely, children's jackets, children's footwear, baby bonnets, articles of footwear and headwear for babies and toddlers; babies' pants, being clothing; bibs, not of paper; layettes, being clothing; baby sleeping bags, namely, infant sleepwear without individual legs; socks; stockings; tights; shoes; leather shoes; sports shoes, gymnastic shoes, beach shoes, mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip flops, being footwear; boots; half-boots; lace boots; rain boots, ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; scarves, cloaks, shawls; stoles; fur stoles; foulards, being clothing articles; neckwear; pocket squares; clothing, namely, gloves, muffs, mittens; ski gloves; snowboard gloves; clothing, namely, belts and money belts; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; collars, being clothing; underwear; underpants; pyjamas; dressing gowns; nightgowns; headwear; ear muffs, being clothing

The mark consists of a concentric design of a stylized bell.

PRIORITY DATE OF 07-08-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1342210 DATED 12-23-2016,

EXPIRES 12-23-2026

SER. NO. 79-206,420, FILED 12-23-2016

# United States of America
## United States Patent and Trademark Office

**DOUDOUNE D'AIR**

MONCLER

**Reg. No. 5,445,480**

**Registered Apr. 17, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 25: Down jackets, being clothing; sleeved or sleeveless down jackets; heavy down jackets; lightweight down jackets, being clothing; bomber jackets, reversible down jackets; rain jackets; leather jackets; padded down jackets; wind-resistant down jackets; waterproof jackets; stuff down jackets, being clothing; down jackets; sleeveless down jackets; sports jackets; down ski jackets; down snowboard jackets; down long jackets; down windcheaters; down ski windcheaters; down snowboard windcheaters; anoraks made of down; down anoraks; parkas made of down; down parkas; fur jackets; waistcoats; waistcoats with removable lining; down overcoats; coats made of down; fur coats; raincoats; shirts; polo shirts; sport shirts; shirts for wear with suits; sweatshirts; sweaters; jumpers, being pullovers; jerseys, being clothing; sports jerseys; trousers; ski trousers; snowboard pants; ski pants; shorts; Bermuda shorts; jeans; skirts; overalls; track suits; down ski suits; down snowboard suits; suits; dresses; headbands, being clothing; leg warmers; ready-made clothing, namely, shirts, tops and dresses; tops, being clothing; knitwear, being clothing, namely, tops, scarves and hats; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; pelerines; rompers; leotards; slacks; athletic uniforms; cuffs; ski masks, being clothing; children's clothing, namely, pants, shirts, shorts and dresses; children's headgear, namely, baby bonnets; articles of clothing, footwear and headgear for babies and toddlers, namely, baby bonnets and baby pants; babies' pants, being clothing; bibs, not of paper; layettes, being clothing; baby sleeping bags, namely, infant sleepwear without individual legs; socks; stockings; tights; shoes; sports shoes; mountaineering shoes; ski footwear; after ski footwear; footwear for snowboarding; slippers; boots; half-boots; lace boots; ski boots; after ski boots; snowboard boots; boots for sports; scarves; cloaks; shawls; stoles; fur stoles; foulards, being clothing articles; neckwear; clothing, namely, gloves, muffs, mittens; ski gloves; snowboard gloves; sashes for wear; headwear; ear muffs, being clothing

PRIORITY DATE OF 07-07-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1342209 DATED 12-16-2016, EXPIRES 12-16-2026

No claim is made to the exclusive right to use the following apart from the mark as shown: "DOUDOUNE"



Director of the United States
Patent and Trademark Office

The English Translation of the wording "DOUDOUNE D'AIR" in the mark is "AIR DOWN JACKET".

SER. NO. 79-206,419, FILED 12-16-2016

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,754,061**

**Registered May 21, 2019**

**Int. Cl.: 9, 18, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**



*Director of the United States*
*Patent and Trademark Office*

MONCLER S.p.A.  (ITALY Joint Stock Company )
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; contact lenses; containers for contact lenses; ski goggles; spectacle cases; binoculars; binocular carrying cases; monocles; magnifying glasses; magnifying glass cases; smartglasses; 3D spectacles; electronic game software for cellular phones; electronic game software for hand-held electronic devices; computer game software; downloadable computer programs for network management; blank floppy disks; computer software platforms, recorded or downloadable, for games; downloadable graphics for mobile phones; computer screen saver software, recorded or downloadable; personal computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; carrying cases adapted for computers; tablet computers; protective cases for tablet computers; covers for tablet computers; laptop computers; carrying cases for laptops; bags adapted for laptops; sleeves for laptops; docking stations for laptops; wrist rests for use with computers; computer mice; mouse pads; computer keyboards; document printers for use with computers; computer peripheral devices; monitors being computer hardware; carrying cases for radio pagers; radio carrying cases; radios; mobile phones; lanyards being straps, for cellular phones; covers adapted for cellular phones; cases adapted for cellular phones; cellular phones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic book readers; protective cases for electronic book readers; cordless telephones; cordless telephone holders; telephone receivers; telephone apparatus; video telephones; cell phone straps; batteries for cellular phones; microphones for cellular phones; loudspeakers for cellular phones; earphones for cellular phones; battery chargers for cellular phones; battery charger carrying cases for cellular phones; in-ear headphones; headphones; headphone carrying cases; hands free kits for telephones; hands free kits for cellular phones; smartwatches; protective films adapted for smartphones; selfie sticks being hand-held monopods for cameras or cell phones featuring cameras; personal digital assistants being PDAs; cases adapted for cameras; cameras for photography; digital cameras; cases especially made for photographic apparatus and instruments; lanyards being straps for cameras; digital photo frames; exposed slide film cases; photographic slides; video screens; home theater LCD projectors; protective helmets for sports; gloves for divers in the nature of protective gloves for industrial use; visors for helmets; audio-video compact discs featuring music; DVDs featuring movies; holders and cases for compact discs and DVDs; protective carrying cases for portable music players;

music and video player carrying cases; digital audio players; loudspeakers; compact disc players; cases adapted for CD players; DVD recorders; DVD players; cases adapted for DVD players; portable MP3 players; carrying cases for portable MP3 players; covers for portable MP3 players; portable compact disc music players; prerecorded magnetic tapes, cartridges and disks featuring music; walkie-talkies; antennas; audiovisual teaching apparatus, namely, audiovisual receivers; downloadable electronic publications in the nature of magazines in the field of fashion, sport and leisure time; blank magnetic data carriers; sound recording discs in the nature of blank compact discs; prerecorded audio discs featuring music; prerecorded DVDs featuring music; blank audio and video tapes; sound recording carriers in the nature of blank CDs; video recorders; blank video cassettes; blank USB flash drives; electronic key fobs being remote control apparatus; teaching robots; time clocks being time recording devices; thread counters; rulers being measuring instruments; measuring devices, electric, namely, fluorometers; barometers; thermometers, not for medical purposes; calculating machines; pocket calculators; chronographs being specialized time recording apparatus; scales; pedometers; directional compasses; navigation apparatus for vehicles being on-board computers; cases specially adapted for magnetically encoded credit cards; magnetically encoded key cards; electronic agendas; carrying cases for electronic agenda; covers for electronic agendas; hologram apparatus; electronic interactive whiteboards; interactive touch screen terminals; decorative magnets; electronic pens; lanyards in the nature of cell phone straps especially adapted for holding cellular phones, MP3 players, cameras, video cameras, eyeglasses, sunglasses, and magnetic encoded cards; blank integrated circuit cards being smart cards; sports whistles; electronic pocket translators; hand-held electronic dictionaries; optical fibers being light conducting filaments; snorkels; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; educational software for children

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather being saddlery; business card cases; credit card cases being wallets; calling card cases; unfitted furniture coverings of leather; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; gym bags; handbags; evening purses being handbags; reusable shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; school children's backpacks; randsels being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all- purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts being straps of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling sets in the nature of travelling bags being leatherware; travelling bags of leather; all-purpose bags for campers; bags for climbers in the nature of all-purpose carrying bags; tote bags; motorized suitcases; conference folders in the nature of leather binders for travel purposes; Briefcase-type conference portfolios; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear shirts, aprons, ski masks, gaberdines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts to wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, leotards; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for

women; evening dresses; gowns; blazers; formal wear in the nature of tuxedos; petticoats; corselets; twin sets; leggings being trousers; leggings being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made linings being parts of clothing; outer clothing in the nature of coats; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, leather belts; waterproof clothing in the nature of jackets; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf shirts; cuffs; dance pants; smocks; bathing suits; bathing caps; swimming caps; beach cover-ups; beach shoes; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; babies' pants being clothing; bibs, not of paper; layettes being clothing; bibs, sleeved, not of paper; snap crotch shirts for infants and toddlers; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; thermal socks; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing being suspenders; suspenders; waistbands being parts of clothing; sashes for wear; boas being necklets; mufflers being neck scarves; underwear; singlets; sport singlets; slips being undergarments; panties; underpants; drawers being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets being underclothing; bodices being lingerie; girdles; teddies being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods being clothing; ear muffs being clothing

CLASS 35: Retail and wholesale store services on behalf of third parties, also on-line, featuring detergents, cleaning, preparations, non-medicated soaps, perfumery, essential oils, non-medicated cosmetics, non-medicated hair lotions, non-medicated dentifrices; retail and wholesale store services on behalf of third parties, also on-line, featuring candles, eyeglasses, sunglasses, anti-glare glasses, ski goggles, goggles for use in sport, swimming goggles, eyeglass and sunglass cases, eyeglass and sunglass lenses, eyeglass and sunglass frames; retail and wholesale services store on behalf of third parties, also on-line, featuring eyeglass and sunglass chains, eyeglass and sunglass cords, pince- nez, pince-nez cases, pince-nez chains, pince-nez cords, pince-nez mountings, correcting lenses being optics; retail and wholesale store services on behalf of third parties, also on-line, featuring holders, cases, covers, electronic apparatus holders, electronic apparatus cases, electronic apparatus covers; retail and wholesale store services on behalf of third parties, also on-line, featuring photographic and optical apparatus and instruments; retail and wholesale store services on behalf of third parties, also on-line, featuring apparatus for recording, transmission or reproduction of sound or images, magnetic data carriers, recording discs, compact discs, DVDs and other digital recording media, mechanisms for coin-operated apparatus, calculating machines, data processing equipment, computers, computer software; retail and wholesale store services on behalf of third parties, also on-line, featuring apparatus for lighting, lamps, precious metals and their alloys, jewellery, precious and semi-precious stones, horological and chronometric instruments, key rings, key fobs, key cases, key holders, key bags; retail and wholesale store services on behalf of third parties, also on-line, featuring paper and cardboard, printed matter, photographs, stationery and office requisites, adhesives for stationery or household purposes, artists' and drawing materials, paintbrushes; retail and wholesale store services on behalf of third parties, also on-line, featuring bags, cases and holders being leatherware, leatherware, leather and imitations of leather, animal skins, hides, trunks, travelling bags, umbrellas and parasols, walking sticks, whips, harness, saddlery, collars, leashes and clothing for animals; retail and wholesale store services on behalf of third parties, also on-line, featuring furniture, mirrors, picture frames, ropes and string, nets, tents and tarpaulins, awnings of textile or synthetic materials, sails, sacks for the transport and storage of materials in bulk; retail and wholesale store services on behalf of third parties, also on-line, featuring textiles and substitutes for textiles, household linen, curtains of textile or plastic, bed covers, table covers, clothing, footwear, headgear; retail and wholesale store services on behalf of third parties, also on-line, featuring lace and embroidery, ribbons and

braid, buttons, hooks and eyes, pins and needles, artificial flowers, hair decorations, false hair, carpets, rugs, mats and matting; retail and wholesale store services on behalf of third parties, also on-line, featuring games, toys and playthings, video game apparatus, gymnastic and sporting articles, decorations for Christmas trees, smokers' articles; presentation of goods on communication media, for retail purposes, namely, providing television home shopping services in the field of general consumer merchandise; commercial information and advice for consumers in the choice of products and services; sales promotion for others; outsourcing services, namely, business assistance; procurement services for others, namely, purchasing goods and services for other businesses, namely, purchasing clothing; demonstration of goods; shop window dressing; sponsorship search; business inquiries; business information; administrative processing of purchase orders; organization and management of customer loyalty programs for commercial purposes; auctioneering; commercial administration of the licensing of the goods and services of others; organization of fashion shows for promotional purposes; organization of events, exhibitions, trade fairs and fashion shows for commercial, promotional and advertising purposes; organization of trade fairs for commercial or advertising purposes; organization of advertising events; arranging and conducting of promotional and marketing events; event marketing services; news clipping services; public relations; on-line advertising on a computer network; advertising of goods and services on the Internet and by means of mobile telephony services and by electronic mail; bill-posting; rental of advertising space; publicity material rental; dissemination of advertising matter; advertising agency services; modelling for advertising or sales promotion; writing of publicity texts; publication of publicity texts; promoting the sale of fashion goods through promotional articles in magazines; distribution of samples; distribution and dissemination of advertising materials, namely, leaflets, prospectuses, printed material, samples; advertising planning services; promotional services, namely, advertising services; product merchandising for others; search engine optimization for sales promotion; web site traffic optimization; consultancy regarding advertising communication strategies; consultancy regarding public relations communication strategies; social media strategy and marketing consultancy focusing on helping clients create and extend their product and brand strategies by building virally engaging marketing solutions; outdoor advertising; business management and organization consultancy; consultancy and advisory services in the field of business strategy; business management consultancy relating to strategy, marketing, production, personnel and retail sale matters; business management assistance; marketing strategy planning; advice in the field of business management and marketing; marketing research; market studies; business investigations; market opinion polling; targeted marketing services; marketing in the framework of software publishing; providing an on-line commercial information directory on the Internet; compiling indexes of information for commercial or advertising purposes; relocation services for businesses; business auditing; business management of hotels; promotion of goods and services through sponsorship of sports events

The mark consists of a circle inside of which is the letter "M" over a cockerel design with the wording "MONCLER" underneath.

PRIORITY DATE OF 09-21-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1421690 DATED 02-23-2018, EXPIRES 02-23-2028

SER. NO. 79-240,259, FILED 02-23-2018

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,836,810**

**Registered Aug. 20, 2019**

**Int. Cl.: 9, 18, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

MONCLER S.p.A.  (ITALY Joint Stock Company )
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; contact lenses; containers for contact lenses; ski goggles; spectacle cases; binoculars; cases specially adapted for carrying binoculars, namely, binocular cases; monocles; magnifying glasses; cases specially adapted for carrying magnifying glasses, namely, magnifying glass cases; smartglasses; 3D spectacles; electronic game software for cellular phones; electronic game software for hand-held electronic devices; computer game software; computer software platforms, recorded and downloadable, for games; downloadable graphics for mobile phones; computer screen saver software, recorded or downloadable; personal computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; carrying cases adapted for computers; tablet computers; protective cases for tablet computers; covers for tablet computers; laptop computers; cases for laptops; bags adapted for laptops; sleeves for laptops; docking stations for laptops; wrist rests for use with computers; computer mice; mouse pads; computer keyboards; document printers for use with computers; computer peripheral devices; monitors, being computer hardware; carrying cases for radio pagers; cases specially adapted for radios, namely, radio cases; radios; mobile phones; lanyards, being straps, for cellular phones; covers adapted for cellular phones; cases adapted for cellular phones; cellular phones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic book readers; protective cases for electronic book readers; cordless telephones; cordless telephone apparatuses, namely, cordless telephone holders; telephone receivers; telephone apparatus; video telephones; cell phone straps; batteries for cellular phones; microphones for cellular phones; loudspeakers for cellular phones; earphones for cellular phones; battery chargers for cellular phones; cellular phone cases featuring rechargeable batteries, namely, battery charger cases for cellular phones; in-ear headphones; headphones; cases specially adapted for headphones, namely, headphone cases; hands free kits for telephones; hands free kits for cellular phones; smartwatches; protective films adapted for smartphones; selfie sticks, being hand-held monopods for digital electronic devices in the nature of cell phones; personal digital assistants, being PDAs; cases adapted for cameras; cameras, being photography cameras; digital cameras; cases especially made for photographic apparatus and instruments; lanyards, being straps, for cameras; digital photo frames; cases specially adapted for carrying exposed slide film, namely, exposed slide film cases; slides, being photography; video screens; protective helmets for sports; gloves for

divers in the nature of protective gloves for industrial use; visors for helmets; audio-video featured on compact discs; holders and cases for compact discs and DVDs; protective carrying cases for portable music players; digital audio players; loudspeakers; compact disc players; cases adapted for CD players; DVD recorders; DVD players; cases adapted for DVD players; portable MP3 players; cases for portable MP3 players; covers for portable MP3 players; portable compact disc music players; walkie-talkies; antennas; electronic publications, downloadable, in the nature of book, magazine, journal] in the field of fashion; musical sound recordings, namely, sound recording discs; video recorders; USB flash drives, namely, blank USB flash drives; electronic key fobs being remote control apparatus; teaching robots; time clocks, being time recording devices; rulers, being measuring instruments; barometers; thermometers, not for medical purposes; calculating machines; pocket calculators; chronographs, being specialized time recording apparatus; scales; pedometers; directional compasses; navigation apparatus for vehicles, being on-board computers; magnetically encoded key cards; electronic agendas; cases specially adapted for carrying electronic agenda; covers specially adapted for carrying electronic agendas; hologram apparatus; electronic interactive whiteboards; interactive touch screen terminals; decorative magnets; electronic pens, being visual display units; lanyards, being straps, cords, and holders, especially adapted for holding cellular phones, MP3 players, cameras, video cameras, eyeglasses, sunglasses, magnetically encoded gift cards; integrated circuit cards, being smart cards in the nature of blank smart cards; sports whistles; electronic pocket translators; hand-held electronic dictionaries; optical fibers, being light conducting filaments; snorkels; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; educational software for children

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; card cases, being document notecases; credit card cases, being wallets; calling card cases; leather for furniture, being furniture coverings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; all-purpose carrying bags; handbags; evening purses, being handbags; reusable shopping bags, mesh shopping bags, canvas shopping bags, textile shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; school children's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling sets in the nature of bags, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; tote bags; motorized suitcases; briefcase-type leather business and conference folders; briefcase-type conference portfolios; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters, aprons, ski masks, gaberdines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening

dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, pants, dresses, jackets; outer clothing, namely, coats, gloves, hats, scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, shoes, pants, headwear, jackets, belts; waterproof clothing, namely, footwear, jackets, pants; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, shirts, shorts, caps, cleats; cuffs; dance clothing, namely, slippers, shoes, costumes, pants; smocks; bathing suits; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, cover-ups, shoes, swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; babies' pants, being clothing; bibs, not of paper; layettes, being clothing; bibs, sleeved, not of paper; snap crotch shirts for infants and toddlers; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; muffs as clothing, namely, footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

CLASS 35: Retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring detergents, cleaning, preparations, non-medicated soaps, perfumery, essential oils, non-medicated cosmetics, non-medicated hair lotions, non-medicated dentifrices; retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring candles, eyeglasses, sunglasses, anti-glare glasses, ski goggles, goggles for use in sport, swimming goggles, eyeglass and sunglass cases, eyeglass and sunglass lenses, eyeglass and sunglass frames; retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring eyeglass and sunglass chains, eyeglass and sunglass cords, pince-nez, pince-nez cases, pince-nez chains, pince-nez cords, pince-nez mountings, correcting lenses, being optics; retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring holders, cases, covers, electronic apparatus holders, electronic apparatus cases, electronic apparatus covers; retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring photographic and optical apparatus and instruments; retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring apparatus for recording, transmission or reproduction of sound or images, magnetic data carriers, recording discs, compact discs, DVDs and other digital recording media, mechanisms for coin-operated apparatus, calculating machines, data processing equipment, computers, computer software; retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring apparatus for lighting, lamps, precious metals and their alloys, jewellery, precious and semi-precious stones, horological and chronometric instruments, key rings, key fobs, key cases, key holders, key bags; retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring paper and cardboard, printed matter, photographs, stationery and office requisites, adhesives for stationery or household purposes, artists' and drawing materials, paintbrushes; retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring bags, cases and holders, being leatherware, leatherware, leather and imitations of leather, animal skins, hides, trunks, travelling bags, umbrellas and parasols, walking sticks, whips, harness, saddlery, collars, leashes and clothing for animals; retail and wholesale store services on behalf of third

parties, also on-line retail and wholesale store services, featuring furniture, mirrors, picture frames, ropes and string, nets, tents and tarpaulins, awnings of textile or synthetic materials, sails, sacks for the transport and storage of materials in bulk; retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring textiles and substitutes for textiles, household linen, curtains of textile or plastic, bed covers, table covers, clothing, footwear, headgear; retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring lace and embroidery, ribbons and braid, buttons, hooks and eyes, pins and needles, artificial flowers, hair decorations, false hair, carpets, rugs, mats and matting; retail and wholesale store services on behalf of third parties, also on-line retail and wholesale store services, featuring games, toys and playthings, video game apparatus, gymnastic and sporting articles, decorations for Christmas trees, smokers' articles; presentation of goods on communication media, for retail business purposes, namely, providing television home shopping services in the field of general consumer merchandise; commercial information and advice for consumers in the choice of products and services; sales promotion for others; outsourcing services, namely, business assistance; procurement services for others, namely, procuring of contracts for other businesses for the purchasing of goods and services; demonstration of goods; shop window dressing; sponsorship search; business inquiries; business information; administrative processing of purchase orders; business administration, in the nature of organization and management, of customer loyalty programs; business administration of consumer loyalty programs; auctioneering; commercial administration of the licensing of the goods and services of others; organization of fashion shows for promotional purposes; organization of events, exhibitions, trade fairs and fashion shows for commercial, promotional and advertising purposes; organization of trade fairs for commercial or advertising purposes; organization of advertising events; arranging and conducting of promotional and marketing events; event marketing, namely, providing marketing of special events; news clipping services; public relations; on-line advertising on a computer network; advertising of goods and services of others on the Internet and by means of mobile telephony services and by electronic mail; bill-posting; rental of advertising space; publicity material rental; dissemination of advertising matter; advertising agency services; modelling for advertising or sales promotion; writing of publicity texts; publication of publicity texts; advertising, including promoting the sale of fashion goods for third parties through the transmission of advertising material in the nature of promotional articles in magazines; distribution of samples; distribution and dissemination of advertising materials, namely, leaflets, prospectuses, printed material, samples; advertising planning services; promotional services, namely, advertising services; product merchandising for others; search engine optimization for sales promotion; web site traffic optimization; consultancy regarding advertising communication strategies; consultancy regarding public relations communication strategies; social media marketing strategy consultancy and marketing consultancy; outdoor advertising; business management and organization consultancy; consultancy and advisory services in the field of business strategy; business management consultancy relating to strategy, marketing, production, personnel and retail sale matters; business management assistance; marketing strategy planning, namely, development of marketing strategies and concepts; advice in the field of business management and marketing; marketing research; business investigations; public opinion polling; targeted marketing services; marketing in the framework of software publishing; providing an on-line commercial information directory on the Internet; compiling indexes of information for commercial or advertising purposes; relocation services for businesses; business auditing; business management of hotels; promotion of goods and services through sponsorship of sports events

The mark consists of a sign depicting a stylized letter "M", consisting of a closed vertical irregular line that has in an upward region two pointed ends pointing upward and in a downward region one pointed end pointing downward and arranged between two squared ends, which is partially superimposed on the figure of a stylized cockerel, seen in profile and facing to the left, the outline of the whole being profiled.

PRIORITY DATE OF 09-21-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1421276 DATED 02-23-2018, EXPIRES 02-23-2028

SER. NO. 79-240,090, FILED 02-23-2018

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,841,665**

**Registered Aug. 27, 2019**

**Int. Cl.: 9, 18, 25**

**Trademark**

**Principal Register**

MONCLER S.p.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
Milano, ITALY I-20144

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; contact lenses, containers for contact lenses; ski goggles; spectacle cases; binoculars; binocular cases; monocles; magnifying glasses; magnifying glass cases; smartglasses; 3D spectacles; electronic game software for cellular phones; electronic game software for hand-held electronic devices; computer game software; downloadable computer programs for database management; blank floppy disks; computer software platforms, recorded or downloadable for use in the encryption of multimedia recordings; downloadable graphics for mobile phones; computer screen saver software, recorded or downloadable; personal computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; carrying cases adapted for computers; tablet computers; protective cases for tablet computers; covers for tablet computers; laptop computers; cases for laptop computers; bags adapted for laptop computers; sleeves for laptop computers; docking stations for laptop computers; wrist rests for use with computers; computer mice; mouse pads; computer keyboards; laser document printers for use with computers; computer peripheral devices; monitors, being computer hardware; carrying cases for radio pagers; radio cases; radios; mobile phones; lanyards, being straps for cellular phones; covers adapted for cellular phones; cases adapted for cellular phones; cellular phones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic book readers; protective cases for electronic book readers; cordless telephones; cordless telephone holders; telephone receivers; telephone apparatus; video telephones; cell phone straps; batteries for cellular phones; microphones for cellular phones; loudspeakers for cellular phones; earphones for cellular phones; battery chargers for cellular phones; battery charger cases for cellular phones; in-ear headphones; headphones; headphone cases; hands free kits for telephones; hands free kits for cellular phones; smartwatches; protective films adapted for smartphones; selfie sticks, being hand-held monopods; personal digital assistants, being PDAs, cases adapted for cameras; photographic cameras; digital cameras; cases especially made for photographic apparatus and instruments; lanyards, being straps, for cameras; digital photo frames; exposed slide film cases; slides, being photography; video screens; home theater projectors; protective helmets for sports; gloves for divers; visors for helmets; blank audio-video compact discs; blank recordable DVDs; holders and cases for compact discs and DVDs; protective carrying cases for portable music players; music and video player cases; digital audio players; loudspeakers; compact disc players; cases adapted for CD players; DVD recorders; DVD players; cases



Director of the United States
Patent and Trademark Office

adapted for DVD players; portable MP3 players; cases for portable MP3 players; covers for portable MP3 players; portable compact disc music players; prerecorded magnetic tapes, cartridges and disks featuring information in the fields of fashion, design and lifestyle; walkie-talkies; antennas; audiovisual teaching apparatus, namely, electronic sports training simulators; television apparatus for projection purposes; electronic publications, downloadable, in the nature of magazines featuring information about fashion, design and lifestyle; blank magnetic data carriers; blank sound recording discs; prerecorded audio discs featuring fashion, design and lifestyle; prerecorded DVDs featuring information in the fields of fashion, design and lifestyle; audio and video tapes featuring information in the fields of fashion, design and lifestyle; sound recording carriers being magnetic data carriers featuring information in the fields of fashion, design and lifestyle; video recorders; video cassettes featuring information in the fields of fashion, design and lifestyle; blank USB flash drives; electronic key fobs being remote control apparatus; teaching robots; time clocks, being time recording devices; automatic pill counters; rulers, being measuring instruments; measuring devices, electric, namely, laser distance meters; barometers; thermometers, not for medical purposes; calculating machines; pocket calculators; chronographs, being specialized time recording apparatus; scales; pedometers, directional compasses, navigation apparatus for vehicles, being on- board computers; magnetically encoded key cards; electronic agendas; cases for electronic agenda; covers for electronic agendas; hologram apparatus; electronic interactive whiteboards; interactive touch screen terminals; decorative magnets; electronic pens, being visual display units; lanyards, being straps, especially adapted for holding cellular phones, MP3 players, cameras, video cameras, magnetic encoded identity cards; integrated circuit cards, being blank smart cards; sports whistles; electronic pocket translators; hand-held electronic dictionaries, optical fibers, being light conducting filaments; snorkels; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; educational software for children

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases, being notecases; credit card cases, being wallets; calling card cases; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; travelling bags; handbags; evening purses, being handbags; reusable shopping bags; leather shopping bags, wheeled shopping bags, duffle bags, waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels, schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle horn bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling sets, being leatherware traveling bags; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; tote bags; motorized suitcases; conference folders and conference portfolios being briefcase-type leather business folders; sling bags for carrying infants; slings for carrying infants; pouch baby carriers, backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear, aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, leotards and tights; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard

suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, jackets, coats; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses, waterproof clothing, namely, pants, shirts, shorts and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; dance clothing; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits and swim shorts; swimsuits; bathing drawers; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely, caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely, caps, hats,knitted caps; babies' pants, being clothing; cloth bibs; layettes, being clothing; bibs, sleeved, not of paper; snap crotch shirts for infants and toddlers; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; footmuffs, not electrically heated, as clothing; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs, overshoes; scarves; cloaks; shawls; stoles, fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

The color(s) peach, black, red, orange, pink, light blue, white, yellow, green, blue, grey and light brown is/are claimed as a feature of the mark.

The mark consists of a sign depicting the wording "MONCLER" in black fancy characters flanked to the left by an imaginative graphic image made up of two stylized side-by-side isosceles triangles, the first outlined in black and the second outlined in red, both with the apex pointing upward, partially mutually intersecting, the base interrupted in the center, the aforementioned triangles being superimposed on the figure of a stylized cockerel, the head of which is outlined in black and the tail outlined in red, the whole being above a series of eight square cartoons, which are arranged on two rows of four cartoons each, to evoke the sequence of a comic book. The first panel is black with a pink circle with white goose with an orange beak wearing a blue jacket and its feature are outlined in black. A white speech bubble outlined in black has the following stylized text: "SIMPLE A' LAVER!" in black and "EASY TO WASH!" in blue. The second panel has a pink background with the same white, orange, and black goose wearing the blue jacket in a white bath tube outlined in black. There are white bubbles outlined in black and the goose is holding a white and black scrub brush and green and black bar of soap. Above the head, the stylized wording "LA LA LAAA" appears in black. There is also a speech bubble with the stylized wording as follows: "JE ME LAVE AU SAVON DOUX" in black and "I WASH IN A MILD SOAP!" in blue. The third panel has a pink background and the same goose in the same colors beneath a grey shower head with water depicted by black and white lines and droplets. There is a white speech bubble outlined in black with the following stylized wording: "JE ME RINCE ABONDAMMENT". in black and "I RINSE WELL ...". in blue. The fourth panel has a blue sky background over green grass with black outlining. There is a yellow sun with black rays. There is also a grey, black, and white fan with white lines depicting air flowing from the fan and the fan is resting on a light brown and black stand. The same goose with the same coloring but also having orange feet outlined in black is resting on a yellow chair with a white frame, all outlined in black. There is a white speech bubble outlined in black with the following stylized wording: "... ET ME SECHE A' L'AIR!" in black and "... AND DRY IN AN AERATED SPOT!" in

blue. The fifth panel is in black with a blue circle. Within the circle is the same goose with the same coloring but for wearing a yellow jacket outlined in black. There is a white speech bubble outlined in black with the following stylized wording: "FACILE A' DEGRAISSER" in black and "EASY TO DRY CLEAN!" in blue. The sixth panel contains the same goose with the same yellow jacket but the jacket has black dirt spots. The background is blue. There is a white speech bubble outlined in black with the following stylized wording: "WOUAAAH! JE SUIS TRES SALE! QUE FAIRE?" in black and "OH! I'M VERY DIRTY! WHAT CAN I DO?" in blue. The seventh panel has a blue background with the same goose with the same coloring wearing a yellow jacket. There is a peach girl with yellow hair wearing a white shirt, all outlined in black. She is at a green table, outlined in black. There is a yellow jacket with black dirty spots, also outlined in black. In the background are white washing machines, one with a grey door, also outlined in black. There is a white speech bubble outlined in black with the following stylized wording: "JE VOUDRAIS UN BAIN DE (P) ...". in black and "I'D LIKE TO HAVE A BATH WITH (P)" in blue. The eight panel has a yellow background and the same goose with same coloring wearing the same yellow jacket, now without the black spots. There are black lines depicting motion. There is a white speech bubble outlined in black with the following stylized wording: "ET ME VOILA REMIS A' NEUF!" in black and "AND I'M FINE AGAIN!" in blue.

OWNER OF INTERNATIONAL REGISTRATION 1423059 DATED 05-17-2018, EXPIRES 05-17-2028

The foreign wording in the mark translates into English as follows: the wording "SIMPLE A' LAVER!" translates to "EASY TO WASH"; the wording "JE ME LAVE AU SAVON DOUX" translates to "I WASH IN A MILD SOAP!"; the wording "JE ME RINCE ABONDAMMENT" translates to "I RINSE WELL"; the wording "ET ME SECHE A' L'AIR!" translates to "AND DRY IN AN AERATED SPOT!"; the wording "FACILE A' DEGRAISSER" translates to "EASY TO DRY CLEAN!"; the wording "WOUAAAH! JE SUIS TRES SALE! QUE FAIR?" translates to "OH! I'M VERY DIRTY! WHAT CAN I DO?"; the wording "JE VOUDRAIS UN BAIN DE (P)" translates to "I'D LIKE TO HAVE A BATH WITH (P)"; and the wording "ET ME VOILA REMIS A' NEUF!" translates to "AND I'M FINE AGAIN!".

SER. NO. 79-240,823, FILED 05-17-2018

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,864,888**

**Registered Sep. 24, 2019**

**Int. Cl.: 9, 18, 25, 28**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; contact lenses; containers for contact lenses; ski goggles;spectacle cases; binoculars; binocular cases; monocles; magnifying glasses; magnifying glass cases; smartglasses; 3D spectacles; downloadable electronic game software for cellular phones; downloadable electronic game software for hand-held electronic devices; downloadable computer game software; downloadable computer programs for database management in the field of fashion, sport and leisure time; blank floppy computer disks; computer software platforms, recorded or downloadable, for database management in the field of fashion, sport and leisure time; downloadable graphics for mobile phones; computer screen saver software, recorded or downloadable; personal computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; carrying cases adapted for computers; tablet computers; protective cases for tablet computers; covers for tablet computers; laptop computers; cases for laptops; bags adapted for laptops; sleeves for laptops; docking stations for laptops; wrist rests for use with computers; computer mice; mouse pads; computer keyboards; printers for use with computers; computer peripheral devices; monitors, being computer hardware; carrying cases for radio pagers; radio cases; radios; mobile phones; lanyards, being straps for cellular phones; covers adapted for cellular phones; cases adapted for cellular phones; cellular phones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic book readers; protective cases for electronic book readers; cordless telephones; cordless telephone holders; telephone receivers; telephone apparatus; video telephones; cell phone straps; batteries for cellular phones; microphones for cellular phones; loudspeakers for cellular phones; earphones for cellular phones; battery chargers for cellular phones; battery charger cases for cellular phones; in-ear headphones; headphones; headphone cases; hands free kits for telephones; hands free kits for cellular phones; smartwatches; protective films adapted for smartphones; selfie sticks, being hand-held monopods; personal digital assistants, being PDAs; cases adapted for cameras; photographic cameras; digital cameras; cases especially made for photographic apparatus and instruments; lanyards, being straps, for cameras; digital photo frames; cases for exposed photographic slides; photographic slides; video screens; home theater projectors; protective helmets for sports; gloves for divers; visors for helmets; audio-video compact discs; DVDs in the field of fashion, sport and leisure time; holders and cases for compact discs and DVDs;



Director of the United States
Patent and Trademark Office

protective carrying cases for portable music players; music and video player cases; digital audio players; loudspeakers; compact disc players; cases adapted for CD players; DVD recorders; DVD players; cases adapted for DVD players; portable MP3 players; cases for portable MP3 players; covers for portable MP3 players; portable compact disc music players; prerecorded magnetic tapes, cartridges and disks in the field of fashion, sport and leisure time; walkie-talkies; antennas; audiovisual teaching apparatus, namely, electronic interactive whiteboards; electronic publications, downloadable, in the field of fashion, sport and leisure time; blank magnetic data carriers; prerecorded magnetic data carriers featuring music; blank sound recording discs; prerecorded audio discs featuring music; prerecorded DVDs featuring music videos; audio and video tapes featuring music; sound recording carriers, namely, audio recorders; video recorders; video cassettes featuring music videos; blank USB flash drives; pre-recorded USB flash drives featuring music videos; electronic key fobs being remote control apparatus; teaching robots; time clocks, being time recording devices; thread counters, automatic pill counters, lap-counting devices in the nature of counters for use during fashion events; measuring rulers; electric measuring devices, namely, fluorometers; barometers; thermometers, not for medical purposes; calculating machines; pocket calculators; chronographs, being time recording apparatus; scales; pedometers; directional compasses; navigation apparatus for vehicles, being on-board computers; credit card cases, being fitted holders; magnetically encoded key cards; electronic agendas; cases for electronic agendas; covers for electronic agendas; hologram apparatus; electronic interactive whiteboards; interactive touch screen terminals; decorative magnets; electronic pens, being visual display units; lanyards, being straps, especially adapted for holding cellular phones, MP3 players, cameras, video cameras, eyeglasses, sunglasses, magnetic encoded cards; blank integrated circuit cards, being smart cards; sports whistles; electronic pocket translators; hand-held electronic dictionaries; optical fibers, being light conducting filaments; snorkels; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; downloadable educational software for children

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases; credit card cases, being wallets; calling card cases; furniture coverings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; gym bags; handbags; evening purses, being handbags; shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling sets, being leatherware; travelling bags of leather; bags for campers in the nature of all-purpose carrying bags; bags for climbers in the nature of all-purpose carrying bags; tote bags; motorized suitcases; briefcase-type conference folders; briefcase-type conference portfolios; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters, scarves, hats, caps, gloves, socks, aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work

overalls; clothing for gymnastics, namely, leotards, leggings, bodysuits; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, gowns, tuxedos, dinner jackets, trousers and footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; readymade clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, jackets, scarves, hats, gloves, raincoats; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; dance clothing, namely, tap shoes, ballet shoes, tutus, jazz pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits and swim shorts; swimsuits; bathing drawers; bathing trunks; bikinis; bath robes; pareos; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely caps, hats, knitted caps; babies' pants, being clothing; cloth bibs; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; bibs, sleeved, not of paper; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bowties; ascots; neckerchiefs; pocket squares; neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

CLASS 28: Apparatus for games other than those adapted for use with an external display screen or monitor; video game machines; pocket-sized video game machines; pocket-sized electronic game machines in the nature of LCD game machines; portable games with liquid crystal displays; controllers for game consoles; joysticks for video games; balls for games; counters, being discs, for games; bladders of balls for games; ring games; conjuring tricks, roulette wheels; skittles, being games; shuttlecocks; marionettes; kites; kite reels; quoits; toy vehicles; radio-controlled toy vehicles; remote-controlled toy vehicles; toy cars; kaleidoscopes, masks, being playthings; theatrical masks; play balloons, toy pistols; dolls; dolls' beds; dolls' feeding bottles; dolls' clothes; dolls' houses; dolls' rooms; teddy bears; puzzles; jigsaw puzzles; parlor games; toys, namely, mobiles, toy building blocks, flying discs, scooters, soap bubbles in the nature of bubble making wand and solution sets, spinning tops; rocking horses; dominoes; building games; toy construction kits composed primarily of resins; slides, being playthings; novelty toys for playing jokes; butterfly nets; scale model vehicles; playing cards; cases for playing cards; dice; backgammon games; checkers, being games; board games; chess games; chess sets; chess pieces; checkerboards; chessboards; mah-jong; bingo cards; play balls; nets for sports; race tracks, being toys; darts; swimming pools, being play articles; novelties for parties in the nature of noisemaker toys, party favor hats, party favors in the nature of small toys; cases for play accessories; snow globes; paper party hats; scratch cards for playing lottery games; toys for pets; toy imitation cosmetics; swimming pool air floats; party poppers being party novelties; toy putty; toy dough; portable handheld game consoles incorporating telecommunication functions; portable musical toys incorporating telecommunication functions; plush character and animal toys; rubber character toys; toy action figures; stuffed toys and unstuffed toys in the form of plastic character toys; puppets; stuffed puppets; plush toys; stuffed toys; rattles, being playthings; rattles for babies; baby rattles incorporating teething rings; cot musical toys for babies; baby gyms; plush toys with attached comfort blanket; tricycles for infants, being toys; crib toys; crib mobiles being

toys; tables for indoor football; tables for table tennis; golf bags, with or without wheels; golf gloves; golf clubs; divot repair tools, being golf accessories; billiard cues; pool cue tips; billiard markers; billiard tables; billiard balls; tennis nets; tennis ball throwing apparatus; tennis rackets; badminton rackets; battledore bats; table tennis rackets; strings for rackets; bowling apparatus and machinery; cricket bags; hockey sticks; coin-operated billiard tables; grip tapes for rackets; skis; snow skis; edges of skis; ski brakes; ski poles; ski sticks; ski bindings; shaped covers for ski bindings; shaped covers for skis; bags adapted for skis; sole coverings for skis; seal skins, being coverings for skis; bindings for alpine skis; surf skis; bob-sleighs; discuses for sports; surfboards; sleds, being sports articles; snow sleds for recreational use; sailboards; snowboards; bar-bells; appliances for gymnastics; fencing weapons; climbers' harness; mountaineering equipment, namely, hooks; mountaineering equipment, namely, binding straps; mountaineering equipment, namely, hook and ring combinations; paragliders; hang gliders; skateboards; spring boards, being sports articles; twirling batons; bags especially designed for surfboards; harness for sailboards; masts for sailboards; paintball guns, being sports apparatus; surfboard leashes; skipping ropes; batting gloves, being accessories for games; fencing gauntlets; exercise pulleys; exercise benches; jumping ropes; punching bags for boxing; roller skates; in-line roller skates; ice skates; skating boots with skates attached; boxing gloves; baseball gloves; gloves for games, namely, gloves for console gaming; snowshoes; swimming belts; swimming rings; swimming kick boards; flippers for swimming; water wings; arm floats for swimming; swimming jackets; tables for table football; golf irons; inflatable floats for swimming; swim floats for recreational use

The mark consists of the wording "MONCLER" in stylized characters, the stylized letter "M" being larger and superimposed on the figure of a stylized cockerel, the portion "ONCLER" being smaller.

PRIORITY DATE OF 12-20-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1445593 DATED 04-20-2018, EXPIRES 04-20-2028

The wording "MONCLER" has no meaning in a foreign language.

SER. NO. 79-250,111, FILED 04-20-2018

# United States of America

## United States Patent and Trademark Office

# BARBEL

**Reg. No. 5,870,580**

**Registered Oct. 01, 2019**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano, ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases; credit card cases; calling card cases; leather for furniture; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; bags, namely, handbags; evening purses, being handbags; mesh shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags, school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle horn bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel, not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling sets, being leatherware; travelling bags of leather; all purpose carrying bags for use by campers; bags for climbers in the nature of all purpose carrying bags; briefcase type leather business conference folders; briefcase type conference portfolios; tote bags; motorized suitcases; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas, parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands as clothing, headbands, veils, tops as clothing, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants, snowboard pants; ski trousers; shorts; bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics in the nature of leotards; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear in the nature of dresses, gowns, tuxedos, dinner jackets, trousers and footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; readymade clothing, namely, shirts, tops being clothing and dresses; outer clothing, namely, coats, hats, gloves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; dance clothing, namely, tutus; smocks; bathing caps;



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

swimming caps; beach cover-ups; beach clothes, namely, bathing suits and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely, caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; muffs, namely, footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half- boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks, headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-23-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1443124 DATED 06-21-2018, EXPIRES 06-21-2028

The wording "BARBEL" has no meaning in a foreign language.

SER. NO. 79-249,035, FILED 06-21-2018

# United States of America

## United States Patent and Trademark Office

# TIB

**Reg. No. 5,870,597**

**Registered Oct. 01, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.p.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 25: Jackets made in whole or in part from down and/or feathers, either natural, synthetic and/or recycled

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-23-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1447569 DATED 06-21-2018, EXPIRES 06-21-2028

SER. NO. 79-250,974, FILED 06-21-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BADY

**Reg. No. 5,887,708**

**Registered Oct. 22, 2019**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
Milano, ITALY I20144

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; card cases, being notecases; credit card cases, being wallets; calling card cases; leather for furniture, business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; bags, namely, all-purpose carrying bags, sports bags, shoulder bags; handbags; evening purses, being handbags; reusable shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling bag sets, being leatherware; travelling bags of leather, all-purpose carrying bags for use by campers; all-purpose carrying bags for use by climbers; briefcase-type leather business conference folders; briefcase-type conference portfolios; tote bags; motorized suitcases; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear, namely, knit shirts, knit pants, knit jackets; aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, leotards, athletic tights, gymnastic shoes; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, evening gowns, tuxedos, dresses; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, outer jackets, outer coats, outer pants; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; sweat



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; dance clothing, namely, dance costumes, dance tights, ballet shoes; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footwear, namely, footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-23-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1447618 DATED 06-21-2018, EXPIRES 06-21-2028

The wording "BADY" has no meaning in a foreign language.

SER. NO. 79-250,994, FILED 06-21-2018



**Reg. No. 5,887,712**

**Registered Oct. 22, 2019**

**Int. Cl.: 3, 9, 14, 16, 18, 25, 28, 35, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**



Director of the United States
Patent and Trademark Office

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano, ITALY

CLASS 3: Perfumes; toilet water; deodorants for personal use, being perfumery; incense; joss sticks; air fragrancing preparations; sachets for perfuming linen; essential oils for personal use; henna, being cosmetic dye; eye shadow; cosmetic pencils; foundation; make-up powder; face powder for cosmetic use; talcum powder for cosmetic use; blusher; lipsticks; lipstick cases; lip glosses; mascara; sunscreen preparations; sun-tanning preparations, being cosmetics; nail polish; nail polish removers; beauty masks; cosmetic facial scrubs; face creams for cosmetic purposes; cosmetic body creams; cosmetic creams; cosmetic preparations for slimming purposes; creams for cellulite reduction for cosmetic use; hair spray; cosmetic hair lotions; hair bleaching preparations; hair dyes; hair coloring preparations; hair rinses, being shampoo-conditioners; hair lighteners; hair conditioners; hair moisturizers; preparations for the permanent waving of hair; gels, sprays, mousses and balms for hair styling and hair care; depilatory preparations; hair straightening preparations; tissues impregnated with make-up removing preparations; phytocosmetic preparations; non-medicated hand soap; cosmetic soap; facial soaps; skin cleansing creams; skin cleansing lotions; shower gel; bubble bath preparations for cosmetic use; non-medicated bath oils; non-medicated bath pearls; non-medicated bath salts; cosmetic creams and lotions for face and body care; shaving balms; shaving creams; shaving soap; after-shave lotions; hair shampoos; bath preparations, not for medical purposes; non-medicated soap; mouthwashes, not for medical purposes; non-medicated dentifrices; cosmetic preparations for the care of mouth and teeth; shoe polish; shoe wax; shoe cream; creams for leather; toiletries, namely, baby lotions, baby oils and baby powder; shampoos for babies; hair conditioners for babies; children's play cosmetics being cosmetics; cosmetics for animals

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; contact lenses; containers for contact lenses; ski goggles; spectacle cases; binoculars; binocular cases; monocles; magnifying glasses; magnifying glass cases; smartglasses; 3D spectacles; electronic game software for cellular phones; electronic game software for hand-held electronic devices; computer game software; downloadable computer programs for video and computer games; blank floppy computer discs; personal computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; carrying cases adapted for computers; tablet computers; protective cases for tablet computers; covers for tablet computers; laptop computers; protective cases for laptops; bags adapted for laptops;

computer mice; mouse pads; carrying cases for radios; radios; mobile phones; lanyards, being straps, for cellular phones; covers adapted for cellular phones; cases adapted for cellular phones; cellular phones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic book readers; protective cases for electronic book readers; cordless telephones; cordless telephone holders; telephone receivers; telephone apparatus; video telephones; cell phone straps; batteries for cellular phones; microphones for cellular phones; loudspeakers for cellular phones; earphones for cellular phones; battery chargers for cellular phones; battery charger cases for cellular phones; in-ear headphones; headphones; headphone cases; hands free kits for telephones; hands free kits for cellular phones; smartwatches; protective films adapted for smartphones; selfie sticks, being hand-held monopods; cases adapted for cameras; cameras for photography; digital cameras; cases especially made for photographic apparatus and instruments; lanyards, being straps, for cameras; digital photo frames; exposed slide film cases; photographic slides; video screens; home theater projectors; protective helmets for sports; blank audio-video compact discs and DVDs; holders and cases for compact discs and DVDs; protective carrying cases for portable music players; music and video player cases; digital audio players; loudspeakers; compact disc players; cases adapted for CD players; DVD recorders; DVD players; cases adapted for DVD players; portable MP3 players; cases for portable MP3 players; protective covers for MP3 players; portable compact disc music players; prerecorded magnetic tapes, cartridges and disks featuring fashion and art; walkie-talkies; antennas; audiovisual teaching apparatus, namely, audiovisual recordings featuring music and animation; downloadable electronic publications, namely, books, magazines, and newsletters in the field of fashion and luxury apparel and accessories; blank magnetic data carriers, sound recording discs, audio and video tapes and sound recording carriers; prerecorded audio discs featuring fashion and art; prerecorded DVDs featuring fashion and art; video recorders; blank video cassettes and USB flash drives; electronic key fobs being remote control apparatus; time clocks, being time recording devices; thread counters; rulers, being measuring instruments; measuring devices, electric, namely, electric lasers for measuring; barometers; calculating machines; pocket calculators; chronographs, being time recording apparatus; scales; pedometers; navigation apparatus for vehicles, being on-board computers; cases specially fitted for holding credit cards; magnetically encoded key cards; electronic agendas; cases for electronic agenda; covers for electronic agendas; hologram apparatus; electronic interactive whiteboards; interactive touch screen terminals; decorative magnets; electronic pens, being visual display units; lanyards, being straps, especially adapted for holding cellular phones, MP3 players, cameras, video cameras, eyeglasses, sunglasses, magnetic encoded cards; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; educational software for children

CLASS 14: Precious stones; jade; imitation jewellery; costume jewellery; jewellery and imitation jewellery, namely, trinkets, charms, threads of precious metal, bracelets, necklaces, lockets, chains, rings, brooches, medallions, pins, amulets; jewellery, namely, silver thread, threads of precious metal, gold thread, bracelets made of embroidered textile, pearls, pendants; cloisonné jewellery; earrings; diadems; medals; ornamental lapel pins; tie pins; cuff links; necklaces in the nature of lanyards, being keycords; key chains, being key chains with trinket or decorative fob; key rings, being split rings with trinket or decorative fob; charms for key rings; key fobs of precious metal; key rings of leather; key rings, not of metal; split rings of precious metal for keys; decorative key fobs of leather; decorative key fobs of imitation leather; charms for key rings; decorative key fobs of common metal; decorative key fobs, not of metal; fancy key holders of precious metal; key holders of precious metal; key holders of metal; key tags of plastic; badges of precious metal; rosaries; paste jewellery, being costume jewellery; hat jewellery; shoe jewellery; shoe jewelry in the nature of shoe ornaments of precious metal; hat jewelry in the nature of hat ornaments of precious metal; jewellery cases, being caskets, not of precious metal; jewellery cases, being caskets; decorative boxes of precious metal; statues of precious metal; figurines, being statuettes, of precious metal; statuettes of precious metal; works of art of precious metal; jewellery; charms for jewellery; charms for bracelets; charms for necklaces; clocks; wall clocks; watches; alarm clocks; chronometers; chronographs, being watches; wristwatches; stopwatches; pocket watches; cases being parts of clocks and watches; watch bands; watch straps; watch chains; watch bracelets

CLASS 16: Magazines, being periodicals in the field of fashion and luxury apparel and

accessories; magazines featuring stories, games and learning activities; newspapers; newspaper comic strips, being printed matter; pamphlets in the field of fashion and luxury apparel and accessories; pamphlets featuring stories, game and learning activities; booklets in the field of fashion and luxury apparel and accessories; periodicals in the field of fashion and luxury apparel and accessories; newsletters in the field of fashion and luxury apparel and accessories; printed publications, namely, brochures, booklets, and teaching materials in the field fashion and luxury apparel and accessories; posters; handbooks, being manuals in the field of fashion and luxury apparel and accessories; calendars; catalogues in the field of fashion and luxury apparel and accessories; brochures in the field of fashion and luxury apparel and accessories; informational flyers in the field of fashion and luxury apparel and accessories; books in the field of fashion and luxury apparel and accessories; books featuring stories, games and learning activities; children's books; children's activity books; children's books incorporating audio contents; coloring books; school writing books; school yearbooks; manuals, being handbooks in the field of fashion and luxury apparel and accessories; gift wrapping paper; banners of paper; bunting of paper; writing paper; handkerchiefs of paper; bibs of paper; towels of paper; table linen of paper; place mats of paper; table runners of paper; table napkins of paper; boxes of paper or cardboard; hat boxes of cardboard; containers made of cardboard; printed patterns for making clothes; printed sewing patterns; embroidery designs, being patterns printed on paper; printed patterns for dressmaking; printed paper knitting patterns; decorative stickers for helmets; bumper stickers; transfers, being decalcomanias; event albums; sketch books; scratch pads; sketches; architects' models; blueprints; printed photographs; graphic art reproductions; printed art reproductions; works of art of paper; print engravings; lithographs; occasion cards; cards bearing universal greetings; gift tags of paper; announcement cards, being stationery; invitation cards; postcards; picture cards; stamp albums; photograph stands; photograph albums; stickers, being stationery; sticker albums; photo holders made of paper; bookmarkers; pens, being office requisites; fountain pens; ball-point pens; roller-tip pens; writing pens; felt-tip markers; pencils; pastels; crayons; chalks; painting sets for children; drawing brushes; stationery cases; cases of leather for agendas and weekly planners; drawing sets comprised of pencils and sketch pads; pen boxes; pencil boxes; pen toppers; pencil toppers; pen cases; pencil cases; penholders; pencil holders; stands for pens and pencils; modelling clay for children; stationery, namely, document covers, document files, document holders; desk mats; desk top organizers; personal organizers; blank exercise books; note books; cube-shaped notebooks; scratch pads; notepads; diaries; agendas; weekly planners, being stationery; agenda covers; weekly planner covers; address booklet covers; photo album covers; book covers; folders, being stationery; labels of paper or cardboard; printed paper labels, not of textile; adhesive labels, not of textile; paperweights; page holders; pencil sharpeners, electric or non-electric; drawing pads; adhesive bands for stationery or household purposes; adhesive tape dispensers, being office requisites; adhesive tapes for stationery or household purposes; office requisites, namely, paper knives, being cutters; rubber erasers; erasers; correspondence holders; passport holders; stationery-type portfolios; illustration boards; paper ribbons other than haberdashery or hair decorations; inkstands; clipboards; presentation folders; trading cards, other than for games; shopping bags of plastic; shopping bags of paper; placards of paper or cardboard; printed advertising boards of paper or cardboard; money clips

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; leather straps; business card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings in the nature of furniture trimmings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying pets; bags, namely, all-purpose carrying bags, sports bags, shoulder bags; handbags; evening purses, being handbags; mesh shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling luggage sets, being leatherware; travelling bags of leather; all-purpose carrying

bags for campers; all-purpose carrying bags for climbers; tote bags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear, namely, knit shirts, knit pants, and knit jackets, furs being clothing, aprons, ski masks, gabardines being pants; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, leotards, athletic tights, and gymnastic shoes; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, evening gowns, tuxedos, and dresses; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops, and dresses; outer clothing, namely, outer jackets, outer coats, and outer pants; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, and dresses; waterproof clothing, namely, pants, shirts, shorts, and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; dance clothing, namely, dance costumes, dance tights, and ballet shoes; smocks; bathing suits; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; babies' pants, being clothing; bibs, not of paper; layettes, being clothing; babies' sleepwear; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

CLASS 28: Apparatus for games other than those adapted for use with an external display screen or monitor; video game machines; pocket-sized video game machines; pocket-sized electronic amusement game machines; portable games with liquid crystal displays; controllers for game consoles; joysticks for video games; balls for games; counters, being discs, for games; bladders of balls for games; ring games; conjuring apparatus being magic tricks; roulette wheels; skittles, being games; shuttlecocks; marionettes; kites; kite reels; quoits; toy vehicles; radio-controlled toy vehicles; remote-controlled toy vehicles; toy cars; kaleidoscopes; masks, being playthings; theatrical masks; play balloons; toy pistols; dolls; dolls' beds; dolls' feeding bottles; dolls' clothes; dolls' houses; dolls' rooms; teddy bears; puzzles; jigsaw puzzles; parlor games; toys, namely, mobiles, building blocks, flying discs, scooters, soap bubbles sold as a unit with bubble making wand and solution sets, spinning tops; rocking horses; dominoes; building games; toy construction kits; playground slides,

being playthings; practical jokes, being novelty magic tricks; butterfly nets; scale model vehicles; playing cards; cases for playing cards; dice; draughts, being checkers games; draughtboards being checkerboards for checkers games; backgammon games; checkers, being games; board games; chess games; chess sets; chess pieces; checkerboards; chessboards; mah-jong; bingo cards; rackets for tennis, squash, and badminton; playing balls; nets for sports; race tracks, being toys; darts; swimming pools, being play articles; novelty small toys for parties, dances, being party favors; cases for play accessories; snow globes; paper party hats; scratch cards for playing lottery games; toys for pets; plush stuffed character dolls and animals; rubber character toys; animated and non-animated toy figures; stuffed toys and unstuffed toys in the form of plastic character toys; puppets; stuffed puppets; plush toys; stuffed toys; rattles, being playthings; rattles for babies; baby rattles incorporating teething rings; toy mobiles used with baby cots being musical toys for babies; baby gyms; plush toys with attached comfort blanket; tricycles for infants, being toys; tables for indoor football; tables for table tennis; golf bags, with or without wheels; golf gloves; golf clubs; divot repair tools, being golf accessories; billiard cues; pool cue tips; billiard markers; billiard tables; billiard balls; tennis nets; tennis ball throwing apparatus; tennis rackets; battledore bats; table tennis rackets; strings for rackets; bowling apparatus and machinery; bags specially designed to hold cricket equipment; hockey sticks; coin-operated billiard tables; grip tapes for rackets; skis; snow skis; edges of skis; ski brakes; ski poles; ski sticks; ski bindings; shaped covers for ski bindings; shaped covers for skis; bags adapted for skis; sole coverings for skis; seal skins, being coverings for skis; bindings for alpine skis; surf skis; bob-sleighs; discuses for sports; surfboards; sleds, being sports articles; snow sleds for recreational use; sailboards; snowboards; bar-bells; appliances for gymnastics; fencing weapons; climbers' harness; mountaineering equipment, namely, ascenders, binding straps, hooks, hook and ring combinations; paragliders; hang gliders; skateboards; spring boards, being sports articles; twirling batons; bags especially designed for surfboards; harness for sailboards; masts for sailboards; paintball guns, being sports apparatus; surfboard leashes; skipping ropes; batting gloves, being accessories for games; fencing gauntlets; exercise pulleys; exercise benches; jumping ropes; punching bags; roller skates; in-line roller skates; ice skates; skating boots with skates attached; boxing gloves; baseball gloves; gloves for lacrosse games; snowshoes; swimming belts; swimming life rings; swimming kick boards; flippers for swimming; water wings; arm floats for swimming; swimming jackets; floats for swimming; swimming gloves; inflatable armbands for swimming; swimming floats for recreational use; party poppers; streamers, being party novelties; balloons, being party novelties

CLASS 35: Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring detergents, cleaning, preparations, non-medicated soaps; perfumery, essential oils, non-medicated cosmetics, non-medicated hair lotions, non-medicated dentifrices; Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring candles, eyeglasses, sunglasses, anti-glare glasses, ski goggles, goggles for use in sport, swimming goggles, eyeglass and sunglass cases, eyeglass and sunglass lenses, eyeglass and sunglass frames; Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring eyeglass and sunglass chains, eyeglass and sunglass cords, pince-nez, pince-nez cases, pince-nez chains, pince-nez cords, pince-nez mountings, correcting lenses, being optics; Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring holders, cases, covers, electronic apparatus holders, electronic apparatus cases, electronic apparatus covers; Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring photographic, optical; Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring apparatus for recording, transmission or reproduction of sound or images, magnetic data carriers, recording discs, compact discs, DVDs and other digital recording media, mechanisms for coin-operated apparatus, calculating machines, data processing equipment, computers, computer software; Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring apparatus for lighting, lamps, precious metals and their alloys, jewellery, precious and semi-precious stones, horological and chronometric instruments, key rings, key fobs, key cases, key holders, key bags; Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring paper and cardboard, printed matter, photographs, stationery and office requisites, adhesives for stationery or household purposes, artists' and drawing materials, paintbrushes; Retail and wholesale store services and online retail and wholesale

store services, on behalf of third parties, featuring bags, cases and holders, being leatherware, leatherware, leather and imitations of leather, animal skins, hides, trunks, travelling bags, umbrellas and parasols, walking sticks, whips, harness, saddlery, collars, leashes and clothing for animals; Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring furniture, mirrors, picture frames, ropes and string, nets, tents and tarpaulins, awnings of textile or synthetic materials, sails, sacks for the transport and storage of materials in bulk; Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring textiles and substitutes for textiles, household linen, curtains of textile or plastic, bed covers, table covers, clothing, footwear, headgear; Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring lace and embroidery, ribbons and braid, buttons, hooks and eyes, pins and needles, artificial flowers, hair decorations, false hair, carpets, rugs, mats and matting; Retail and wholesale store services and online retail and wholesale store services, on behalf of third parties, featuring games, toys and playthings, video game apparatus, gymnastic and sporting articles, decorations for Christmas trees, smokers' articles; presentation of goods on communication media, for retail purposes, namely, providing television home shopping services in the field of general consumer merchandise; commercial information and advice for consumers in the choice of products and services; sales promotion for others; outsourcing services, namely, business assistance; procurement services for others, namely, purchasing fashion and luxury apparel and accessories for other businesses; demonstration of goods; shop window dressing; sponsorship search; business inquiries; business information; administrative processing of purchase orders; business organization and management of customer loyalty programs; business administration of consumer loyalty programs; commercial administration of the licensing of the goods and services of others; organization of fashion shows for promotional purposes; organization of events, exhibitions, trade fairs and fashion shows for commercial, promotional and advertising purposes; organization of trade fairs for commercial or advertising purposes; organization of advertising events; arranging and conducting of promotional and marketing events; event marketing; news clipping services; public relations; on-line advertising on a computer network; advertising of goods and services on the Internet and by means of mobile telephony services and by electronic mail; bill-posting; rental of advertising space; publicity material rental; dissemination of advertising matter; advertising agency services; modelling for advertising or sales promotion; writing of publicity texts; publication of publicity texts; promoting the sale of fashion goods for third parties through promotional articles in magazines; distribution of samples; distribution and dissemination of advertising materials, namely, leaflets, prospectuses, printed material, samples; advertising planning services; promotional services, namely, advertising services; product merchandising; search engine optimization for sales promotion; web site traffic optimization; business consultancy regarding advertising communications strategy; business consultancy regarding public relations communications strategy; social media strategy and marketing consultancy; business management and organization consultancy; business consultancy and advisory services in the field of business strategy; business management consultancy relating to strategy, marketing, production, personnel and retail sale matters; business management assistance; marketing strategy planning; business advice in the field of business management and marketing; business information; marketing research; market research studies; business investigations; public opinion polling; providing an on-line commercial information directory on the Internet; compiling indexes of information for commercial or advertising purposes; relocation services for businesses; business auditing; business management of hotels

CLASS 41: Conducting entertainment events, cultural events, live sports events, educational events, and entertainment and cultural activities, namely, live performances by a musical band, live appearances by a sports celebrity, conducting classes in the fields of fashion and art, fashion modeling for entertainment purposes, entertainment in the nature of fashion shows, and art exhibitions; entertainment services in the nature of fashion shows and art exhibitions; organization, production, presentation and conducting of music concerts, film festivals, live musical tours and other musical and cultural performances, events and activities, namely, ethnic dance performances; organizing events for cultural or educational purposes, namely, film events, musical events, cultural and tennis sporting events and live entertainment events, namely, live musical performances; organization of fashion shows for entertainment purposes; entertainment in the nature of fashion shows; arranging live film award ceremonies and evening galas in the nature of balls for entertainment purposes; party

planning for entertainment purposes; organization and presentation of live shows, competitions, games, concerts and entertainment events in the nature of live music concerts and baseball games; organization of balls; organization of exhibitions for cultural purposes; organization of exhibitions for cultural or educational purposes; providing recreation facilities; providing recreation facilities; providing entertainment-related information about education, training, entertainment, sporting and cultural activities; providing entertainment-related information about entertainment and entertainment events via on-line networks and the Internet; production and presentation of audio and video recordings, and still and moving images; electronic desktop publishing services; on-line digital publishing services; on-line publication of electronic books and journals; digital video, audio and multimedia entertainment publishing services; publication of fashion magazines for entertainment purposes; news reporting services in the field of fashion; publication of multimedia material on-line; electronic desktop publishing; publication of yearbooks; publication of calendars; publication of brochures; publication of newsletters; publication of catalogs; publication of books, magazines and other texts, other than publicity texts; publication of printed matter, also in electronic form, other than for advertising purposes; publication of texts, other than publicity texts; electronic publication of information on a wide range of topics on-line; publishing services of digital video, audio and multimedia works for others; providing on-line electronic publications, not downloadable, namely, newsletters in the fields of fashion and art; writing of texts, namely, songwriting; layout services, other than for advertising purposes; arranging of symposiums and training workshops in the fields of fashion and art; arranging and conducting of educational conferences, conventions, educational exhibitions, classes, lectures, seminars and training workshops in the fields of fashion and art; provision of training courses in the fields of fashion and art; providing of training via a global computer network in the fields of fashion and art; conducting of instructional, educational and training courses for young people and adults in the fields of fashion and art; conducting of training workshops in the fields of fashion and art; conducting of educational courses in the fields of fashion and art; training in the field of interior and fashion design; training to recognize fake products for the prevention of counterfeiting; conducting of training courses in the field of technology and innovation; educational training in the field of electronic data processing; educational training in the field of nature conservation and the environment; business training; vocational skills training in the fields of fashion and art; vocational guidance, being education or training advice in the fields of fashion and art; educational services, namely, conducting higher education, academic, linguistic and vocational training classes in the fields of fashion and art; photography; photographic reporting; health club services featuring health and fitness training; night club services featuring entertainment; organization of sports events and competitions namely, swim meets, soccer competitions, tennis tournaments, golf tournaments, football games, baseball games, sports car races, track and field events; providing golf facilities; providing physical education, games and sporting facilities; providing sports facilities; arranging of video game tournaments and athletic competitions via the Internet; organization of video game tournaments and athletic competitions; organization of live educational demonstrations, entertainment, cultural and sporting competitions; arranging of beauty contests; providing recreational areas in the nature of play areas for children; providing educational entertainment programs in the fields of fashion and art for children in after-school centers; modelling for artists; ticket reservation and booking services for entertainment, sporting and cultural events; ticket agency services for entertainment events; providing non-downloadable digital music from the Internet; providing on-line, nondownloadable videos featuring fashion and art

CLASS 42: Dress designing; design of fashion accessories; fashion design; footwear design; clothing design; design of headgear; jewellery and imitation jewellery design; providing technical design-related information about fashion design services; styling, being industrial design; industrial and graphic art design; graphic illustration services; architectural consultancy; interior decoration consultancy; interior design; design of interior decor; commercial art design; packaging design; providing temporary use of on-line, nondownloadable software applications and software tools that enable users to design clothing and accessories in the fields of fashion and art; providing temporary use of online, non-downloadable software applications accessible via a web site that enable users to design clothing and accessories in the fields of fashion and art; providing temporary use of online, non-downloadable business software that enables users to design clothing and accessories in the fields of fashion and art; providing temporary use of online on-line non-downloadable

software for importing and managing data; computer system design; design and development of electronic databases; design and development of computer systems for data input, output, processing, display and storage; data encryption and decoding services; design, maintenance, rental and updating of computer software; design, updating and rental of computer software; configuration, installation, fault diagnosis, repair, upgrading and maintenance of computer software; design and development of computer software for reading, transmitting and organizing data; design, development, maintenance and updating of computer software for word processing, data processing and industrial process control; rental of computer software; data security consultancy; internet security consultancy; consultancy in the design and development of computer hardware; outsource service providers in the field of information technology; quality control; quality control of goods and services; quality control of partly manufactured goods; quality control testing of clothing and accessories; inspection of clothing and accessories for quality control; conducting of quality control tests; product quality testing; testing, analysis and evaluation of the clothing and accessories manufacturing process of others for the purpose of certification; quality control services for certification purposes; testing, analysis and evaluation services for determining conformity with the certification of quality or standards; technical testing in the field of fashion apparel and accessories and associated quality control services; quality control testing in the field of fashion apparel and accessories and consultancy relating thereto; quality assurance consultancy in the fields of fashion and art; technological process monitoring for quality assurance in the fields of fashion and art; consumer product safety testing; testing of raw materials; textile testing; testing, authentication and quality control; technical research projects and studies in the fields of fashion and art; development of quality measuring and testing methods in the fields of fashion and art; surveying; technological analysis and evaluation of product development; research services for the development of new products; development of new technology for others in the fields of fashion and art

The mark consists of stylized, vertical rectangular sign containing eight squares, four stacked vertically on each side, all above the stylized wording "MONCLER" above "GENIUS".

PRIORITY DATE OF 05-11-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1448305 DATED 10-18-2017, EXPIRES 10-18-2027

SER. NO. 79-251,292, FILED 10-18-2017

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,859,563**

**Registered Sep. 17, 2019**

**Int. Cl.: 9, 18, 25, 28**

**Trademark**

**Principal Register**



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; contact lenses; containers for contact lenses; ski goggles; spectacle cases; binoculars; binocular cases; monocles; magnifying glasses; magnifying glass cases; smartglasses; 3D spectacles; downloadable electronic game software for cellular phones; downloadable electronic game software for hand-held electronic devices; downloadable computer game software; downloadable computer programs for database management, use as a spreadsheet in the field of fashion, design and lifestyle; blank floppy computer disks; computer software platforms, recorded or downloadable, for database management, use as a spreadsheet in the field of fashion, design and lifestyle; downloadable graphics for mobile phones; computer screen saver software, recorded or downloadable; personal computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; carrying cases adapted for computers; tablet computers; protective cases for tablet computers; covers for tablet computers; laptop computers; cases for laptops; bags adapted for laptops; sleeves for laptops; docking stations for laptops; wrist rests for use with computers; computer mice; mouse pads; computer keyboards; printers for use with computers; computer peripheral devices; monitors, being computer hardware; carrying cases for radio pagers; radio cases; radios; mobile phones; lanyards, being straps for cellular phones; covers adapted for cellular phones; cases adapted for cellular phones; cellular phones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic book readers; protective cases for electronic book readers; cordless telephones; cordless telephone holders; telephone receivers; telephone apparatus; video telephones; cell phone straps; batteries for cellular phones; microphones for cellular phones; loudspeakers for cellular phones; earphones for cellular phones; battery chargers for cellular phones; battery charger cases for cellular phones; in-ear headphones; headphones; headphone cases; hands free kits for telephones; hands free kits for cellular phones; smartwatches; protective films adapted for smartphones; selfie sticks, being hand-held monopods; personal digital assistants, being PDAs; cases adapted for cameras; photographic cameras; digital cameras; cases especially made for photographic apparatus and instruments; lanyards, being straps, for cameras; digital photo frames; cases for exposed photographic slides; photographic slides, being photography; video screens; home theater projectors; protective helmets for sports; gloves for divers; visors for helmets; audio-video compact discs; DVDs featuring fashion, design and lifestyle; holders and cases for compact discs and DVDs; protective carrying cases for portable music players; music and video player

cases; digital audio players; loudspeakers; compact disc players; cases adapted for CD players; DVD recorders; DVD players; cases adapted for DVD players; portable MP3 players; cases for portable MP3 players; covers for portable MP3 players; portable compact disc music players; prerecorded magnetic tapes, cartridges and disks featuring fashion, design and lifestyle; walkietalkies; antennas; audiovisual teaching apparatus, namely, electronic interactive whiteboards; electronic publications, downloadable, featuring fashion, design and lifestyle; blank magnetic data carriers; prerecorded magnetic data carriers featuring fashion, design and lifestyle; blank sound recording discs; prerecorded audio discs featuring fashion, design and lifestyle; prerecorded DVDs featuring fashion, design and lifestyle; audio and video tapes featuring fashion, design and lifestyle; sound recording carriers, namely, audio recorders; video recorders; video cassettes featuring fashion, design and lifestyle; blank USB flash drives; pre-recorded USB flash drives featuring fashion, design and lifestyle; electronic key fobs being remote control apparatus; teaching robots; time clocks, being time recording devices; counters, namely, thread counters, automatic pill counters; measuring rulers; barometers; thermometers, not for medical purposes; calculating machines; pocket calculators; chronographs, being time recording apparatus; scales; pedometers; directional compasses; navigation apparatus for vehicles, being onboard computers; credit card cases, being fitted holders; magnetically encoded key cards; electronic agendas; cases for electronic agendas; covers for electronic agendas; holograms digital media, namely, downloadable holographic recordings featuring fashion, design and lifestyle; electronic interactive whiteboards; interactive touch screen terminals; decorative magnets; electronic pens, being visual display units; lanyards, being straps, especially adapted for holding cellular phones, MP3 players, cameras, video cameras, eyeglasses, sunglasses, magnetic encoded cards; blank integrated circuit cards, being smart cards; sports whistles; electronic pocket translators; hand-held electronic dictionaries; optical fibers, being light conducting filaments; snorkels; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; downloadable educational software for children

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; credit card cases, being wallets; calling card cases; furniture coverings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; bags, namely, all-purpose carrying bags; handbags; evening purses, being handbags; shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling sets, namely, travelling bags comprised of leather; travelling bags of leather; All-purpose carrying bags for use by campers; All-purpose carrying bags for use by climbers; tote bags; motorized suitcases; briefcase-type conference folders; briefcase-type conference portfolios; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters, scarves, hats, caps, gloves, socks, aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work

overalls; clothing for gymnastics, namely, leotards, leggings, bodysuits; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, gowns, tuxedos, dinner jackets, trousers and footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, jackets, scarves, hats, gloves, raincoats; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; dance clothing, namely, tap shoes, ballet shoes, tutus, jazz pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits and swim shorts; swimsuits; bathing drawers; bathing trunks; bikinis; bath robes; pareos; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely caps, hats, knitted caps; babies' pants, being clothing; cloth bibs; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; bibs, sleeved, not of paper; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

CLASS 28: Apparatus for games other than those adapted for use with an external display screen or monitor; video game machines; pocket-sized video game machines; pocket-sized electronic game machines in the nature of LCD game machines, electronic educational game machines for children; portable games with liquid crystal displays; controllers for game consoles; joysticks for video games; balls for games; counters, being discs, for games; bladders of balls for games; ring games; roulette wheels; skittles, being games; shuttlecocks; marionettes; kites; kite reels; quoits; toy vehicles; radio-controlled toy vehicles; remote-controlled toy vehicles; toy cars; kaleidoscopes, masks, being playthings; theatrical masks; play balloons, toy pistols; dolls; dolls' beds; dolls' feeding bottles; dolls' clothes; dolls' houses; dolls' rooms; teddy bears; puzzles; jigsaw puzzles; parlor games; toys, namely, mobiles, toy building blocks, flying discs, scooters, soap bubbles in the nature of bubble making wand and solution setes, spinning tops; rocking horses; dominoes; building games; toy construction sets; slides, being playthings; novelty toys for playing jokes; butterfly nets; scale model vehicles; playing cards; cases for playing cards; dice; backgammon games; checkers, being games; board games; chess games; chess sets; chess pieces; checkerboards; chessboards; mah-jong; bingo cards; play balls; nets for sports; race tracks, being toys; darts; swimming pools, being play articles; novelties for parties in the nature of noisemaker toys, party favor hats, party favors in the nature of small toys, cases for play accessories; snow globes; paper party hats; scratch cards for playing lottery games; toys for pets; toy imitation cosmetics; swimming pool air floats; party poppers being party novelties; toy putty; toy dough; portable handheld game consoles incorporating telecommunication functions; portable musical toys incorporating telecommunication functions; plush character and animal toys; rubber character toys; toy action figures; stuffed toys and unstuffed toys in the form of plastic character toys; puppets; stuffed puppets; plush toys; stuffed toys; rattles, being playthings; rattles for babies; baby rattles incorporating teething rings; cot musical toys for babies; baby gyms; plush toys with attached comfort blanket; tricycles for infants, being toys; crib toys; crib mobiles, being

toys; tables for indoor football; tables for table tennis; golf bags, with or without wheels; golf gloves; golf clubs; divot repair tools, being golf accessories; billiard cues; pool cue tips; billiard markers; billiard tables; billiard balls; tennis nets; tennis ball throwing apparatus; tennis rackets; badminton rackets; battledore bats; table tennis rackets; strings for rackets; bowling apparatus and machinery; cricket bags; hockey sticks; coin-operated billiard tables; grip tapes for rackets; skis; snow skis; edges of skis; ski brakes; ski poles; ski sticks; ski bindings; shaped covers for ski bindings; shaped covers for skis; bags adapted for skis; sole coverings for skis; seal skins, being coverings for skis; bindings for alpine skis; surf skis; bob-sleighs; discuses for sports; surfboards; sleds, being sports articles; snow sleds for recreational use; sailboards; snowboards; bar-bells; appliances for gymnastics; fencing weapons; climbers' harness; paragliders; hang gliders; skateboards; spring boards, being sports articles; twirling batons; bags especially designed for surfboards; harness for sailboards; masts for sailboards; paintball guns, being sports apparatus; surfboard leashes; skipping ropes; batting gloves, being accessories for games; fencing gauntlets; exercise pulleys; exercise benches; jumping ropes; punching bags for boxing; roller skates; in-line roller skates; ice skates; skating boots with skates attached; boxing gloves; baseball gloves; snowshoes; swimming belts; swimming rings; swimming kick boards; flippers for swimming; water wings; arm floats for swimming; swimming jackets; tables for table football; golf irons; inflatable floats for swimming; swim floats for recreational use

The mark consists of a sign depicting three stylized bells, arranged in a semicircle, the central bell partially overlapping the side bells.

PRIORITY DATE OF 12-28-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1451345 DATED 04-20-2018, EXPIRES 04-20-2028

SER. NO. 79-252,523, FILED 04-20-2018

# United States of America

## United States Patent and Trademark Office

# MONCLER GENIUS

**Reg. No. 5,929,368**

**Registered Dec. 10, 2019**

**Int. Cl.: 3, 9, 14, 16, 18, 25, 28, 35, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 3: Perfumes; toilet water; deodorants for personal use, being perfumery; incense; joss sticks; air fragrancing preparations; sachets for perfuming linen; essential oils for personal use; henna, being cosmetic dye; eye shadow; cosmetic pencils; foundation; make-up powder; face powder for cosmetic use; talcum powder for cosmetic use; blusher; lipsticks; lipstick cases; lip glosses; mascara; sunscreen preparations; sun-tanning preparations, being cosmetics; nail polish; nail polish removers; beauty masks; cosmetic facial scrubs; face creams for cosmetic purposes; cosmetic body creams; cosmetic creams; cosmetic preparations for slimming purposes; creams for cellulite reduction for cosmetic use; hair spray; cosmetic hair lotions; hair bleaching preparations; hair dyes; hair coloring preparations; hair rinses, being shampoo-conditioners; hair lighteners; hair conditioners; hair moisturizers; preparations for the permanent waving of hair; gels, sprays, mousses and balms for hair styling and hair care; depilatory preparations; hair straightening preparations; tissues impregnated with make-up removing preparations; phytocosmetic preparations; non-medicated hand soap; cosmetic soap; non-medicated facial soaps; skin cleansing creams; skin cleansing lotions; shower gel; non-medicated bubble bath preparations for cosmetic use; non-medicated bath oils; non-medicated bath pearls; non-medicated bath salts; cosmetic creams and lotions for face and body care; shaving balms; shaving creams; shaving soap; after-shave lotions; hair shampoos; bath preparations, not for medical purposes; non-medicated bath soap; mouthwashes, not for medical purposes; non-medicated dentifrices; cosmetic preparations for the care of mouth and teeth; shoe polish; shoe wax; shoe cream; creams for leather; toiletries, namely, baby lotions, baby oils and baby powder; shampoos for babies; hair conditioners for babies; cosmetics for children; cosmetics for animals

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; contact lenses; containers for contact lenses; ski goggles; spectacle cases; binoculars; binocular cases; monocles; magnifying glasses; magnifying glass cases; smartglasses; 3D spectacles; downloadable electronic game software for cellular phones; downloadable electronic game software for hand-held electronic devices; downloadable computer game software; downloadable computer programs for video and computer games; blank floppy disks; personal computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; carrying cases adapted for computers; tablet computers; protective cases for tablet computers; covers for tablet computers; laptop computers; protective cases for laptops; bags adapted for laptops; computer mice; mouse pads; cases specially adapted for carrying radios; radios; mobile phones; lanyards, being straps, specially adapted for carrying cellular phones; covers adapted for cellular phones; cases adapted for cellular phones; cellular phones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic book readers; protective cases for electronic book readers; cordless telephones; cordless telephone holders in the nature of a case; telephone receivers; telephone apparatus; video telephones; cell phone straps; batteries for cellular phones; microphones for cellular phones; loudspeakers for cellular phones; earphones for cellular phones; battery chargers for cellular phones; battery charger cases for cellular phones; in-ear headphones; headphones; headphone cases; hands free kits for telephones; hands free kits for cellular phones; smartwatches; protective films adapted for smartphones; selfie sticks, being



Director of the United States
Patent and Trademark Office

hand-held monopods; cases adapted for cameras; cameras for photography; digital cameras; cases especially made for photographic apparatus and instruments; lanyards, being straps, for cameras; digital photo frames; carrying cases for exposed slide film; photographic slides; video screens; home theater projectors; protective helmets for sports; blank recordable audio-video compact discs; blank recordable DVDs; holders and carrying cases specially adapted for compact discs and DVDs; protective carrying cases for portable music players; protective carrying cases for portable music and video players; digital audio players; loudspeakers; compact disc players; carrying cases adapted for CD players; DVD recorders; DVD players; carrying cases adapted for DVD players; portable MP3 players; carrying cases for portable MP3 players; protective covers for portable MP3 players; portable compact disc music players; prerecorded magnetic tapes, cartridges and disks featuring fashion and art; walkie talkies; antennas; audiovisual teaching apparatus, namely, audiovisual recordings featuring music and animation; downloadable electronic publications in the nature of books, magazines, and newsletters in the field of fashion and luxury apparel and accessories; blank magnetic data carriers; blank sound recording discs; prerecorded audio discs featuring fashion and art; prerecorded DVDs featuring fashion and art; blank audio and video tapes; blank sound recording carriers in the nature of Compact discs; video recorders; blank video cassettes; blank USB flash drives; electronic key fobs being remote control apparatus; time clocks, being time recording devices; thread counters; rulers, being measuring instruments; electric measuring devices, namely, electric lasers for measuring; barometers; calculating machines; pocket calculators; chronographs, being time recording apparatus; scales; pedometers; navigation apparatus for vehicles, being on-board computers; magnetically encoded key cards; electronic agendas; carrying cases for electronic agenda; protective covers for electronic agendas; hologram apparatus; electronic interactive whiteboards; interactive touch screen terminals; decorative magnets; electronic pens, being visual display units; lanyards, being straps, especially adapted for holding cellular phones, MP3 players, cameras, video cameras, eyeglasses, sunglasses, magnetic encoded cards; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; downloadable educational software for children

CLASS 14: Precious stones; jade; imitation jewellery; costume jewellery; jewellery and imitation jewellery, namely, trinkets, charms, threads of precious metal, bracelets, necklaces, lockets, chains, rings, brooches, medallions, pins, amulets; jewellery, namely, silver thread, threads of precious metal, gold thread, bracelets made of embroidered textile, pearls, pendants; cloisonné jewellery; earrings; diadems; medals; ornamental pins; tie pins; cufflinks; necklaces in the nature of lanyards, being keycords; key chains, being key chains with trinket or decorative fob; key rings, being split rings with trinket or decorative fob; charms for key rings; decorative key fobs of metal; key rings of leather; key rings, not of metal; split rings of precious metal for keys; decorative key fobs of leather; decorative key fobs of imitation leather; charms for key rings; key fobs of common metal; key fobs, not of metal; decorative key holders of precious metal; key holders of precious metal; key holders of metal; key tags of plastic; badges of precious metal; rosaries; paste jewellery, being costume jewellery; hat jewellery; shoe jewellery; shoe ornaments of precious metal being shoe jewelry; hat ornaments of precious metal being hat jewelry; jewellery cases, being caskets, not of precious metal; jewellery cases, being caskets; decorative boxes of precious metal; statues of precious metal; figurines, being statuettes, of precious metal; statuettes of precious metal; works of art of precious metal; jewellery; charms for jewellery; charms for bracelets; charms for necklaces; clocks; wall clocks; watches; alarm clocks; chronometers; chronographs, being watches; wristwatches; stopwatches; pocket watches; cases being parts of clocks and watches; watch bands; watch straps; watch chains; watch bracelets

CLASS 16: Magazines, being periodicals in the field of fashion and luxury apparel and accessories; magazines for children featuring fictional stories, games and learning activities; newspapers; newspaper comic strips, being printed matter; pamphlets in the field of fashion and luxury apparel and accessories; pamphlets for children featuring fictional stories, game and learning activities; booklets in the field of fashion and luxury apparel and accessories; periodicals in the field of fashion and luxury apparel and accessories; newsletters in the field of fashion and luxury apparel and accessories; printed publications, namely, brochures, booklets, and teaching materials in the field of fashion and luxury apparel and accessories; posters; handbooks, being manuals in the field of fashion and luxury apparel and accessories; calendars; catalogues in the field of fashion and luxury apparel and accessories; brochures in

the field of fashion and luxury apparel and accessories; Informational flyers featuring fashion and luxury apparel and accessories; non-fiction books in the field of fashion and luxury apparel and accessories; children's books featuring stories, games and learning activities; children's books; children's activity books; printed children's books incorporating audio contents, in the nature of a CD sold as a unit; coloring books; school writing books; yearbooks in the field of fashion and luxury apparel and accessories; manuals, being handbooks in the field of fashion and luxury apparel and accessories; gift wrapping paper; banners of paper; bunting of paper; writing paper; handkerchiefs of paper; bibs of paper; towels of paper; table linen of paper; place mats of paper; table runners of paper; table napkins of paper; boxes of paper or cardboard; hat boxes of cardboard; containers made of cardboard; printed patterns for making clothes; printed sewing patterns; printed embroidery designs, being patterns; printed patterns for dressmaking; printed knitting patterns; decorative stickers for helmets; bumper stickers; transfers, being decalcomanias; event albums; sketch books; scratch pads; sketches; architects' models; blueprints; printed prospectuses in the field of fashion and luxury apparel and accessories; printed photographs; graphic art reproductions; printed art reproductions; works of art of paper; print engravings; lithographs; occasion cards; cards bearing universal greetings; gift tags of paper; announcement cards, being stationery; invitation cards; postcards; greeting cards; photo albums; photograph stands; photograph albums; stickers, being stationery; sticker albums; photo holders made of paper; bookmarkers; pens, being office requisites; fountain pens; ball-point pens; roller-tip pens; writing pens; felt-tip markers; pencils; pastels; crayons; chalks; painting sets for children; drawing brushes; stationery cases; carrying cases of leather specially adapted for agendas and weekly planners; drawing sets comprised of pencils and paper; pen boxes; pencil boxes; pen toppers; pencil toppers; pen cases; pencil cases; penholders; pencil holders; stands for pens and pencils; modelling clay for children; stationery, namely, document covers, document files, document holders; desk mats; desk top organizers; personal organizers; blank exercise books; note books; cube-shaped notebooks; scratch pads; notepads; diaries; agendas; weekly planners, being stationery; agenda covers; weekly planner covers; address booklet covers; album covers; book covers; folders, being stationery; labels of paper or cardboard; paper adhesive labels; paperweights; page holders; pencil sharpeners, electric or non-electric; drawing pads; adhesive bands for stationery or household purposes; adhesive tape dispensers, being office requisites; adhesive tapes for stationery or household purposes; office requisites, namely, paper knives, being cutters; rubber erasers; erasers; correspondence holders; passport holders; stationery-type portfolios; illustration boards; paper gift wrapping ribbons; inkstands; clipboards; presentation folders; trading cards, other than for games; shopping bags of plastic; shopping bags of paper; placards of paper or cardboard; printed advertising boards of paper or cardboard; money clips

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; leather straps; card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; bags, namely, all-purpose carrying bags, sports bags, shoulder bags; handbags; evening purses, being handbags; textile shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddlebags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling bag sets, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; tote bags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear being sweaters, furs, aprons, ski masks, gabardines; sleeved

or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, leotards, athletic tights, and gymnastic shoes; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, gowns, tuxedos, and footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready made clothing, namely, shirts, tops and dresses; outer clothing, namely, jackets, coats, hats; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants; waterproof clothing, namely, jackets, pants, shirts, shorts, and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; rompers; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; dance clothing, namely, leotards, tights, dance costumes; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits and swim shorts; swimsuits; bathing drawers being bathing suits; bathing trunks; bikinis; bath robes; pareus; babies' pants, being clothing; bibs, not of paper; layettes, being clothing; babies' sleepwear; socks; stockings; tights; sports socks; pantyhose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; neck warmers being clothing; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

CLASS 28: Apparatus for electronic games other than those adapted for use with an external display screen or monitor; video game machines; pocket-sized video game machines; pocket-sized electronic video, arcade, LCD game machines; portable games with liquid crystal displays; controllers for game consoles; joysticks for video games; balls for games; counters, being discs, for games; bladders of balls for games; ring games; conjuring apparatus, namely, magic tricks; roulette wheels; skittles, being games; shuttlecocks; marionettes; kites; kite reels; quoits; toy vehicles; radio-controlled toy vehicles; remote-controlled toy vehicles; toy cars; kaleidoscopes; toy masks, being playthings; theatrical masks; play balloons; toy pistols; dolls; dolls' beds; dolls' feeding bottles; dolls' clothes; dolls' houses; dolls' rooms; teddy bears; puzzles; jigsaw puzzles; parlor games; toys, namely, mobiles, building blocks, flying discs, scooters, soap bubbles being bubble making wand and solution sets, spinning tops; rocking horses; dominoes; building games; toy construction sets; playground slides, being playthings; novelty toys for playing practical jokes; butterfly nets; scale model vehicles; playing cards; cases for playing cards; dice; draughts, being games; draughtboards; backgammon games; checkers, being games; board games; chess games; chess sets; chess pieces; checkerboards; chessboards; mah-jong; bingo cards; rackets; playing balls; nets for sports; race tracks, being toys; darts; swimming pools, being play articles; novelties for parties, dances, being party favors in the nature of small toys; cases for play accessories; snow globes; paper party hats; scratch cards for playing lottery games; toys for pets; plush dolls in the form of characters and animals; rubber character toys; animated and non-animated toy figures; stuffed toys and unstuffed toys in the form of plastic character toys; puppets; stuffed puppets; plush toys; stuffed toys; rattles, being playthings; rattles for babies; baby rattles incorporating teething

rings; crib musical toys for babies; baby gyms; plush toys with attached comfort blanket; tricycles for infants, being toys; tables for indoor football; tables for table tennis; golf bags, with or without wheels; golf gloves; golf clubs; divot repair tools, being golf accessories; billiard cues; pool cue tips; billiard markers; billiard tables; billiard balls; tennis nets; tennis ball throwing apparatus; tennis rackets; battledore bats; table tennis rackets; strings for rackets; bowling apparatus and machinery; bags specially designed to hold cricket equipment; hockey sticks; coin-operated billiard tables; grip tapes for rackets; skis; snow skis; edges of skis; ski brakes; ski poles; ski sticks; ski bindings; fitted shaped covers specially adapted for ski bindings; fitted shaped covers specially adapted for skis; bags adapted for skis; sole coverings for skis; seal skins, being coverings for skis; bindings for alpine skis; surf skis; bob-sleighs; discuses for sports; surfboards; sleds, being sports articles; snow sleds for recreational use; sailboards; snowboards; bar-bells; appliances for gymnastics; fencing weapons; climbers' harness; mountaineering equipment, namely, ascenders, binding straps, hooks, hook and ring combinations; paragliders; hang gliders; skateboards; spring boards, being sports articles; twirling batons; bags especially designed for surfboards; harness for sailboards; masts for sailboards; paintball guns, being sports apparatus; surfboard leashes; skipping ropes; batting gloves, being accessories for games; fencing gauntlets; exercise pulleys; exercise benches; jumping ropes; punching bags; roller skates; in-line roller skates; ice skates; skating boots with skates attached; boxing gloves; baseball gloves; gloves for games, namely, football gloves, bowling gloves, lacrosse gloves; snowshoes; swimming belts; swimming rings; swimming kick boards; flippers for swimming; water wings; arm floats for swimming; swimming jackets; recreational floats for swimming; swimming gloves; inflatable armbands for swimming; swimming floats for recreational use; hand-held party poppers; streamers, being party novelties; balloons, being party novelties

CLASS 35: Retail and wholesale store services on behalf of third parties, also on-line, of detergents, cleaning, preparations, non-medicated soaps, perfumery, essential oils, non-medicated cosmetics, non-medicated hair lotions, non-medicated dentifrices; retail and wholesale store services on behalf of third parties, also on-line, of candles, eyeglasses, sunglasses, anti-glare glasses, ski goggles, goggles for use in sport, swimming goggles, eyeglass and sunglass cases, eyeglass and sunglass lenses, eyeglass and sunglass frames; retail and wholesale store services on behalf of third parties, also on-line, of eyeglass and sunglass chains, eyeglass and sunglass cords, pince-nez, pince-nez cases, pince-nez chains, pince-nez cords, pince-nez mountings, correcting lenses, being optics; retail and wholesale store services on behalf of third parties, also on-line, of holders, cases, and covers for personal electronics, electronic apparatus holders, electronic apparatus cases, electronic apparatus covers; retail and wholesale store services on behalf of third parties, also on-line, of photographic, and optical goods in the nature of cameras, telescopes; retail and wholesale store services on behalf of third parties, also on-line, of apparatus for recording, transmission or reproduction of sound or images, magnetic data carriers, recording discs, compact discs, DVDs and other digital recording media, mechanisms for coin-operated apparatus, calculating machines, data processing equipment, computers, computer software; retail and wholesale store services on behalf of third parties, also on-line, of apparatus for lighting, lamps, precious metals and their alloys, jewellery, precious and semi-precious stones, horological and chronometric instruments, key rings, key fobs, key cases, key holders, key bags; retail and wholesale store services on behalf of third parties, also on-line, of paper and cardboard, printed matter, photographs, stationery and office requisites, adhesives for stationery or household purposes, artists' and drawing materials, paintbrushes; retail and wholesale store services on behalf of third parties, also on-line, of bags, cases and holders, being leatherware, leatherware, leather and imitations of leather, animal skins, hides, trunks, travelling bags, umbrellas and parasols, walking sticks, whips, harness, saddlery, collars, leashes and clothing for animals; retail and wholesale store services on behalf of third parties, also on-line, of furniture, mirrors, picture frames, ropes and string, nets, tents and tarpaulins, awnings of textile or synthetic materials, sails, sacks for the transport and storage of materials in bulk; retail and wholesale store services on behalf of third parties, also on-line, of textiles and substitutes for textiles, household linen, curtains of textile or plastic, bed covers, table covers, clothing, footwear, headgear; retail and wholesale store services on behalf of third parties, also on-line, of lace and embroidery, ribbons and braid, buttons, hooks and eyes, pins and needles, artificial flowers, hair decorations, false hair, carpets, rugs, mats and matting; retail and wholesale store services on behalf of third parties, also on-line, of games, toys and playthings, video game apparatus, gymnastic and sporting articles, decorations for Christmas

trees, smokers' articles; providing television home shopping services in the field of general consumer merchandise; commercial information and advice for consumers in the choice of products and services; sales promotion for others; outsourcing services, namely, business assistance; procurement services for others, namely, purchasing fashion and luxury apparel and accessories for other businesses; demonstration of goods; shop window dressing; sponsorship search; business inquiries; business information; administrative processing of purchase orders; business organization and management of customer loyalty programs; business administration of consumer loyalty programs; commercial administration of the licensing of the goods and services of others; organization of fashion shows for promotional purposes; organization of events, exhibitions, trade fairs and fashion shows for commercial, promotional and advertising purposes; organization of trade fairs for commercial or advertising purposes; organization of marketing promotional events for others; arranging and conducting of promotional and marketing events; event marketing, namely, arranging and conducting marketing promotional events for others; news clipping services; public relations; on-line advertising on a computer network; advertising of goods and services on the Internet and by means of mobile telephony services and by electronic mail; bill-posting; rental of advertising space; publicity material rental; dissemination of advertising matter; advertising agency services; modelling for advertising or sales promotion; writing of publicity texts; publication of publicity texts; promoting the sale of fashion goods through promotional articles in magazines; distribution of samples for publicity purposes; distribution and dissemination of advertising materials, namely, leaflets, prospectuses, printed material, samples; advertising planning services; promotional services, namely, advertising services; product merchandising for others; search engine optimization for sales promotion; web site traffic optimization; consultancy regarding advertising communications strategy; consultancy regarding public relations communications strategy; social media strategy and marketing consultancy; business management and organization consultancy; consultancy and advisory services in the field of business strategy; business management consultancy relating to strategy, marketing, production, personnel and retail sale matters; business management assistance; marketing strategy planning; advice in the field of business management and marketing; business information; marketing research; market research, opinion polling studies; business investigations; public opinion polling; providing an on-line commercial information directory on the Internet; compiling indexes of information for commercial or advertising purposes; relocation services for businesses; business auditing; business management of hotels

CLASS 41: Conducting entertainment events, cultural events, live sports events, educational events, and entertainment and cultural activities, in the nature of live performances by a musical band, live appearances by a sports celebrity, conducting classes in the fields of fashion and art, fashion modeling for entertainment purposes, entertainment in the nature of fashion shows, and art exhibitions; entertainment services, namely, fashion shows and art exhibitions; organization, production, presentation and conducting of music concerts, festivals, tours and other live musical and cultural performances, events and activities, in the nature of dance events; arranging of film events, musical events, cultural and sporting events and live entertainment events, namely, fashion shows; organization of fashion shows for entertainment purposes; entertainment in the nature of fashion shows; arranging special events for others in the nature of award ceremonies and gala evenings for social and entertainment purposes; party planning for entertainment purposes; organization and presentation of shows, competitions, games, concerts and entertainment events in the nature of live music concerts; organization of balls; organization of exhibitions for cultural purposes; organization of exhibitions for cultural or educational purposes; providing recreation facilities; providing information about education, fashion design training, entertainment, sporting and cultural activities; providing information about entertainment and entertainment events via on-line networks and the Internet; production and presentation of audio and video recordings, and still and moving images; electronic publishing services, namely, publication of text and graphic works of others on CD, DVD, on-line featuring fashion; on-line digital publishing services; on-line publication of electronic books and journals; digital video, audio and multimedia entertainment publishing services; publication of fashion magazines for entertainment purposes; news reporting services in the field of fashion; publication of multimedia material being magazines, journals, on-line; electronic desktop publishing; publication of yearbooks; publication of calendars; publication of brochures; publication of newsletters; publication of catalogs; publication of books, magazines and other texts, other

than publicity texts; publication of printed matter being texts, journals, also in electronic form, other than for advertising purposes; publication of texts, other than publicity texts; electronic publication of information in the form of articles on a wide range of topics on-line; publishing services in the nature of open-access publishing services, namely, publication of electronic digital video, audio and multimedia works for others; providing on-line electronic publications, not downloadable in the nature of books in the field of fashion; writing of texts in the nature of screenplays; layout services, other than for advertising purposes; arranging of symposiums and training workshops in the fields of fashion and art; arranging and conducting of conferences, conventions, educational exhibitions, classes, lectures, seminars and training workshops in the fields of fashion and art; provision of training courses in the fields of fashion and art; providing of training via a global computer network in the fields of fashion and art; conducting of instructional, educational and training courses for young people and adults in the fields of fashion and art; conducting of training workshops in the fields of fashion and art; conducting of educational courses in the fields of fashion and art; training in the field of design of interiors and design of clothing; training to recognize fake products for the prevention of counterfeiting; conducting of training courses in the field of technology and innovation; education in the form of workshops and training in the field of electronic data processing; education in the form of workshops and training relating to nature conservation and the environment; business training; vocational skills training in the fields of fashion and art; vocational guidance, being education or training advice; higher education, academic, linguistic and vocational education workshops, courses, seminars and training services; photography; photographic reporting; health club services, being health and fitness training; club services in the nature of entertainment, in particular, night club services, comedy club service; organization of sports events and competitions, namely, swimming meet, soccer competition; providing golf facilities; providing recreation facilities for physical education, games and sporting; providing sports facilities; arranging of games and competitions being video game tournaments and athletic competitions via the Internet; organization of games and competitions being video game tournaments and athletic competitions; organization of educational, entertainment, cultural and sporting competitions being video game tournaments and athletic competitions; arranging of beauty contests; providing recreational areas in the nature of play areas for children; providing after school educational programs in the fields of fashion and art and play facilities for children; modelling for artists; ticket reservation and booking services for entertainment, sporting and cultural events; ticket agency services for entertainment events; providing non-downloadable playback of digital music from the Internet; providing on-line videos, featuring fashion and art, not downloadable

CLASS 42: Dress designing; design of fashion accessories; fashion design; footwear design; clothing design; design of headwear; jewellery and imitation jewellery design; providing information about fashion design services; styling, being industrial design; industrial and graphic art design; graphic illustrators' services; architectural consultancy; interior decoration consultancy; interior design; design of interior decor; commercial art design; packaging design; providing temporary use of on-line non-downloadable applications that enable users to design clothing and accessories in the fields of fashion and art and software development tools; providing temporary use of online non-downloadable software applications that enable users to design clothing and accessories in the fields of fashion and art accessible via a web site; providing temporary use of online non-downloadable business software that enables users to design clothing and accessories in the fields of fashion and art; providing temporary use of on-line non-downloadable software for importing and managing data; computer system design; computer software design, namely, design and development of electronic databases; computer software design, namely, design and development of systems for data input, output, processing, display and storage; data encryption and decoding services; design, maintenance, rental and updating of computer software; design, updating and rental of computer software; configuration, installation, fault diagnosis, repair, upgrading and maintenance of computer software; design and development of computer software for reading, transmitting and organizing data; design, development, maintenance and updating of computer software for word processing, data processing and process control; rental of computer software; data security consultancy; internet security consultancy; consultancy in the design and development of computer hardware; outsource service providers in the field of information technology; quality control services for others; quality control of goods and services; quality control of partly manufactured goods; quality control product testing; inspection of goods for quality control; conducting of product quality control tests; product quality testing; testing,

analysis and evaluation of the goods and services of others for conformity with certification standards; quality control services for conformity with certification standards; testing services for conformity with certification quality or standards; technical testing in the field of fashion apparel and accessories and quality control services related thereto; quality control testing and consultancy relating to the field of fashion apparel and accessories; providing quality assurance consultancy in the fields of fashion and art; process monitoring for quality assurance in the fields of fashion and art; consumer product safety testing; testing of raw materials; textile testing; testing, authentication and quality control in the fields of fashion and art; technical research projects and studies in the fields of fashion and art; development of measuring and testing methods in the fields of fashion and art; surveying; analysis and evaluation of product development in the fields of fashion and art; research services for the development of new products in the fields of fashion and art; development of new technology for others in the fields of fashion and art

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 05-11-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1450763 DATED 10-18-2017, EXPIRES 10-18-2027

SER. NO. 79-252,309, FILED 10-18-2017

# United States of America

## United States Patent and Trademark Office

# LANS

**Reg. No. 6,026,073**

**Registered Apr. 07, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; card cases, being notecases; credit card cases, being wallets; calling card cases; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; handbags; evening purses, being handbags; reusable shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle horn bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling bag sets, being leatherware; travelling bags of leather, all-purpose carrying bags for use by campers; all-purpose carrying bags for use by climbers; briefcase-type leather business conference folders; briefcase-type conference portfolios; tote bags; motorized suitcases; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear, namely, knit shirts, knit pants, knit jackets; aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets, wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, leotards, athletic tights, gymnastic shoes; jogging suits; jogging suit trousers; training suits; track suits, ski suits; snowboard suits, suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, evening gowns, tuxedos, dresses; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses, ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, outer jackets, outer coats, outer pants; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts,





Director of the United States
Patent and Trademark Office

shorts and dresses; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; dance clothing, namely, dance costumes, dance tights, ballet shoes; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely, caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footwear, namely, footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pajamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-23-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1450652 DATED 06-21-2018, EXPIRES 06-21-2028

SEC.2(F)

SER. NO. 79-252,255, FILED 06-21-2018

# United States of America
## United States Patent and Trademark Office

# ACORUS

**Reg. No. 5,809,674**

**Registered Jul. 23, 2019**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; bags, namely, all-purpose carrying bags; handbags; evening purses, being handbags; textile shopping bags; leather shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddlebags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; travelling bag sets, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; conference folders being briefcase-type leather business folders; conference portfolios being briefcase-type portfolios; tote bags; motorized suitcases; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear being sweaters, aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, leotards; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, gowns, tuxedos, and footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; readymade clothing, namely, shirts, tops and dresses; outer clothing, namely, jackets, coats, hats; masquerade costumes; tanktops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; rompers; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves,



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

namely, pants and shirts; cuffs; dance clothing, namely, leotards, tights, dance costumes; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits and swim shorts; swimsuits; bathing drawers being bathing suits; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely, caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated, and being clothing; socks; stockings; tights; sports socks; pantyhose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; neck warmers being clothing; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves, braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing, briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-23-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1450790 DATED 06-21-2018, EXPIRES 06-21-2028

SER. NO. 79-252,322, FILED 06-21-2018

# United States of America

## United States Patent and Trademark Office

# HERMIFUR

Reg. No. 5,816,250

Registered Jul. 30, 2019

Int. Cl.: 18, 25

Trademark

Principal Register

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano, ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; bags, namely, all-purpose carrying bags; handbags; evening purses, being handbags; textile shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddlebags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling bag sets, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; conference folders being briefcase-type leather business folders; conference portfolios being briefcase-type portfolios; tote bags; motorized suitcases; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear being sweaters, aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, leotards; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, gowns, tuxedos, and footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, jackets, coats, hats; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; rompers; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; dance clothing, namely, leotards, tights, dance costumes; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits



Director of the United States
Patent and Trademark Office

and swim shorts; swimsuits; bathing drawers being bathing suits; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely, caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated, and being clothing; socks; stockings; tights; sports socks; pantyhose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; neck warmers being clothing; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves, braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing, briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-23-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1450767 DATED 06-21-2018, EXPIRES 06-21-2028

The wording "HERMIFUR" has no meaning in a foreign language.

SER. NO. 79-252,312, FILED 06-21-2018

# United States of America

## United States Patent and Trademark Office

# HERMINE

**Reg. No. 5,905,902**

**Registered Nov. 12, 2019**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; card cases, being notecases; credit card cases, being wallets; calling card cases; unfitted furniture coverings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; bags, namely, all-purpose carrying bags; handbags; evening purses, being handbags; reusable shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling sets, being leatherware luggage; travel bags of leather; bags for campers, namely, all-purpose carrying bags for use by campers; bags for climbers, namely, all-purpose carrying bags for use by climbers; motorized suitcases; conference folders being briefcase-type leather business folders; conference portfolios being briefcase-type portfolios; tote bags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear, namely, shirts, dresses, sweaters, aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shirts, leggings; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, gowns, tuxedos, dinner jackets, trousers and footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, hats, gloves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; sweat pants; pelerines;



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; dance clothing, namely, shirts, leggings; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely, caps, hats, toques ; footwear for babies and toddlers; headgear for babies and toddlers, namely, caps, hats, knitted caps ; babies' pants, being underwear; cloth bibs; clothing layettes; cloth bibs, sleeved; snap crotch shirts for infants and toddlers; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; footmuffs being socks, not electrically heated; socks; stockings; tights; sports socks; pantyhose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; footwear for skiing; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sport; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors being headwear; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 06-11-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1458809 DATED 10-18-2018, EXPIRES 10-18-2028

SER. NO. 79-255,556, FILED 10-18-2018

# United States of America
## United States Patent and Trademark Office

# ARMOISE

**Reg. No. 5,980,372**

**Registered Feb. 11, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases; credit card cases in the nature of wallets; calling card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; all-purpose carrying bags; handbags; evening purses being handbags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle horn bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; leather travelling bag sets; travelling bags of leather; all-purpose carrying bags for use by campers; all-purpose carrying bags for use by climbers; tote bags; motorized suitcases; baggage tags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; bermuda shorts; jeans; skirts; skorts; working overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights, jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings being trousers; leggings being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tanktops; hosiery; clothing of leather and imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, caps, cleats and shirts; cuffs; dance



Director of the United States
Patent and Trademark Office



clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely, caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, namely, suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1479683 DATED 03-22-2019, EXPIRES 03-22-2029

SER. NO. 79-264,085, FILED 03-22-2019

# United States of America

## United States Patent and Trademark Office

# RAIE

**Reg. No. 6,004,779**

**Registered Mar. 10, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 25: Jackets made in whole or in part from down and/or feathers, either natural, synthetic and/or recycled

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1497277 DATED 07-26-2019, EXPIRES 07-26-2029

The English translation of "RAIE" is "stripe" or "ray".

SER. NO. 79-271,580, FILED 07-26-2019



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# FLAMMETTE

**Reg. No. 6,010,449**

**Registered Mar. 17, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; credit card cases, being wallets; calling card cases; furniture coverings of leather, namely, leather for furniture; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals, namely, animal carriers; bags, namely, overnight bags; handbags; evening purses, being handbags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags, travelling trunks; beach bags, clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling bags, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; conference folders, namely, briefcase-type leather business folders; conference portfolios, namely, briefcase-type portfolios; tote bags; motorized suitcases; baggage tags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets, leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf



Director of the United States
Patent and Trademark Office



clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely, caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1480667 DATED 03-22-2019, EXPIRES 03-22-2029

The English translation of the word "FLAMMETTE" in the mark is "LITTLE FLAME".

SER. NO. 79-264,420, FILED 03-22-2019

# United States of America

## United States Patent and Trademark Office

# ANTHEMIS

**Reg. No. 6,061,094**

**Registered May 26, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; card cases, being notecases, namely, business card cases and name card cases; credit card cases, being wallets; calling card cases, furniture coverings of leather, namely, leather for furniture; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; bags, namely, overnight bags, gym bags, all-purpose carrying bags, shoulder bags; handbags; evening purses, being handbags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags, shoulder bags; travelling trunks; beach bags; clutch bags; attache cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle horn bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; leather travelling bag sets; travelling bags of leather; all-purpose carrying bags for use by campers; bags for climbers in the nature of all-purpose carrying bags; conference folders in the nature of briefcase-type leather business folders; conference portfolios in the nature of briefcase-type portfolios; tote bags; motorized suitcases; baggage tags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children, umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets, sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers, ski pants; snowboard pants; ski trousers; shorts; bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves, masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets,



Andrei Iancu

Director of the United States
Patent and Trademark Office



shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely, caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear, footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets, sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1477607 DATED 03-22-2019, EXPIRES 03-22-2029

SER. NO. 79-263,214, FILED 03-22-2019

# United States of America

## United States Patent and Trademark Office

# LIONEL TERRAY

**Reg. No. 6,066,819**

**Registered Jun. 02, 2020**

**Int. Cl.: 9, 18, 25**

**Trademark**

**Principal Register**

Moncler S.p.a.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
Milano, ITALY 20144

CLASS 9: Optical apparatus and instruments, namely, optical lenses, magnifying glasses, monocles, binoculars, opera glasses, goggles for sports, goggles for skiing, contact lenses, cases for contact lenses, eyeglasses, sunglasses, pince-nez; pince-nez mountings; cases for eyeglasses and sunglasses; cases for pince-nez; chains for eyeglasses and for sunglasses; frames for eyeglasses and sunglasses; eyeglass cords; telephone receivers; telephone apparatus; video telephones; mobile phones; antennas for mobile phones; batteries for mobile phones; chargers for mobile phones; cases for mobile phones; mobile phone straps; microphones for mobile phones; loudspeakers for mobile phones; earphones for mobile phones; hands-free kits for mobile phones; apparatus and instruments for recording, transmission or reproducing of sounds or images; blank magnetic data carriers; blank recording discs; sound recording discs featuring music; blank sound recording carriers; radios; television apparatus; recorded video discs featuring music; recorded video tapes featuring music; video recorders; games adapted for use with television receivers; compact discs featuring music; compact disc players; portable compact disc music players; cases for portable music players; video cassettes featuring music; DVD players; DVD recorders; photographic and cinematographic apparatus and instruments, namely, photographic cameras, photographic projectors, photographic flash units for cameras, cases for photographic apparatus, exposed camera and slide films, exposed cinematographic films and cinematographic films featuring athletics and sports, cinematographic cameras, cinematographic machines and apparatus; television cameras; digital cameras; video cameras; apparatus for recording, namely, microphones, amplifiers, headsets, headphones, audio connectors and video connectors; data processing and computer equipment, namely, data processors and computers; recorded computer software for administration of computer networks; downloadable computer programs for use in database management; computers; blank floppy computer disks; computer keyboards; computer peripheral devices; magnetic coded cards, namely, credit cards, bank cards, cheque cards and telephone cards; computer monitors, video monitors; optical discs featuring music; notebook computers; mouse pads; computer game programs; chronographs for use as specialized time recording apparatuses; electronic agendas; protective helmets

CLASS 18: Leather and imitation of leather, and goods made of these materials, namely, purses, school bags, school satchels, bags, calling card cases, credit card cases, name card cases, travelling trunks, duffle bags, backpacks, rucksacks, wallets, leather shopping bags, attaché cases, beach bags, handbags, travelling bags, handbag frames, leather pouches, briefcases, attaché cases of leather, unfitted vanity cases, leather key cases, suitcases, bags for sports, leather cheque holders, hat boxes of leather, garment bags for travel, leather shoulder belts, leather straps, fur sold in bulk, raw skins, dog collars, clothing for pets, umbrellas, canes, walking sticks; whips and saddlery; harness fittings





*Andrei Iancu*

Director of the United States
Patent and Trademark Office

CLASS 25: Clothing, namely, overalls, underwear, sweaters, shirts, jumpers, suits; ready-made clothing, namely, shirts, blouses, pullovers, jackets, trousers, skirts, dresses, suits, shirts and chemises, tshirts, sweaters; trousers; outer clothing, namely, coats and jackets; knitwear, namely, jumpers, twin-sets, tops, skirts, waistcoats, shawls; coats; skirts; petticoats; pullovers; overcoats; jackets;stuff jackets; ski jackets; ski pants; parkas; clothing of leather, namely, jackets, pants, vests and coats; T-shirts; blouses; pants; dressing gowns; formal dresses; vests; jerseys; pajamas; bathrobes; brassieres; camisoles; corselets; slips; children's clothing, namely, jackets; layettes; bathing caps; bathing suits; clothing for gymnastics, namely, tights, leotards, t-shirts, shorts, pants, sweatshirts, tops, training suits, leggings, jackets; waterproof clothing, namely, jackets and pants; raincoats; masquerade costumes; footwear; slippers; bath slippers; boots; sport boots; horse-riding boots; galoshes; shoes; beach shoes; sandals; sport shoes; gymnastics shoes; overshoes; headwear, namely, hats, caps, cap peaks; socks; sock suspenders; stockings; garters; gloves; mittens; muffs; shawls; ties; neckties; scarves and foulards; veils; bandanas; fur stoles; belts; wedding dresses

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF ITALY , REG. NO. 1484993, DATED 04-13-2012, EXPIRES 08-04-2021

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-386,432, FILED 04-15-2019

# United States of America
## United States Patent and Trademark Office

# GHANY

**Reg. No. 6,087,727**

**Registered Jun. 30, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 25: Rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1481018 DATED 03-22-2019, EXPIRES 03-22-2029

SEC.2(F)

SER. NO. 79-264,577, FILED 03-22-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# SUYEN

**Reg. No. 6,104,135**

**Registered Jul. 21, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gaberdines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers being pullovers; sports jerseys; trousers; ski pants; snowboard pants, ski trousers; shorts; bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses, gowns, blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats, corselets; twin sets; leggings being trousers; leggings being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses, pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing being suspenders; suspenders; waistbands being parts of clothing; sashes for wear; boas being necklets; mufflers being neck scarves; underwear; singlets; sport singlets; slips being undergarments; panties; underpants; drawers being



Director of the United States
Patent and Trademark Office



clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets being underclothing; bodices being lingerie; girdles; teddies being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods being clothing; ear muffs being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1479361 DATED 03-22-2019, EXPIRES 03-22-2029

SER. NO. 79-263,914, FILED 03-22-2019

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,115,620**

**Registered Aug. 04, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings in the nature of furniture trimmings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying pets; bags; handbags; evening purses, being handbags; mesh shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling luggage sets, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; motorized suitcases; conference folders; conference portfolios; baggage tags; tote bags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gabardines, being pants; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos, romper suits; leotards, slacks; tunics; school uniforms; athletic uniforms;

Director of the United States
Patent and Trademark Office



breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs, dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely, caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear, after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots, rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

The color(s) white, blue and red is/are claimed as a feature of the mark.

The color WHITE appears: in the substantially square label; the color BLUE appears: in the wording MONCLER, in the first triangle on the left of the two stylized isosceles triangles both with the apex pointing upward and intersecting partially with each other being superimposed on the figure of a stylized cockerel and which constitute the imaginative graphic image above the wording MONCLER, in the stylized cockerel's head, in the vertical rectangular band on the left of the two vertical rectangular bands joined together standing on top of the substantially square label; the color RED appears: in the second triangle on the right of the two stylized isosceles triangles both with the apex pointing upward and intersecting partially with each other being superimposed on the figure of a stylized cockerel and which constitute the imaginative graphic image above the wording MONCLER, in the stylized cockerel's tail, in the vertical rectangular band on the right of the two vertical rectangular bands joined together standing on top of the substantially square label.

The mark consists of a sign depicting the wording "MONCLER" in fancy characters, blue in color, surmounted by an imaginative graphic image constituted by two stylized isosceles triangles arranged side by side, the first triangle being blue and the second red, both with the apex pointing upward, intersecting partially with each other, the corresponding base being interrupted in the center, the aforementioned triangles being superimposed on the figure of a stylized cockerel, with a blue head and a red tail, the whole being contained within a substantially square white label two vertical rectangular bands joined together standing on top of such label, the left-hand band being blue and the right-hand band being red.

PRIORITY DATE OF 09-19-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1522464 DATED 01-21-2020, EXPIRES 01-21-2030

SER. NO. 79-281,990, FILED 01-21-2020

# United States of America
## United States Patent and Trademark Office

# HOUSE OF GENIUS

**Reg. No. 6,132,717**

**Registered Aug. 25, 2020**

**Int. Cl.: 18, 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being types of saddlery; business card cases; notecases, namely, credit card cases; credit card cases, being types of wallets; calling card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying pets; all-purpose reusable carrying bags; handbags; evening purses, being types of handbags; mesh shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags, attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being types of Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; leather shoulder belts, being types of leather straps; leather straps; pouches of leather; suitcases; suitcases with wheels; leather travelling bag sets; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; conference folders being briefcase-type leather business folders; conference portfolios being briefcase-type portfolios; motorized suitcases; baggage tags; tote bags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks, mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being types of pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts, Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, gymnastic shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being types of trousers; leggings, being types of leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants, sweat pants; pelerines; pinafore dresses; tuxedos; romper suits being rompers; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, namely, pants, shorts,



shirts, caps, cleats and shirts; cuffs; dance clothing, namely, slippers, shoes, dance costumes and pants; smocks; embroidered clothing, namely, sweaters; clothing containing slimming substances, namely, tops; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely, caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely, caps, hats, knitted caps; babies' underpants, being types of underwear; cloth bibs; cloth bibs, sleeved; clothing layettes; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear, footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being types of footwear; soles for footwear; footwear uppers, boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; fitted heel protectors for shoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, namely, suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas; mufflers as neck scarves; fingerless gloves; underwear; singlets; sport singlets; slips, being types of undergarments; panties; underpants; drawers, being types of clothing; briefs; boxer briefs; pajamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being types of lingerie; girdles; teddies, being underclothing, sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being types of clothing; ear muffs, being types of clothing

CLASS 41: Conducting entertainment events, cultural events, live sports events, educational events, and entertainment and cultural activities in the nature of conducting classes in the fields of fashion and art, fashion modeling for entertainment purposes, entertainment in the nature of fashion shows, and art exhibitions; entertainment services, namely, fashion shows, and art exhibitions; organization, production, presentation and conducting of music concerts, festivals, tours and other live musical and cultural performances, events and activities, in the nature of dance events; arranging of film events, musical events, cultural and sporting events and live entertainment events, namely, fashion shows; organization of fashion shows for entertainment purposes; entertainment in the nature of fashion shows; arranging special events for others in the nature of award ceremonies and gala evenings for social and entertainment purposes; party planning for entertainment purposes; organization and presentation of shows, competitions, games, concerts and entertainment events in the nature of live music concerts; organization of balls; organization of exhibitions for cultural purposes; organization of exhibitions for cultural or educational purposes; providing recreation facilities; providing information about education, fashion design training, entertainment, sporting and cultural activities; providing information about entertainment and entertainment events via on-line networks and the Internet; production and presentation of audio and video recordings, and still and moving images; organization of cosplay entertainment events; video editing services for events; electronic desktop publishing services; online digital publishing services; on-line publication of electronic books and journals; digital video, audio and multimedia entertainment publishing services; publication of fashion magazines for entertainment purposes; news reporting services in the field of fashion; publication of multimedia material being magazines, journals, on-line; electronic desktop publishing; publication of yearbooks; publication of calendars; publication of brochures; publication of newsletters; publication of catalogs; publication of books, magazines and other texts, other than publicity texts; publication of printed matter being texts, journals, also in electronic form, other than for advertising purposes; publication of texts, other than publicity texts; electronic publication of information in the form of articles on a wide range of topics on-line; publishing services in the nature of open-access publishing services, namely, publication of electronic digital video, audio and multimedia works for others; providing on-line electronic publications, not downloadable, namely, newsletters in the fields of fashion and art; providing non-downloadable digital music from the Internet; providing on-line non-downloadable videos in the fields of fashion and art; writing of texts in the nature of screenplays in the fields of fashion and art; layout services, other than for advertising purposes; arranging of symposiums and training workshops in the fields of fashion and art; arranging and conducting

of educational conferences, conventions, educational exhibitions, classes, lectures, seminars and training workshops in the fields of fashion and art; provision of training courses in the fields of fashion and art; providing of training via a global computer network in the fields of fashion and art; conducting of training workshops in the fields of fashion and art; provision of online training courses in the fields of fashion and art; providing of online training courses via a global computer network in the fields of fashion and art; conducting of instructional, educational and training courses for young people and adults in the fields of fashion and art; conducting of training workshops in the fields of fashion and art; conducting of educational courses in the fields of fashion and art; training services relating to retail management; training services in the field of sales; training services relating to logistics; training services in the field of project management; coaching in economic and management matters; training services relating to the use of information technology; educational services, namely, providing courses relating to information technology; training services in the field of computer software development; training services in the field of interior and fashion design; training services in fakes reconnaissance for fighting counterfeiting; conducting of training courses in the field of technology and innovation; education in the form of training courses in the field of electronic data processing; education in the form of training courses relating to nature conservation and the environment; training services in the field of coaching; business training; vocational skills training in the fields of fashion and art; vocational guidance, being education or training advice, in the fields of fashion and art; educational services, namely, conducting higher education, academic, linguistic and vocational training classes in the fields of fashion and art; photography; photographic reporting; health club services, being health and fitness training; night club services featuring entertainment; organization of sports events and competitions, namely, swim meets, soccer competitions, tennis tournaments, golf tournaments, football games, baseball games, sports car races, track and field events, providing golf facilities; providing recreation facilities for physical education, games and sporting; providing sports facilities; games equipment rental; organization of live educational demonstrations, entertainment, cultural and sporting competitions; arranging of beauty contests; providing recreational areas in the nature of play areas for children; providing educational entertainment programs in the fields of fashion and art for children in after-school centers; modelling for artists; ticket reservation and booking services for entertainment, sporting and cultural events; ticket agency services for fashion and entertainment events

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 04-12-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1506194 DATED 08-30-2019, EXPIRES 08-30-2029

SER. NO. 79-275,240, FILED 08-30-2019

# United States of America

## United States Patent and Trademark Office

# MAYA

**Reg. No. 6,202,576**

**Registered Nov. 24, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.P.A.
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 25: Clothing, namely, jackets, sleeveless jackets, down jackets, excluding jackets for children

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-23-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1450372 DATED 06-21-2018, EXPIRES 06-21-2028

SER. NO. 79-252,128, FILED 06-21-2018





Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,236,024**
**Registered Jan. 05, 2021**
**Int. Cl.: 18, 25**
**Trademark**
**Principal Register**



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings in the nature of furniture trimmings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying pets; leather, unworked or semi-worked; moleskin, being imitation of leather; fur, semi-worked; artificial fur; synthetic fur; raw skins; leathercloth; leather and imitation leather; bags, namely, leather and imitation leather sport bags and general purpose trolley bags; handbags; evening purses, being handbags; mesh shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling luggage sets, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; conference folders being briefcase type leather business folders; briefcase type conference portfolios; motorized suitcases; baggage tags; tote bags; tie cases of leather and imitations of leather; luggage tags; toiletry bags sold empty; cosmetic cases sold empty; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas;



parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gabardines, being pants; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirt; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; kimonos; judo uniforms; karate uniforms; embroidered clothing; clothing containing slimming substances; latex clothing, namely, bodysuits, dresses; rash guards; clothing incorporating LEDs; bathing suits; bathing caps; swimming caps; shower caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimming costumes; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shins, shorts and dresses; footwear for children; headgear for children, namely, caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; costumes for use in children's dress up play; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; heels; heelpieces for boots and shoes; inner soles; tips for footwear; soles for footwear; footwear uppers; boots; halfboots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; galoshes; gaiters; valenki being felted boots; heel protectors for shoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being pans of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; neckwear; fingerless gloves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; adhesive bras; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; car muffs, being clothing

The mark consists of an imprint depicting the wording MONCLER in fancy characters above which is placed a stylized letter M overlaid on the figure of a stylized cockerel, the whole within a figure of a stylized bell.

OWNER OF INTERNATIONAL REGISTRATION 1197643 DATED 09-13-2013, EXPIRES 09-13-2023

SER. NO. 79-286,989, FILED 04-03-2020

# United States of America

## United States Patent and Trademark Office

# GUI

**Reg. No. 6,247,937**

**Registered Jan. 19, 2021**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano, ITALY

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, aprons, ski masks, gabardines; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans, pullovers; shirts; T-shirts; polo shirts; sport shirts, undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; bermuda shorts; jeans; skirts; skorts; work overalls; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses, gowns; blazers; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats, scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; sweat pants; pelerines, pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits and swim shorts; swimsuits; bathing drawers; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely, caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders, stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers;



*Andrei Iancu*

Director of the United States
Patent and Trademark Office



sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets, hoods, being clothing; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-23-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1441674 DATED 06-21-2018, EXPIRES 06-21-2028

The English translation of "GUI" in the mark is "BOOM".

SER. NO. 79-248,473, FILED 06-21-2018

# United States of America
## United States Patent and Trademark Office

# MONCLER GUI

**Reg. No. 6,258,749**

**Registered Feb. 02, 2021**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 25: Clothing, namely, jackets, sleeved or sleeveless jackets, heavy jackets, lightweight jackets, bomber jackets, stuff jackets, reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; ponchos; outer clothing, namely, coats; waterproof clothing, namely, jackets; clothing for children, namely, shirts, shorts, parkas, sweaters; padded sleepsuits for babies; down padded sleepsuits for babies

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 11-28-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1524995 DATED 12-19-2019, EXPIRES 12-19-2029

The wording "MONCLER" has no meaning in a foreign language. The English translation of the word "GUI" in the mark is "boom".

SER. NO. 79-283,139, FILED 12-19-2019





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,263,420**

**Registered Feb. 09, 2021**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A.  (ITALY Joint Stock Company )
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings in the nature of furniture trimmings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying pets; bags; handbags; evening purses, being handbags; mesh shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel, not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling luggage sets, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; conference folders, namely, briefcase-type leather business folders; conference brief-case type portfolios; motorized suitcases; baggage tags; tote bags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters;



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

aprons, ski masks, gabardines, being pants; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely, caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

The color(s) black and yellow is/are claimed as a feature of the mark.

The mark consists of a sign depicting a vertical yellow rectangular label with black outline inside which is arranged the wording "MONCLER GENIUS" in fancy black characters, arranged from the top downward to follow the direction of extension of the label and repeated three times with each repetition interspersed by a black vertical rectangular figure, inside which eight yellow quadrilateral figures are arranged, which are distributed in pairs symmetrically in two columns.

PRIORITY DATE OF 08-21-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1519165 DATED 11-26-2019, EXPIRES 11-26-2029

SER. NO. 79-280,641, FILED 11-26-2019

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,291,686**
**Registered Mar. 16, 2021**
**Int. Cl.: 18, 25**
**Trademark**
**Principal Register**





MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings in the nature of furniture trimmings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying pets; bags, namely, carry-on bags; handbags; evening purses, being handbags; mesh shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attache cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags in the nature of saddle accessories; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; luggage for travel made of leather; travelling bags of leather, all-purpose carrying bags for campers; all-purpose carrying bags for climbers; conference folders in the nature of briefcase-type leather business folders; conference portfolios in the nature of briefcase-type portfolios; motorized suitcases; baggage tags; tote bags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gabardines, being pants; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear, petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shirts, jackets, shoes, headwear, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely, caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; sashes for wear; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes, being clothing; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; adhesive bras; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

The mark consists of a sign depicting a reverse stylized empty bell.

OWNER OF INTERNATIONAL REGISTRATION 1496831 DATED 05-23-2019, EXPIRES 05-23-2029

SER. NO. 79-292,280, FILED 07-01-2020

# United States of America
## United States Patent and Trademark Office

# MOKA

**Reg. No. 6,297,452**

**Registered Mar. 23, 2021**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 25: Jackets made in whole or in part from down and/or feathers, either natural, synthetic, and/or recycled

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1470327 DATED 01-11-2019, EXPIRES 01-11-2029

The English translation of "MOKA" in the mark is "MOCHA".

SER. NO. 79-260,170, FILED 01-11-2019









Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,337,318**

**Registered May 04, 2021**

**Int. Cl.: 18, 25, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**





MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings in the nature of leather furniture trimmings; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying pets; all purpose sport bags; handbags; evening purses, being handbags; mesh shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle horn bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling luggage sets, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; motorized suitcases; briefcase-type leather business conference folders; briefcase-type conference portfolios; baggage tags; tote bags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys,

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gabardines, being pants; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

CLASS 28: Apparatus for electronic games other than those adapted for use with an external display screen or monitor; video game machines; apparatus for games, namely, bases, bats, and balls for playing baseball-like indoor and outdoor games; hand-held consoles for playing video games; pocket-sized video game machines; pocket-sized electronic amusement game machines; portable games with liquid crystal displays; controllers for game consoles; joysticks for video games; video games consoles; hand-held consoles for playing video games; balls for games; counters for games in a disc shape; bladders of balls for games; ring games; conjuring apparatus being magic tricks; roulette wheels; skittles, being games; shuttlecocks; marionettes; kites; kite reels; quoits;

toy vehicles; radio-controlled toy vehicles; remote-controlled toy vehicles; toy cars; kaleidoscopes; masks, being playthings; theatrical masks; play balloons; toy pistols; dolls' beds; dolls' feeding bottles; dolls' clothes; dolls' houses; dolls' rooms; teddy bears; puzzles; jigsaw puzzles; parlor games; toys, namely, spinning tops, mobiles, building blocks, flying discs, scooters, bubble making wand and solution sets; rocking horses; dominoes; building games; toy construction sets; playground slides, being playthings; novelty toys for playing jokes; butterfly nets; scale model vehicles; playing cards; cases for playing cards; dice; draughts, being checkers games; draughtboards, being checkerboards for checkers games; backgammon games; checkers, being games; board games; chess games; chess sets; chess pieces; checkerboards; chessboards; mah-jong; bingo cards; playing balls; nets for sports; race tracks, being toys; darts; swimming pools, being play articles; cases for play accessories; snow globes; paper party hats; scratch cards for playing lottery games; toys for pets; toy imitation cosmetics; swimming pool air floats; party novelties, namely, hand-held party poppers, streamers and balloons; toy putty; toy dough; portable games and toys incorporating telecommunication functions, namely, amusement game machines; trading cards for games; boomerangs; inflatable games for swimming pools; play tents; puppets; stuffed puppets; baby rattles, being playthings; rattles for babies; baby rattles incorporating teething rings; cot musical toys for babies; baby gyms; plush toys with attached comfort blanket; toys, namely, tricycles for infants and crib mobiles; crib toys; tables for indoor football; tables for table football; tables for table tennis; golf bags, with or without wheels; golf gloves; golf clubs; golf irons; divot repair tools, being golf accessories; billiard cues; pool cue tips; billiard markers; billiard tables; billiard balls; tennis nets; tennis ball throwing apparatus; tennis rackets; rackets for squash and badminton; battledore bats; table tennis rackets; strings for rackets; bowling apparatus and machinery; bags specially designed to hold cricket equipment; hockey sticks; coin-operated billiard tables; grip tapes for rackets; skis; snow skis; edges of skis; ski brakes; ski poles; ski sticks; ski bindings; shaped covers for ski bindings; shaped covers for skis; bags adapted for skis; sole coverings for skis; seal skins, being coverings for skis; bindings for alpine skis; surf skis; bob-sleighs; discuses for sports; surfboards; sleds, being sports articles; snow sleds for recreational use; sailboards; snowboards; stationary exercise bicycles; bar-bells; appliances for gymnastics; fencing weapons; climbers' harness; mountaineering equipment, namely, ascenders, binding straps being parts of climbing harnesses; paragliders; hang gliders; skateboards; spring boards, being sports articles; twirling batons; bags especially designed for surfboards; harness for sailboards; masts for sailboards; paintball guns, being sports apparatus; surfboard leashes; skipping ropes; batting gloves, being accessories for games; fencing gauntlets; exercise pulleys; exercise benches; jumping ropes; punching bags for boxing; roller skates; in-line roller skates; ice skates; skating boots with skates attached; boxing gloves; baseball gloves; gloves for lacrosse games; snowshoes; swimming belts; swimming rings; swimming kickboards; flippers for swimming; water wings; arm floats for swimming; swimming jackets; inflatable floats for swimming; swim floats for recreational use; floats for swimming; swimming gloves; flippers for diving; swimming webs; webbed gloves for swimming; roller skis; ski sticks for roller skis; ski poles for roller skis; yoga swings

CLASS 41: Conducting special events for social entertainment purposes, conducting community cultural events, conducting live running sports events, conducting events in the field of fashion for educational purposes; entertainment services in the nature of fashion shows, fashion events and art exhibitions; organization, production, presentation and conducting of live music concerts, live music festivals, guided hiking tours, live musical performances and live cultural show performances; arranging of film events, live musical events, cultural and sporting running events and live fashion entertainment events, all for cultural or educational purposes; organization of fashion shows for entertainment purposes; entertainment in the nature of fashion shows; arranging award ceremony events and gala evening special events for social entertainment purposes; party planning for entertainment purposes; organization and presentation of live music shows, live musical competitions, live fashion games, live music concerts and fashion show events, all for entertainment purposes; organization of balls; organization of exhibitions for cultural purposes; organization of exhibitions for cultural or educational

purposes; providing recreation facilities; providing entertainment-related information about education, training, entertainment, sporting and cultural activities; providing entertainment-related information about entertainment and entertainment events via online networks and the Internet; production of audio and video recordings and of still and moving images; organization of sports competitions and community cultural events for charitable purposes; organization of live cosplay entertainment events; video editing services for events; electronic desktop publishing services; online digital video, audio and multimedia publishing services; online publication of electronic books and journals; digital video, audio and multimedia entertainment publishing services; publication of fashion magazines for entertainment purposes; news reporting services in the nature of current event reporting relating to fashion; publication of multimedia material online in the nature of magazines; electronic desktop publishing; publication of yearbooks; publication of calendars; publication of brochures; publication of newsletters; publication of catalogs; publication of books, magazines and other texts, other than publicity texts; publication of printed matter, also in electronic form, other than for advertising purposes; publication of texts, other than publicity texts; provision of information relating to publishing of electronic publications; music publishing services; providing online electronic publications, not downloadable, namely, newsletters in the fields of fashion and art; providing non-downloadable digital music from the Internet; providing on-line non-downloadable videos in the fields of fashion and art; writing of texts in the nature of articles for professional journals in the fields of fashion and art, other than for advertising or publicity; layout services, other than for advertising purposes; arranging of educational symposiums and training workshops in the fields of fashion and art; arranging and conducting of educational conferences, educational conventions, educational exhibitions, classes, educational lectures, seminars and training workshops in the fields of fashion and art; provision of training courses in the fields of fashion and art; providing of training via a global computer network in the fields of fashion and art; conducting of instructional, educational and training courses for young people and adults in the fields of fashion and art; conducting of training workshops in the fields of fashion and art; conducting of educational courses in the fields of fashion and art; training services relating to retail management; sales training services; training services relating to logistics; training services in the field of project management; coaching in economic and management matters; training services relating to the use of information technology; educational services, namely, providing training relating to information technology; training services in the field of computer software development; training in the field of interior and fashion design; training in fakes reconnaissance for fighting counterfeiting; conducting of training courses in the field of technology and innovation; educational training in the field of electronic data processing; educational training in the field of nature conservation and the environment; training services in the nature of coaching in the field of fashion and art; business training; vocational skills training in the fields of fashion and art; vocational guidance, being education or training advice, in the fields of fashion and art; educational services, namely, conducting higher education, academic, linguistic and vocational training classes in the fields of fashion and art; know-how transfer, being training in the field of art and fashion; photography; photographic reporting; health club services featuring health and fitness training; night club services featuring entertainment; organization of sports events and competitions, namely, swim meets, soccer competitions, tennis tournaments, golf tournaments, football games, baseball games, sports car races, track and field events; providing golf facilities; providing physical education, sporting game and sporting facilities; providing sports facilities; games equipment rental; organization of live educational demonstrations, entertainment exhibitions, cultural and sporting competitions; arranging of beauty contests; providing recreational areas in the nature of play areas for children; providing educational entertainment programs in the fields of fashion and art for children in after-school centers; modelling for artists; ticket reservation and booking services for entertainment, sporting and cultural events; ticket agency services for fashion entertainment events and entertainment events

The mark consists of the three-dimensional configuration of a point-of-sale display being a stylized doll with its mouth open, wearing a down jacket with a hood and having

a pair of skis on its feet.

PRIORITY DATE OF 10-16-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1528962 DATED 01-21-2020, EXPIRES 01-21-2030

SER. NO. 79-284,815, FILED 01-21-2020

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,405,958**

**Registered Jul. 06, 2021**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**



MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings in the nature of furniture trimmings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying pets; bags, namely, carry-on bags; handbags; evening purses, being handbags; mesh shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling luggage sets, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; briefcase-type leather business conference folders; briefcase-type conference portfolios; motorized suitcases; baggage tags; tote bags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters;



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

aprons, ski masks, gabardines, being pants; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs, dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely, caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear, after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; sashes for wear; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers, clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes, being clothing; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; adhesive bras; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

The mark consists of a sign depicting an imaginative graphic image made up of two stylized side-by-side isosceles triangles, with the apex pointing upward, partially mutually intersecting and with the base and the sides variously interrupted, said triangles being superimposed on the figure of a stylized cockerel, the whole inside a figure of a stylized bell.

OWNER OF INTERNATIONAL REGISTRATION 1559271 DATED 07-01-2020, EXPIRES 07-01-2030

SER. NO. 79-297,537, FILED 07-01-2020

# United States of America
## United States Patent and Trademark Office

# MONDUCK

**Reg. No. 6,414,938**
**Registered Jul. 13, 2021**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
Milano, ITALY 20144

CLASS 35: Internet advertising services; advertising services provided over the Internet; providing an on-line directory trade information service on the Internet; providing an on-line commercial information directory on the Internet; advertising; advertising of goods and services on the Internet and by means of mobile telephony services and by electronic mail; commercial information and advice for consumers; presentation of goods on communication media for retail purposes; promotion of goods and services by placing advertisements and advertising displays on an on-line electronic site accessible via a global computer network or by means of mobile telephony services; dissemination of advertising matter; organization of fashion shows for promotional purposes; organization of events, exhibitions, trade fairs and fashion shows for commercial, promotional and advertising purposes; organization of trade fairs for commercial or advertising purposes; organization of advertising events; arranging and conducting of promotional and marketing events; event marketing; news clipping services; public relations; online advertising on a computer network; bill-posting; rental of advertising space; publicity material rental; advertising agency services; modelling for advertising or sales promotion; writing of publicity texts; publication of publicity texts; promoting the sale of fashion goods for third parties through promotional articles in magazines; distribution of samples; distribution and dissemination of advertising materials, namely, leaflets, prospectuses, printed material and samples; advertising planning services; promotional services, namely, promoting the sale of fashion goods for others; marketing services, namely, promoting or advertising the goods and services of others; product merchandising for others; search engine optimization for sales promotion; web site traffic optimization; business consultancy regarding advertising communication strategies; business consultancy regarding public relations communication strategies; social media strategy and marketing consultancy; outdoor advertising; media relations services; corporate communications services; commercial lobbying services; layout services for advertising purposes; business management and organization consultancy; business consultancy and advisory services in the field of business strategy; business management consultancy relating to strategy, marketing, production, personnel and retail sale matters; business management assistance; marketing strategy planning; business advice in the field of business management and marketing; business information; marketing research; market research studies; business investigations; public opinion polling; targeted marketing; marketing in the framework



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



of software publishing; compiling indexes of information for commercial or advertising purposes; relocation services for businesses; business auditing; business management of hotels; promotion of goods and services through sponsorship of sports events; market intelligence services; gift registry services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF ITALY , REG. NO. 0001539477, DATED 04-18-2013, EXPIRES 04-18-2023

OWNER OF U.S. REG. NO. 4603820

SER. NO. 90-097,465, FILED 08-06-2020

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,513,524**
**Registered Oct. 12, 2021**
**Int. Cl.: 18, 25**
**Trademark**
**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 Milano
ITALY

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings in the nature of furniture trimmings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying pets; all-purpose carrying bags; handbags; evening purses, being handbags; mesh shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling luggage sets, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; briefcase-type leather business conference folders; briefcase-type conference portfolios; motorized suitcases; baggage tags; tote bags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters;





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

aprons, ski masks, gabardines, being pants; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses, gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts, swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely, caps, hats, toques; footwear for babies and toddlers; headgear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; sashes for wear; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes, being clothing; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; adhesive bras; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

The mark consists of a sign depicting the wording "MONCLER" in fancy characters above an imaginative graphic image made up of two stylized side-by-side isosceles triangles, with the apex pointing upward, partially mutually intersecting and with the base and the sides variously interrupted, said triangles being superimposed on the figure of a stylized cockerel, the whole inside a figure of a stylized overturned bell.

OWNER OF INTERNATIONAL REGISTRATION 1559297 DATED 07-02-2020, EXPIRES 07-02-2030

SER. NO. 79-297,550, FILED 07-02-2020

# United States of America
## United States Patent and Trademark Office

## ONE HOUSE DIFFERENT VOICES

**Reg. No. 6,549,736**

**Registered Nov. 09, 2021**

**Int. Cl.: 3, 9, 14, 16, 18, 25, 28, 35, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

MONCLER S.P.A.  (ITALY Joint Stock Company )
VIA STENDHAL, 47
I-20144 MILANO
ITALY

CLASS 3: Perfumes; eau de toilette and eau de Cologne; deodorants for human beings or for animals; incense; joss sticks; air fragrancing preparations; sachets for perfuming linen; air fragrance reed diffusers; scented room sprays; extracts of flowers, being perfumes; potpourri having a fragrance; fragrances comprised of potpourri; essential oils for personal use; oils for toiletry purposes; henna, being cosmetic dye, used for cosmetic purposes; make-up; eye shadow; cosmetic pencils; eyeliner; foundation; cream foundation; make-up powder; pressed face powder; creamy face powder; face powder for cosmetic use; talcum powder, for toilet use; blusher; lipsticks; lipstick cases; lip glosses; non-medicated lip balms; cocoa butter for cosmetic purposes; mascara; sunscreen preparations; cosmetics, namely, sun-tanning preparations and sun protectors for lips; skin bronzing creams; self-tanning creams; sun-tanning creams and lotions; after-sun creams and preparations in the nature of lotions, gels, oils, milks; cosmetic preparations to protect against sunburn; nail polish; nail glitter; beauty masks; cosmetic facial scrubs; cosmetic preparations, namely, skin exfoliants; face creams for cosmetic purposes; cosmetic body creams; cosmetic creams; pomades for cosmetic purposes; cosmetic preparations for slimming purposes; creams for cellulite reduction for cosmetic use; hair spray; cosmetic hair lotions; hair bleaching preparations; hair dyes; hair coloring preparations; hair rinses, being shampoo-conditioners; hair lighteners; hair conditioners; hair moisturizers; preparations for the permanent waving of hair; hair care and hair styling preparations, namely, gels, sprays, mousses and balms; brilliantine; depilatory preparations; depilatory creams; hair straightening preparations; tissues impregnated with make-up removing preparations; phytocosmetic preparations; nail art stickers; false nails; adhesives for cosmetic purposes; nail care preparations, namely, nail conditioners; cotton sticks for cosmetic purposes; pre-moistened cosmetic cleansing tissues, wipes and pads; cleansing pads, tissues and wipes impregnated with a cleaning preparation, cosmetics, cosmetic lotions; cosmetic patches containing sunscreen and sun block for use on the skin; facial concealer; under-eye enhancers; non-medicated foot creams; skin whitening creams; massage gels, other than for medical purposes; cleansing milk for toilet purposes; hair mascara; gel eye masks; decorative transfers for cosmetic purposes; cotton wool for cosmetic purposes; cloths impregnated with a detergent for cleaning spectacles; eye-washes, not for medical purposes; antiperspirants, being toiletries; make-up removing preparations; nail polish removers; micellar water; body paint for cosmetic purposes; cotton wool impregnated with make-up removing preparations; non-medicated hand soap; cosmetic soap; non-medicated facial soaps; skin cleansing creams; skin cleansing lotions; shower gel; non-medicated bubble bath preparations for cosmetic use; bath oils, not for medical purposes; bath pearls, not for medical purposes; bath salts, not for medical purposes; cosmetic creams and lotions for face and body care; shaving balms; shaving creams; shaving soap; after-shave balms; after-shave cologne; after-shave lotions; hair shampoos; bath preparations, not for medical purposes; cleansers for intimate personal hygiene purposes, non medicated; non-medicated soap; mouthwashes, not for medical purposes; non-medicated





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

dentifrices; cosmetic preparations for the care of mouth and teeth; breath freshening preparations for personal hygiene; shoe polish; shoe wax; shoe cream; creams for leather; toiletries, namely, baby lotions, baby oils and baby powder; shampoos for babies; hair conditioners for babies; children's play cosmetics being cosmetics; cosmetics for children; baby wipes impregnated with cleaning preparations; cosmetics for animals; massage candles for cosmetic purposes

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; optical correcting lenses; contact lenses; containers for contact lenses; ski goggles; spectacle cases; optical lenses; binoculars; binocular cases; monocles; telescopes; optical prisms; magnifying glasses; magnifying glass cases; smartglasses; 3D spectacles; downloadable electronic game software for cellular phones; downloadable electronic game software for hand-held electronic devices; downloadable computer game software; downloadable computer game programs; computer software, recorded, for gaming; downloadable computer programs for video and computer games; blank floppy computer disks; computer software platforms, recorded or downloadable, for application development, web hosting, database management; downloadable graphics for mobile phones; computer screen saver software, recorded or downloadable; computer game software, downloadable; personal computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; carrying cases adapted for computers; tablet computers; protective cases for tablet computers; covers for tablet computers; laptop computers; protective cases for laptops; bags adapted for laptops; sleeves for laptops; docking stations for laptops; wrist rests for use with computers; computer mice; mouse pads; computer keyboards; document and photo printers for use with computers; computer peripheral devices; monitors, being computer hardware; carrying cases for radio pagers; carrying cases for radios; radios; mobile phones; lanyards, being straps, for cellular phones; covers adapted for cellular phones; cases adapted for cellular phones; antennas for cellular phones; cellular phones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic pagers; electronic book readers; protective cases for electronic book readers; cordless telephones; cordless telephone holders, namely, head-clip cell phone holders, cell phone stands, smartphone mounts; telephone receivers; telephone apparatus; video telephones; cell phone straps; batteries for cellular phones; microphones for cellular phones; loudspeakers for cellular phones; earphones for cellular phones; battery chargers for cellular phones; cases specially adapted for battery charger for cellular phones; in-ear headphones; headphones; cases specially adapted for headphone; hands free kits for telephones; hands free kits for cellular phones; smartwatches; protective films adapted for smartphones; selfie sticks, being hand-held monopods; personal digital assistants, being PDAs; devices for the projection of virtual keyboards, namely, lasers, not for medical purposes; ear pads for headphones; data gloves; trackballs, being computer peripherals; downloadable emoticons for mobile phones; stands adapted for laptops; cases adapted for cameras; photographic cameras; digital cameras; camcorders; cases especially made for photographic apparatus and instruments; lanyards, namely, camera straps; digital photo frames; cases specifically adapted for holding exposed slide film; photographic slides; video screens; home theater projectors, namely, video projectors, movie projectors; protective helmets for sports; gloves for divers; visors for helmets; headgear being protective helmets; blank audio-video compact discs and DVDs; holders and cases for compact discs and recordable DVDs; protective carrying cases for portable digital music players; protective cases for portable digital music and video disc players, and video cameras; cases specifically adapted for use with video disc players, and video cameras; digital audio players; loudspeakers; compact disc players; cases adapted for CD players; DVD recorders; DVD players; cases adapted for DVD players; portable MP3 players; cases for portable MP3 players; protective covers specially adapted for portable MP3 players; portable compact disc music players; prerecorded magnetic computer tapes, machine readable, computer cartridges and hard discs for computers, the foregoing featuring information, images and video in the fields of art and fashion; walkie-talkies; antennas; audiovisual teaching aid, namely,

audiovisual recordings featuring music and animation; films, exposed, namely, slide films, cinematographic film, camera film, photographic film; transmitters of electronic signals; television apparatus for projection purposes; television apparatus, namely, televisions; downloadable electronic publications, namely, books, magazines and newsletters in the field of fashion and luxury apparel and accessories; blank magnetic data carriers, sound recording discs, namely, blank record discs, blank discs for computers, prerecorded audio discs featuring fashion and art; prerecorded DVDs featuring fashion and art; blank magnetic audio and video tapes and sound recording carriers in the nature of blank recordable CD-Rs and DV-Rs; video recorders; blank video cassettes and USB flash drives; electronic key fobs being remote control apparatus; teaching robots; time clocks, being time recording devices; thread counters; rulers, being measuring instruments; measuring devices, electric, namely, electric lasers for measuring; barometers; calculating machines; pocket calculators; chronographs, being specialized time recording apparatus; scales; pedometers; navigation apparatus for vehicles, being on-board computers; cases specially fitted for holding credit cards; magnetically encoded key cards; electronic agendas; cases specifically adapted for use with electronic agendas; covers specifically adapted for use with electronic agendas; hologram apparatus; electronic interactive whiteboards; interactive touch screen terminals; decorative magnets; electronic pens for use with visual display units; lanyards, being straps, especially adapted for holding cellular phones, MP3 players, cameras, video cameras, eyeglasses, sunglasses, magnetic encoded cards; telecommunication apparatus in the nature of wireless receivers in the form of jewelery; climate control digital thermostats; earpieces for remote communication; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; downloadable educational software for children

CLASS 14: Precious stones; jade; imitation jewellery; costume jewellery; jewellery and imitation jewellery, namely, trinkets, charms, threads of precious metal, bracelets, necklaces, lockets, chains, rings, brooches, medallions, pins, amulets; jewellery, namely, silver thread, threads of precious metal, gold thread, bracelets made of embroidered textile, pearls, pendants; cloisonné jewellery; earrings; diadems; medals; ornamental lapel pins; tie pins; cufflinks; necklaces in the nature of lanyards, being keycords; key chains, being key chains with trinket or decorative fob; key rings, being split rings with trinket or decorative fob; charms for key rings; decorative key fobs of precious metal; key rings of leather; key rings, not of metal; split rings of precious metal for keys; decorative key fobs of leather; decorative key fobs of imitation leather; charms for key rings; decorative key fobs of common metal; decorative key fobs, not of metal; fancy key holders of precious metal in the nature of key chains; key holders of precious metal in the nature of key chains; key holders of metal in the nature of key chains; key tags of plastic; badges of precious metal; rosaries; paste jewellery, being costume jewellery; hat jewellery; shoe jewellery; shoe jewellery in the nature of ornaments of precious metal; hat jewellery in the nature of hat ornaments of precious metal; jewellery cases, being caskets, not of precious metal; jewellery cases, being caskets; decorative boxes of precious metal; trophies of precious metal; statues of precious metal; figurines, being statuettes, of precious metal; statuettes of precious metal; works of art of precious metal; crucifixes as jewellery; crucifixes of precious metal, other than jewellery; jewellery hat pins; retractable key rings; jewellery charms; charms for bracelets; charms for necklaces; jewellery; clocks; wall clocks; watches; alarm clocks; chronometers; chronographs, being watches; wristwatches; stopwatches; pocket watches; cases being parts of clocks and watches; watch bands; watch straps; watch chains; watch bracelets

CLASS 16: Magazines, being periodicals in the field of fashion and luxury apparel and accessories; printed children's magazines featuring stories, games and learning activities; newspapers; comic strips, being printed matter; newspaper comic strips, being printed matter; pamphlets in the field of fashion and luxury apparel and accessories; pamphlets in the field of entertainment content for children featuring stories, game and learning activities; booklets in the field of fashion and luxury apparel and accessories; periodicals in the field of fashion and luxury apparel and accessories; newsletters in the field of fashion and luxury apparel and accessories; printed publications, namely,

brochures, booklets and teaching materials in the field of fashion and luxury apparel and accessories; posters; handbooks, being manuals, in the field of fashion and luxury apparel and accessories; calendars; catalogues in the field of fashion and luxury apparel and accessories; brochures in the field of fashion and luxury apparel and accessories; information flyers in the field of fashion and luxury apparel and accessories; books in the field of fashion and luxury apparel and accessories; children's activity books featuring stories, games and learning activities; children's books; children's activity books; coloring books; school writing books; school yearbooks; manuals, being handbooks, in the field of fashion and luxury apparel and accessories; address books; children's storybooks; children's books incorporating an audio component; gift wrapping paper; banners of paper; bunting of paper; writing paper; handkerchiefs of paper; bibs of paper; babies' bibs of paper; bibs, sleeved, of paper; towels of paper; table linen of paper; place mats of paper; table runners of paper; table napkins of paper; boxes of paper or cardboard; coasters of paper; hat boxes of cardboard; containers made of cardboard; baggage claim check tags of paper; printed patterns for making clothes; printed sewing patterns; embroidery designs, being patterns printed on paper; printed patterns for dressmaking; printed paper knitting patterns; decorative stickers for helmets; bumper stickers; transfers, being decalcomanias; event albums; sketch books; scratch pads; sketches; architects' models; blueprints; printed photographs; graphic art reproductions; printed art reproductions; works of art of paper; figurines of papier mâché; lithographs; oleographs; occasion cards; cards bearing universal greetings; gift tags of paper; announcement cards, being stationery; invitation cards; postcards; picture cards; stamp albums; photograph stands; photograph albums; stickers, being stationery; sticker albums; photograph mounts of paper or cardboard; bookmarkers; pens, being office requisites; fountain pens; ball-point pens; roller-tip pens; writing pens; felt-tip markers; pencils; pastels, being crayons; crayons; chalks; painting sets for children; drawing brushes; stationery cases; cases of leather specifically adapted for use with printed agendas and weekly planners; drawing sets comprised of pencils and sketch pads; pen boxes; pencil boxes; pen toppers, namely, caps specifically adapted for pens and pen erasers; pencil toppers, namely, erasers; pen cases; pencil cases; penholders; pencil holders; stands for pens and pencils; modelling clay for children; modelling materials and compounds for use by children; document covers; document files; document holders; desk mats; desk top organizers; personal organizers; blank exercise journal books; note books; cube-shaped notebooks; notepads; diaries; agendas; weekly planners, being stationery; agenda covers; weekly planner covers; address booklet covers; photo album covers; book covers; paper creasers, being office requisites, namely, paper creasing machines for office use; folders, being stationery; printed labels of paper or cardboard; labels, not of textile, namely, paper labels, printed address labels, adhesive paper labels; adhesive paper labels, not of textile; paperweights; page holders; pencil sharpeners, electric or non-electric; drawing pads; papers for painting and calligraphy; adhesive bands for stationery or household purposes; adhesive tape dispensers, being office requisites; adhesive tapes for stationery or household purposes; paper knives, being letter openers; paper cutters, being office requisites; rubber erasers; ink erasers; writing board erasers; erasing products, namely, chalk erasers, ink erasers, erasers; correspondence holders; passport holders; holders for checkbooks; stationery-type portfolios; illustration boards; paper ribbons, other than haberdashery or hair decorations; inkstands; clipboards; presentation folders; document portfolios, being stationery; trading cards, other than for games; name badge holders, being office requisites; clips for name badge holders, being office requisites; paper bows, other than haberdashery or hair decorations; paper bags; shopping bags of plastic; shopping bags of paper; bags, being envelopes, pouches, of paper or plastics for merchandise packaging; placards of paper or cardboard; printed advertising boards of paper or cardboard; money clips; typewriters, electric or non-electric; name badges, being office requisites

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings in the nature of furniture trimmings of leather; business card cases; document cases; labels of leather; clothing for pets; collars

for pets; bags for carrying pets; bags, namely, duffle bags, overnight bags; handbags; evening purses, being handbags; mesh shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling luggage sets, being leatherware, comprised of travelling bags; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; briefcase-type leather business folders for conferences; briefcase-type portfolios for conferences; motorized suitcases; baggage tags; tote bags; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying babies; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks; baggage tags of paper

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gabardines, being pants; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; rompers, namely, romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headgear for children, namely, hats, toques and headwear in the nature of caps; footwear for babies and toddlers; headgear for babies and toddlers, namely, hats, knitted caps and headwear in the nature of caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; booties in the nature of footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles

for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; sashes for wear; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, collars, money belts; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes, being clothing; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; adhesive bras; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

CLASS 28: Apparatus for electronic games other than those adapted for use with an external display screen or monitor; video game machines; game apparatus, namely, bases, bats, and balls for playing baseball-like indoor and outdoor games; pocket-sized apparatus for playing video games, namely, hand-held consoles for playing video games; pocket-sized video game machines; pocket-sized electronic amusement game machines; portable games with liquid crystal displays; controllers for game consoles; joysticks for video games; video games consoles; hand-held consoles for playing video games; balls for games; counters, being discs, for games; bladders of balls for games; ring games; conjuring apparatus being magic tricks; roulette wheels; skittles, being games; shuttlecocks; marionettes; kites; kite reels; quoits; toy vehicles; radio-controlled toy vehicles; remote-controlled toy vehicles; toy cars; kaleidoscopes; face masks, being playthings; theatrical masks; play balloons; toy pistols; dolls; dolls' beds; dolls' feeding bottles; dolls' clothes; dolls' houses; dolls' rooms; teddy bears; puzzles; jigsaw puzzles; parlor games; toys, namely, spinning tops, toy mobiles, mobiles for children, crib mobiles, toy building blocks, flying discs, toy scooters, soap bubble making wand and solution sets; rocking horses; dominoes; building games; toy construction kits; playground slides, being playthings; novelty toys for playing jokes; butterfly nets; scale model vehicles; playing cards; cases for playing cards; dice; draughts, being checkers games; draughtboards, being checkerboards for checkers games; backgammon games; checkers, being games; board games; chess games; chess sets; chess pieces; checkerboards; chessboards; mah-jong; bingo cards; playing balls; nets for sports; race tracks, being toys; darts; swimming pools, being play articles; novelties for parties, dances, being party favors, namely, party favors in the nature of small toys, party favors in the nature of crackers and noisemakers, party favor hats, paper party favors; cases for play accessories; snow globes; paper party hats; scratch cards for playing lottery games; toys for pets; toy imitation cosmetics; swimming pool air floats; party novelties, namely, hand-held party poppers, streamers and balloons; toy putty; toy dough; portable games in the nature of electronic games with a liquid crystal display, electronic games for the teaching of children, electronic interactive board games for use with external monitors and musical toys incorporating telecommunication functions; trading cards for games; boomerangs; inflatable toys, namely, inflatable games for swimming pools; play tents; plush toys, namely, plush stuffed character dolls and animals; rubber character toys; animated and non-animated toy figures; stuffed toys and unstuffed toys in the form of plastic character toys; puppets; stuffed puppets; plush toys; stuffed toys; baby and infant rattles, being playthings; rattles for babies; baby rattles incorporating teething rings; musical toys for babies for use in their cot, namely, their crib; baby gyms; plush toys with attached comfort blanket; toys, namely, tricycles for infants and crib mobiles; crib toys; tables for indoor football; tables for table football; tables for table tennis; golf bags, with or without wheels; golf gloves; golf clubs; golf irons; divot repair tools, being golf accessories; billiard cues; pool cue tips; billiard markers; billiard tables; billiard balls; tennis nets; tennis ball throwing apparatus; tennis rackets; rackets for squash and badminton; battledore bats; table tennis rackets; strings for rackets; bowling apparatus and machinery; bags specially designed to hold cricket equipment; hockey sticks; coin-operated billiard tables; grip tapes for rackets; skis; snow skis; edges of skis; ski brakes; ski poles; ski sticks; ski bindings; shaped covers for ski bindings; shaped

covers for skis; bags adapted for skis; sole coverings for skis; seal skins, being coverings for skis; bindings for alpine skis; surf skis; bob-sleighs; discuses for sports; surfboards; sleds, being sports articles; snow sleds for recreational use; sailboards; snowboards; stationary exercise bicycles; bar-bells; appliances for gymnastics; fencing weapons; climbers' harness; mountaineering equipment, namely, ascenders, binding straps being parts of harnesses; paragliders; hang gliders; skateboards; spring boards, being sports articles; twirling batons; bags especially designed for surfboards; harness for sailboards; masts for sailboards; paintball guns, being sports apparatus; surfboard leashes; skipping ropes; batting gloves, being accessories for games; fencing gauntlets; exercise pulleys; exercise benches; jumping ropes; punching bags for boxing; roller skates; in-line roller skates; ice skates; skating boots with skates attached; boxing gloves; baseball gloves; gloves for lacrosse games, namely, lacrosse gloves; snowshoes; swimming belts; swimming rings; swimming kickboards; flippers for swimming; water wings; arm floats for swimming; swimming jackets; inflatable floats for swimming; swim floats for recreational use; floats for swimming; swimming gloves; flippers for diving; swimming webs; webbed gloves for swimming; roller skis; ski sticks for roller skis; ski poles for roller skis; yoga swings; playhouses for children

CLASS 35: Retail and wholesale store services and online retail and wholesale store services featuring detergents, soaps, hair lotions, non-medicated cosmetics and toiletry preparations, non-medicated dentifrices, perfumery, essential oils, cleaning preparations; retail and wholesale store services and online retail and wholesale store services featuring candles, eyeglasses, sunglasses, anti-glare glasses, ski goggles, goggles for use in sport, swimming goggles, eyeglass and sunglass cases, eyeglass and sunglass lenses, eyeglass and sunglass frames; retail and wholesale store services and online retail and wholesale store services featuring eyeglass and sunglass chains, eyeglass and sunglass cords; retail and wholesale store services and online retail and wholesale store services featuring binocular cases, magnifying glass cases, cases adapted for personal computers, cases adapted for hand-held computers, carrying cases adapted for computers, protective cases for tablet computers, cases for laptops, carrying cases for radio pagers, radio cases, cases adapted for cellular phones, protective cases for smartphones, protective cases for electronic book readers, battery charger cases for cellular phones, headphone cases, cases adapted for cameras, cases especially made for photographic apparatus and instruments, protective carrying cases for portable music players, music and video player cases, cases adapted for CD players, cases adapted for DVD players, cases for portable MP3 players, fitted holders in the nature of credit card cases, cases for electronic agenda, covers for tablet computers, covers adapted for cellular phones, protective covers for smartphones, covers for portable MP3 players, covers for electronic agendas, cordless telephone holders, holders and cases for compact discs and DVDs; retail and wholesale store services and online retail and wholesale store services featuring optical prisms and lenses and photographic equipment; retail and wholesale store services and online retail and wholesale store services featuring apparatus and instruments for recording, transmitting, reproducing or processing sound, images or data, recorded and downloadable media, computer software, blank digital or analogue recording and storage media, mechanisms for coin-operated apparatus, calculating devices, computers and computer peripheral devices, diving suits, divers' masks, ear plugs for divers, nose clips for divers and swimmers, gloves for divers, breathing apparatus for underwater swimming; retail and wholesale store services and online retail and wholesale store services featuring apparatus for lighting, lamps, precious metals and their alloys, jewellery, precious and semi-precious stones, horological and chronometric instruments, key rings, key fobs, key cases, key holders, key bags; retail and wholesale store services and online retail and wholesale store services featuring paper and cardboard, printed matter, photographs, stationery and office requisites, adhesives for stationery or household purposes, drawing materials and material for artists, paintbrushes; retail and wholesale store services and online retail and wholesale store services featuring bags, cases and holders being leatherware, leatherware, leather and imitations of leather, animal skins, hides, trunks, travelling bags, umbrellas and parasols, walking sticks, whips, harness, saddlery, collars, leashes and clothing for animals; retail and wholesale store services and online retail and

wholesale store services featuring furniture, mirrors, picture frames, ropes and string, nets, tents and tarpaulins, awnings of textile or synthetic materials, sails, sacks for the transport and storage of materials in bulk; retail and wholesale store services and online retail and wholesale store services featuring textiles and substitutes for textiles, household linen, curtains of textile or plastic, bed throws, table cover, clothing, footwear, headwear; retail and wholesale store services and online retail and wholesale store services featuring lace, braid and embroidery, and haberdashery ribbons and bows, buttons, hooks and eyes, pins and needles, artificial flowers, hair decorations, false hair, carpets, rugs, mats and matting; retail and wholesale store services and online retail and wholesale store services featuring games, toys and playthings, video game apparatus, gymnastic and sporting articles, decorations for Christmas trees, smokers' articles; presentation of goods on communication media, for retail purposes, namely, providing television home shopping services in the field of general consumer merchandise; commercial information and advice for consumers in the choice of products and services; sales promotion for others; outsourcing services, namely, business assistance; procurement services for others, namely, purchasing of fashion and luxury apparel and accessories for other businesses; demonstration of goods; shop window dressing; sponsorship search; business inquiries; business information; administrative processing of purchase orders; business administration services, namely, organization and management of customer loyalty programs; business administration of consumer loyalty programs; auctioneering; commercial administration of the licensing of the goods and services of others; provision of an online marketplace for buyers and sellers of goods and services; organization of fashion shows for promotional purposes; organization of events, exhibitions, trade fairs and fashion shows for commercial, promotional and advertising purposes; organization of trade fairs for commercial or advertising purposes; organization of events for advertising purposes; arranging and conducting of special events for promotional and marketing purposes; event marketing; news clipping services; public relations; online advertising on a computer network; advertising of goods and services on the Internet and by means of mobile telephony services and by electronic mail; bill-posting; rental of advertising space; publicity material rental; dissemination of advertising matter; advertising agency services; modelling for advertising or sales promotion; writing of publicity texts; publication of publicity texts; promoting the sale of fashion goods for third parties through promotional articles in magazines; distribution of samples; distribution and dissemination of advertising materials, namely, leaflets, prospectuses, printed material and samples; promotional services, namely, promotional marketing services using audiovisual media; merchandising services, namely, business merchandising display services; search engine optimization for sales promotion; web site traffic optimization; outdoor advertising; commercial lobbying services; layout services for advertising purposes; business investigations; public opinion polling; targeted marketing; marketing in the framework of software publishing; providing an on-line commercial information directory on the Internet; compiling indexes of information for commercial or advertising purposes; business administrative services for the relocation of employees; business auditing; business management of hotels; promotion of goods and services through sponsorship of sports events; market intelligence services; gift registry services

CLASS 41: Conducting social entertainment events, cultural events, live sports competitions, educational exhibitions, classes and courses in the field of fashion, cosmetics, perfumes, art and entertainment and cultural activities in the nature of cultural shows, special events for social entertainment purposes, entertainment exhibitions in the nature of magic shows and wine festivals; entertainment services in the nature of fashion shows, fashion events in the nature of seminars and conferences in the field of fashion and art exhibitions; entertainment services, namely, organization, production, presentation and conducting of live music concerts, film and music festivals, live music tours, live musical performances and live cultural performances featuring dance, food, and music; organizing cultural events; arranging, namely, organizing, film events for cultural or educational purposes; entertainment services, namely, arranging live musical concerts; arranging, namely, organizing, cultural events; arranging, namely, organizing, sporting events, namely, swimming meet and soccer

competition; arranging live social entertainment events; organization of fashion shows for entertainment purposes; entertainment in the nature of fashion shows; arranging social entertainment events in the nature of award ceremonies and gala evenings for entertainment purposes; party planning for entertainment purposes; organization of live music concerts, fashion shows and exhibitions for entertainment purposes, presentation of live show performances, organization and presentation of sports competitions, live entertainment in the nature of games featuring trivia questions and answers, charades, live music concerts and social entertainment events; organization of balls; organization of exhibitions for cultural purposes; organization of exhibitions for cultural or educational purposes; providing recreation facilities; providing entertainment information, information in the field of education, including information regarding educational training, and information in the fields of sporting and cultural activities; providing entertainment information about entertainment and entertainment events via online networks and the Internet; production of audio and video recordings, production of image recordings on sound and image carriers, providing a website featuring non-downloadable audio recordings featuring music and video recordings featuring animation as well as non-downloadable images in the nature of photographs in the field of fashion, cosmetics, perfumes, art; organization of sporting competitions and other community sporting and cultural events, the proceeds of which are donated to charity; organization of cosplay entertainment events; video editing services for events; electronic desktop publishing services; online digital publishing services; publication of online electronic books and journals; digital video, audio and multimedia entertainment publishing services; publication of fashion magazines for entertainment purposes; news reporter services in the field of fashion; digital multimedia publishing services for publishing material online; electronic desktop publishing; publication of yearbooks; publication of calendars; publication of brochures; publication of newsletters; publication of catalogs; publication of books, magazines and other texts, other than publicity texts; publication of printed matter, also in electronic form, other than for advertising purposes; publication of texts, other than publicity texts; digital audio, video and multimedia publishing services, namely, electronic publication of information on a wide range of topics online; publishing services, namely, music publishing services, digital video, audio and multimedia publishing services; providing online electronic publications, not downloadable, namely, newsletters in the fields of fashion and art; entertainment services, namely, providing non-downloaded pre-recorded digital music from the Internet; providing online non-downloadable videos in the fields of fashion and art; writing of texts, namely, writing of articles for journals other than for advertising or publicity, writing of articles for periodicals other than for advertising or publicity, in the fields of fashion and art; layout services, other than for advertising purposes; arranging of symposiums and training workshops in the fields of fashion and art; arranging and conducting of educational conferences, conventions, educational exhibitions, classes, lectures, seminars and training workshops in the fields of fashion and art; provision of training courses in the fields of fashion and art; providing of training via a global computer network in the fields of fashion and art; conducting of instructional, educational and training courses for young people and adults in the fields of fashion and art; conducting of training workshops in the fields of fashion and art; conducting of educational courses in the fields of fashion and art; training services in the field of retail management; training services in the field of sales; training services in the field of logistics; training services in the field of project management; education services, namely, providing tutoring in the field of management; coaching in economic and management matters; training services in the field of information technology; information technology training services; training services in the field of computer software development; training in the field of interior and fashion design; training in fakes reconnaissance for fighting counterfeiting; conducting of training courses in the field of technology and innovation; educational training in the field of electronic data processing; educational training in the field of nature conservation and the environment; training services in the nature of coaching in the field of fashion design; business training; vocational skills training in the fields of fashion and art; vocational guidance, being education or training advice, in the fields of fashion and art; educational services, namely, conducting higher education, academic, linguistic and vocational training

classes in the fields of fashion and art; training in the field of contracts, namely, know-how transfer clauses; photography; photographic reporting; health clubs for physical exercise featuring health and fitness training; night club services featuring entertainment; organization of sports events and competitions, namely, swim meets, soccer competitions, tennis tournaments, golf tournaments, football games, baseball games, sports car races, track and field events; providing golf facilities; providing physical education, online computer games and sporting facilities; providing sports facilities; games equipment rental; organization of live educational demonstrations, exhibitions for entertainment purposes, cultural events and sporting competitions; arranging of beauty contests; providing recreational areas in the nature of play areas for children; providing after school educational programs with an entertainment aspect in the fields of fashion and art, the foregoing for children in after-school centers; modelling for artists; ticket reservation and booking services for entertainment, sporting and cultural events; ticket agency services for fashion and entertainment events

CLASS 42: Dress designing; design of fashion accessories, namely, jewelry and handbags; fashion design, namely, design of clothing; footwear design; clothing design; design of headwear; jewellery and imitation jewellery design; providing technical design-related information about fashion design services; styling, being industrial design; industrial and graphic art design; graphic illustration services; architectural consultancy; interior decoration consultancy; interior design; design of interior decor; commercial art design; packaging design; business card design; computer-aided graphic design; providing temporary use of on-line, nondownloadable software applications and software tools that enable users to design clothing and accessories in the fields of fashion and art; providing temporary use of on-line, non-downloadable software applications accessible via a web site that enable users to design clothing and accessories in the fields of fashion and art; providing temporary use of on-line, non-downloadable business software that enable users to design clothing and accessories in the fields of fashion and art; providing temporary use of on-line non-downloadable software for importing and managing data; computer system design; design and development of electronic databases; computer hardware and software design, namely, design and development of computer systems for data input, output, processing, display and storage; data encryption and decoding services; design, maintenance, rental and updating of computer software; design, updating and rental of computer software; installation, , repair, upgrading and maintenance, including fault diagnosis and configuration, of computer software; design and development of computer software for reading, transmitting and organizing data; design, development, maintenance and updating of computer software for word processing, data processing and industrial process control; rental of computer software; data security consultancy; Internet security consultancy; consultancy in the design and development of computer hardware; outsource service providers in the field of information technology; quality control of goods and services; quality control of partly manufactured goods; quality control testing of clothing and accessories; inspection of clothing and accessories for quality control; quality control of goods and services, namely, conducting of quality control tests; product quality testing; testing, analysis and evaluation of the clothing and accessories manufacturing process of others to determine conformity with certification standards; quality control services of goods and services for certification purposes; testing, analysis and evaluation services for determining conformity with certifications of quality or standards; quality control of the goods of others, namely, technical testing in the field of fashion apparel and accessories and associated quality control services; quality control of goods, namely, testing in the field of fashion apparel and accessories and consultancy in the field of the foregoing; quality assurance consultancy in the fields of fashion and art; quality assurance services, namely, technological process monitoring for quality assurance in the fields of fashion and art; consumer product safety testing; testing of raw materials; textile testing; testing the goods of others to determine conformity with certification standards and quality control of goods and services; technological research and in the fields of fashion and art; conducting of feasibility studies in the field of new technologies in the fields of fashion and art; development of new technology, advanced learning technologies and teaching methods for others, namely, development of

measuring and testing methods in the fields of fashion and art; surveying; scientific and technological services, namely, technological analysis and evaluation of product development in the field of fashion, art; research services for the development of new products; development of new technology for others in the fields of fashion and art

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-19-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1572871 DATED 09-04-2020, EXPIRES 09-04-2030

SER. NO. 79-303,150, FILED 09-04-2020

# United States of America

## United States Patent and Trademark Office

# MONCLER LIANE

**Reg. No. 6,726,827**

**Registered May 24, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 MILANO
ITALY

CLASS 25: Down jackets

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-27-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1589955 DATED 03-18-2021, EXPIRES 03-18-2031

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 79-310,307, FILED 03-18-2021



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# MONCLER DANIEL

**Reg. No. 6,726,830**

**Registered May 24, 2022**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 MILANO
ITALY

CLASS 25: Jackets being clothing; sleeved or sleeveless jackets; heavy jackets; lightweight jackets being clothing; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; stuff jackets being clothing; down jackets being clothing; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; ponchos; outer clothing, namely, outerwear in the nature of coats, hats, gloves, and outer jackets; waterproof clothing, namely, waterproof pants, jackets, and footwear; clothing for children, namely shirts, pants and jackets; articles of clothing, footwear and headwear for babies and toddlers, namely shirts, pants, shoes and hats; padded sleepsuits for babies; down padded sleepsuits for babies

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1590265 DATED 03-16-2021, EXPIRES 03-16-2031

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 79-310,514, FILED 03-16-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# PROMYX

**Reg. No. 7,064,321**

**Registered May 30, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
I-20144 MILANO
ITALY

CLASS 25: Clothing, namely, jackets, lightweight jackets, stuffed jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters; aprons, ski masks, gabardines in the nature of pants; sleeved or sleeveless jackets; heavy jackets; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shirts, shorts, jackets, shoes, headwear, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps, cleats and shirts; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely, caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being underwear; cloth bibs; cloth bibs, sleeved; layettes, being clothing; padded sleepsuits for babies, down padded sleepsuits for babies; baby bodysuits; snap crotch shirts for infants and toddlers; socks; stockings; tights; sports socks; pantyhose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots;

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards, gloves, muffs, belts, money belts and collars; neckties; bow ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; mittens; ski gloves; snowboard gloves; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; boas, being necklets; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; adhesive bras; corsets, being underclothing; bodices, being lingerie; girdles; teddies, being underclothing; sleep masks; headwear, namely, caps, visors; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 04-20-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1632239 DATED 09-27-2021, EXPIRES 09-27-2031

SER. NO. 79-328,094, FILED 09-27-2021

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,233,824**

**Registered Dec. 05, 2023**

**Int. Cl.: 18, 24, 25**

**Trademark**

**Principal Register**

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
MILANO, ITALY 20144

CLASS 18: Card cases, being notecases; credit card cases, being wallets; calling card cases; business card cases; document cases; leather address hang-tags; clothing for pets; collars for pets; bags for carrying pets; handbags; evening handbags; mesh shopping bags, reusable shopping bags, wheeled shopping bags, textile shopping bags; leather shopping bags; duffel bags; waist bags; Boston bags; shoulder bags; travelling bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; keycases; key bags; key wallets; backpacks; briefcases; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all purpose sports bags; tote bags; knapsacks; rucksacks; haversacks; suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel, not of paper or cardboard; hat boxes of leather; leather key cases; leather shoulder belts; leather pouches; travelling sets, namely, bags being leatherware; travelling bags of leather; sling bags for carrying infants; pouch baby carriers; umbrellas

CLASS 24: Baby sleeping bags in the form of a sack without individual legs

CLASS 25: Jackets, being clothing; sleeved or sleeveless jackets; heavy jackets; light jackets, being clothing; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; windresistant jackets; waterproof jackets; stuff jackets, being clothing; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; jerseys, being clothing; sports jerseys; trousers; ski trousers; snowboard pants; ski pants; shorts; Bermuda shorts;

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



jeans; skirts; overalls; track suits; ski suits; snowboard suits; suits; dresses; leggings, being leg warmers; readymade clothing, namely, shirts, tops and dresses; knitwear, being clothing, namely, tops, scarves and hats; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; furs, being clothing; waterproof clothing, namely, pants, shirts, shorts and dresses; pants; pelerines; rompers; leotards; slacks; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; ski masks, being clothing; swimsuits; children's clothing, namely, pants, shirts, shorts and dresses; children's footwear; socks; stockings; tights; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip flops, being footwear; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; scarves; cloaks; shawls; stoles; fur stoles; foulards, being clothing articles; neckwear; pocket squares; clothing, namely, gloves, muffs, mittens; ski gloves and snowboard gloves; clothing, namely, belts and money belts; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; collars, being clothing; underwear; underpants; pyjamas; dressing gowns; nightgowns; headwear; children's headwear; infants' headwear; headbands, being clothing; ear muffs, being clothing

OWNER OF ITALY , REG. NO. 0001656470, DATED 11-23-2015, EXPIRES 01-20-2025

OWNER OF ITALY , REG. NO. 0001656470, DATED 11-23-2015, EXPIRES 01-20-2025

OWNER OF ITALY , REG. NO. 0001656470, DATED 11-23-2015, EXPIRES 01-20-2025

The mark consists of a sign depicting a fancy graphic image constituted by two stylized isosceles triangles side-by-side, with the vertex pointing upwards, intersecting partially with each other, the base and the sides variously interrupted.

SER. NO. 97-550,289, FILED 08-16-2022

# United States of America
## United States Patent and Trademark Office

# MONCLER

**Reg. No. 7,516,207**
**Registered Sep. 24, 2024**
**Int. Cl.: 14, 18, 25**
**Trademark**
**Principal Register**

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
Via Stendhal, 47
Milano, ITALY 20144

CLASS 14: (Based on Use in Commerce) Fancy keyrings of precious metals; precious metal key chains; precious metal key holders being key chains; precious metal key rings, comprised of split rings with decorative trinkets or fobs; watches; chronographs as watches; wristwatches; (Based on 44(e)) imitation jewelry; costume jewelry; jewelry and imitation jewelry, namely, trinkets being bracelet charms, charms, threads of precious metal, bracelets, necklaces, lockets, chains, rings, brooches, medallions, medals, pins, amulets; earrings; diadems of precious metal; ornamental pins of precious metal, namely, ornamental lapel pins; tie pins of precious metal; pendants; cuff links of precious metal; badges of precious metal; jewelry cases, being caskets of precious metal; shoe ornaments in the nature of jewelry, of precious metal; hat ornaments in the nature of jewelry, of precious metal; decorative boxes made of precious metal; trophies of precious metal; statues of precious metal; figurines, being statuettes, of precious metal; statuettes of precious metal; works of art of precious metal; children jewellery, namely, trinkets being bracelet charms, charms, bracelets, necklaces, lockets, chains, rings, brooches, medallions, medals, amulets, earrings; clocks; wall clocks; alarm clocks; chronometers; stopwatches; pocket watches; cases being parts of clocks and watches; jewelry cases, being caskets of precious metal; watch bands; watch straps; watch chains; watch bracelets

FIRST USE 11-14-2023; IN COMMERCE 11-14-2023

CLASS 18: (Based on Use in Commerce) Credit card cases, being wallets; calling card cases; business card cases; handbags; evening handbags; shopping bags, namely, canvas shopping bags, textile shopping bags; duffel bags; waist bags; shoulder bags; clutch bags; purses; wallets; pocket wallets; backpacks; luggage; tote bags; knapsacks; rucksacks; suitcases; traveling bags; all-purpose carrying bags; clothing for pets; collars for pets; bags for carrying animals; (Based on 44(e)) boxes of leather or leatherboard; cases, of leather or leatherboard; leather straps; card cases, being notecases, namely, calling card cases of leather or imitation leather; leather for furniture; document cases of leather or imitation leather; leather address hang-tags, namely, luggage tags; leather, unworked or semi-worked; moleskin, being imitation of leather in the nature of imitation leather sold in bulk; fur-skins, namely, fur pelts; raw animal skins; fur pelts; animal skins; animal hides; leather shopping bags, reusable leather or imitation leather

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



shopping bags, shopping bags made of leather skin; leather shopping bags, leather or imitation leather barrel bags; leather or imitation leather Boston bags; traveling trunks; leather or imitation leather beach bags; leather or imitation leather attaché cases; leather or imitation leather school bags; leather or imitation leather school satchels; leather or imitation leather schoolchildren's backpacks; leather or imitation leather bags for sports; garment bags for travel; leather or imitation leather coin purses; leather or imitation leather carrying cases for documents; leather or imitation leather keycases; leather or imitation leather key bags; leather or imitation leather key wallets; leather or imitation leather briefcases; leather or imitation leather pouches for holding make-up, keys and other personal items; leather or imitation leather shoe bags for travel; leather or imitation leather all purpose sports bags; leather or imitation leather haversacks; trunks, being luggage; leather or imitation leather vanity cases, not fitted; leather or imitation leather hat boxes for travel not of paper or cardboard; hat boxes of leather; leather key cases; leather shoulder belts; leather pouches; leatherware, namely, traveling sets consisting of suitcase, briefcases, empty toiletry cases; traveling bags of leather; leather or imitation leather sling bags for carrying infants; leather or imitation leather pouch baby carriers; leather or imitation leather backpacks for carrying babies; leather or imitation leather tie cases; leather or imitation leather luggage tags; leather or imitation leather toiletry bags sold empty; leather or imitation leather carrying cases; traveling cases of leather or imitation leather; leather or imitation leather cosmetic cases sold empty; umbrellas; parasols; walking sticks; whips; mountaineering sticks for walking; canes; harness fittings of leather or imitation leather; harness; saddlery

FIRST USE 10-14-2011; IN COMMERCE 10-14-2011

CLASS 25: (Based on Use in Commerce) Jackets, being clothing; sleeved or sleeveless jackets; heavy jackets; lightweight jackets, being clothing; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; waterproof jackets; stuff jackets, being clothing; down jackets; sleeveless down jackets; sports jackets; ski jackets; long jackets; anoraks; down anoraks; parkas; down parkas; coats; cardigans; pullovers; shirts; T-shirts; polo shirts; sweatshirts; sweaters; jumpers, being pullovers; trousers; ski trousers; ski pants; shorts; Bermuda shorts; jeans; skirts; ski suits; dresses; ready-made clothing, namely, shirts, tops and dresses; tops, being clothing; knitwear, being clothing, namely, tops, scarves and hats; pants; ski masks, being clothing; baby tops; baby bottoms; socks; shoes; after ski footwear; sneakers; sandals; boots; after ski boots; scarves; clothing, namely, gloves, mittens; vests; headwear; headbands, being clothing; leggings, being trousers; leggings, being leg warmers; beach clothes, namely, swim shorts; bathing trunks; children's clothing, namely, pants, shirts, shorts and dresses; children's footwear; children's headwear, namely, hats, caps; articles of clothing, footwear and headwear for babies and toddlers, namely, hats, shoes, sweaters, pants, shirts, and dresses; bibs, not of paper; sleepsuits in the nature of infant sleepers without individual legs; baby body suits; foulards, being clothing articles; neckwear; (Based on 44(e)) wind-resistant jackets; snowboard jackets; windcheaters; ski windcheaters; snowboard windcheaters; fur jackets; waistcoats; waistcoats with removable lining; overcoats; fur coats; raincoats; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; jerseys, being clothing; sports jerseys; snowboard pants; overalls; track suits; snowboard suits; suits; gowns; blazers; twinsets; dungarees; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts and dresses; furs, being clothing, namely, fur coats and jackets; waterproof clothing, namely, pants, shirts, shorts and dresses; pelerines; rompers; leotards; slacks; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants and shirts; cuffs; eyeshades, being clothing in the nature of headwear; bathing caps; swimming caps; bathing suits and swimming costumes; swimsuits; bathing drawers; bikinis; bath robes; pareus; bathing costumes; shorts babies' pants, being clothing; layettes, being clothing; stockings; tights; pantyhose; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; footwear for snowboarding; rain footwear; slippers; bath slippers; bath sandals; flip flops, being footwear; half-boots; lace boots; rain boots; ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; dance shoes; golf shoes; climbing boots;

cloaks; shawls; stoles; fur stoles; pocket squares; muffs, ski gloves; snowboard gloves; clothing, namely, belts and money belts; braces for clothing, being suspenders; suspenders; waistbands, being parts of clothing; sashes for wear; underwear, underpants; pajamas; dressing gowns; nightgowns; lingerie; ear muffs, being clothing

FIRST USE 10-14-2011; IN COMMERCE 10-14-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF ITALY , REG. NO. 0001053205, DATED 06-24-2007, EXPIRES 04-11-2027

SER. NO. 98-335,383, FILED 12-29-2023

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,370,214

# United States Patent and Trademark Office    Registered Nov. 12, 1985

## TRADEMARK
### PRINCIPAL REGISTER



C.P. COMPANY S.P.A. (ITALY CORPORATION)
VIA CONFINE
RAVARINO, MODENA, ITALY

FOR: MEN'S AND WOMEN'S CLOTHING; NAMELY, SHIRTS, T-SHIRTS, BLOUSES, PANTS, TROUSERS, BERMUDA SHORTS, COATS, JACKETS, OVERCOATS, RAINCOATS, WAISTCOATS, SWEATERS, CARDIGANS, PULLOVERS, JERSEYS AND SKIRTS, IN CLASS 25 (U.S. CL. 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. 21748C/83, FILED 9–30–1983, REG. NO. 337992, DATED 11–21–1984, EXPIRES 9–30–2003.

SER. NO. 459,580, FILED 1–4–1984.

JUDITH BECKER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,706,733

Registered Apr. 15, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## STONE ISLAND

SPORTSWEAR COMPANY - S.P.A. (ITALY JOINT STOCK COMPANY)
GALLERIA CAVOUR 4
BOLOGNA, ITALY

FOR: CLOTHING ARTICLES, NAMELY, OVER-ALLS, HOSIERY, KNIT SHIRTS, TOPS, BATHING TRUNKS, TURTLENECKS, PULLOVERS, GLOVES, CARDIGANS, JERSEYS, SWEATERS, SOCKS, STOCKINGS, TIGHTS, TROUSERS, LEGGINGS, SKIRTS, JACKETS, JERKINS, SHIRTS, VESTS, WAISTCOATS, JUMPERS, TRACK SUITS, BLOU-SES, BLOUSONS, JEANS, SWEAT PANTS, GYM SUITS, KNICKERS, PANTS, SHORTS, T-SHIRTS, SWEAT-SHIRTS, SUITS AND DRESSES, OVER-COATS, ANORAKS, COATS, RAINCOATS, BELTS, LOUNGEWEAR, UNDERWEAR, BEACHWEAR, SLEEPWEAR; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1982; IN COMMERCE 3-15-1983.

OWNER OF U.S. REG. NOS. 1,367,726 AND 1,370,214.

SER. NO. 76-399,063, FILED 4-12-2002.

SONYA STEPHENS, EXAMINING ATTORNEY

Int. Cls.: 9 and 18

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 36, 38 and 41

Reg. No. 3,496,280

United States Patent and Trademark Office

Registered Sep. 2, 2008

## TRADEMARK
## PRINCIPAL REGISTER



SPORTSWEAR COMPANY - S.P.A.; (IN SIGLA SPW S.P.A.) (ITALY JOINT STOCK COMPANY)
GALLERIA CAVOUR, 4
I-40124 BOLOGNA
ITALY

FOR: EYEGLASSES; SUNGLASSES; GOGGLES FOR SPORT; EYEGLASS CASES; RIMS FOR EYEGLASS LENSES, BEING PARTS OF EYEGLASS FRAMES; EYEGLASS LENSES; EYEGLASS FRAMES; EYEGLASS CHAINS; EYEGLASS CORDS; PINCE-NEZ; PINCE-NEZ CASES; PINCE-NEZ CHAINS; PINCE-NEZ CORDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: HANDBAGS; LUGGAGE; SHOULDER BAGS; BEACH BAGS; CLUTCH BAGS; ALL PURPOSE SPORTS BAGS; ATTACHE CASES; SCHOOL BAGS; TOTE BAGS; TRAVELLING BAGS; CASES OF LEATHER OR IMITATION LEATHER; CARD CASES, BEING NOTECASES, OF LEATHER OR IMITATION LEATHER; DOCUMENT CASES, BEING FOLDERS, OF LEATHER OR IMITATION LEATHER; COSMETIC CASES SOLD EMPTY; KEYCASES; KNAPSACKS; RUCKSACKS; BRIEFCASES; PURSES; WALLETS; TRAVELLING TRUNKS; SUITCASES; UMBRELLAS; PARASOLS; WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY DATE OF 3-17-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0899955 DATED 6-1-2006, EXPIRES 6-1-2016.

THE MARK CONSISTS OF A SIGN DEPICTING THE WORDING "STONE ISLAND" IN FANCY CHARACTERS, ABOVE WHICH A FOUR-POINTED FIGURE EVOKING A WINDROSE IN PLACED.

SER. NO. 79-975,038, FILED 6-1-2006.

JOSETTE BEVERLY, EXAMINING ATTORNEY

Int. Cls.: 3, 9, 14 and 18

Prior U.S. Cls.: 1, 2, 3, 4, 6, 21, 22, 23, 26, 27, 28, 36, 38, 41, 50, 51 and 52

Reg. No. 3,520,867

**United States Patent and Trademark Office**    Registered Oct. 21, 2008

## TRADEMARK
### PRINCIPAL REGISTER



SPORTSWEAR COMPANY S.P.A.; (IN SIGLA SPW S.P.A.) (ITALY JOINT STOCK COMPANY)
GALLERIA CAVOUR, 4
I-40124 BOLOGNA
ITALY

FOR: PERFUMES; TOILET WATER; PERSONAL DEODORANTS; ESSENTIAL OILS FOR PERSONAL USE; BODY LOTIONS; SHOWER GEL; BUBBLE BATH; BATH OILS; BATH PEARLS; SKIN SOAPS; SHAVING BALMS; SHAVING CREAM; AFTER-SHAVE LOTIONS; COSMETIC PENCILS; FOUNDA-TION MAKE-UP; FACE POWDERS; TALCUM POWDER; ROUGES; LIPSTICKS; MASCARAS; SKIN CLEANSING CREAMS; SKIN CLEANSING LO-TIONS; SUN SCREEN PREPARATION; NAIL POL-ISH; BEAUTY MASKS; FACIAL SCRUBS; FACE CREAMS; BODY CREAMS; HAIR SHAMPOOS; HAIR SPRAYS; HAIR LOTIONS; DENTIFRICES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: EYEGLASSES; SUNGLASSES; RIM FOR EYEGLASS LENSES, BEING PARTS OF EYEGLASS FRAMES; EYEGLASS LENSES; EYEGLASS FRAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BOXES OF PRECIOUS METAL; PURSES OF PRECIOUS METAL; JEWEL CASES OF PRECIOUS METAL; ORNAMENTAL PINS; JEWELRY ARTI-CLES, NAMELY, BROOCHES, NECKLACES, BRA-CELETS, CHAINS, TIE CLIPS, RINGS, MEDALLIONS, EARRINGS, PENDANTS, DIA-DEMS, CUFF LINKS; WATCHES; CLOCKS; CHRONOMETERS; CLOCK CASES; WRISTWAT-CHES; ALARM CLOCKS; WATCH STRAPS; WATCH BANDS; WATCH CHAINS; WATCH GLASSES; WATCH SPRINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: HANDBAGS; LUGGAGE; SHOULDER BAGS; BEACH BAGS; CLUTCH BAGS; ALL PUR-POSE SPORTS BAGS; ATTACHE CASES; SCHOOL BAGS; TOTE BAGS; TRAVELING BAGS; CASES OF LEATHER OR IMITATION LEATHER; CREDIT CARD CASES OF LEATHER OR IMITATION LEA-THER; DOCUMENTS BRIEFCASES OF LEATHER OR IMITATION LEATHER; COSMETIC CASES SOLD EMPTY; KEYCASES; KNAPSACKS; RUCK-SACKS; BRIEFCASES; PURSES; WALLETS; TRA-VELING TRUNKS; SUITCASES; UMBRELLAS; PARASOLS; WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

OWNER OF INTERNATIONAL REGISTRATION 0510222 DATED 2-13-1987, EXPIRES 2-13-2017.

SER. NO. 79-046,183, FILED 5-21-2007.

STEPHANIE ALI, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,707,866**

**Registered Nov. 10, 2009**

**Amended July 3, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SPORTSWEAR COMPANY - S.P.A.; (IN SIGLA SPW S.P.A.) (ITALY JOINT STOCK COMPANY)
GALLERIA CAVOUR, 4
BOLOGNA, ITALY

FOR: PULLOVERS; GLOVES; CARDIGANS; JERSEYS; NECKWEAR; SWEATERS; TROUSERS; JACKETS; JERKINS; SHIRTS; WAISTCOATS; JUMPERS; TRACK-SUITS; BLOUSONS; JEANS; SWEAT PANTS; KNICKERS; PANTS; SHORTS; T-SHIRTS; SWEAT-SHIRTS; SUITS; OVERCOATS; COATS; RAINCOATS; BELTS; SUSPENDERS; LOUN-GEWEAR; BEACHWEAR; [ FOOTWEAR;] HEADWEAR; SOCKS; STOCKINGS; TIGHTS; LEGGINGS; SKIRTS; VESTS; BLOUSES; GYM SUITS; DRESSES; UNDERWEAR; SLEEP-WEAR; HOSIERY, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2001; IN COMMERCE 12-31-2001.

OWNER OF ITALY REG. NO. 1010075, DATED 6-1-2006.

OWNER OF U.S. REG. NOS. 1,370,214, 2,706,733 AND 3,449,724.

SER. NO. 77-623,568, FILED 12-1-2008.



*Director of the United States Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,305,496**

**Registered Mar. 19, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SPORTSWEAR COMPANY - S.P.A.; (IN SHORT SPW S.P.A.) (ITALY JOINT STOCK COMPANY)
GALLERIA CAVOUR, 4
BOLOGNA, ITALY

FOR: (BASED ON USE IN COMMERCE) BEACHWEAR, HEADWEAR, FOOTWEAR, JEANS, PULLOVERS, CARDIGANS, JERSEYS, SWEATERS, JACKETS, JERKINS, SHIRTS, WAISTCOATS, JUMPERS, TRACK SUITS, BLOUSONS, PANTS, T-SHIRTS, SWEAT-SHIRTS, OVERCOATS, COATS, ANORAKS, RAINCOATS, TROUSERS, SWEAT PANTS, SHORTS AND LOUNGEWEAR, GLOVES, VESTS AND BELTS (BASED ON 44(E) KNICKERS, NECKWEAR, SOCKS, STOCKINGS, TIGHTS, LEGGINGS, SKIRTS, BLOUSES, GYM SUITS, SUITS AND DRESSES, UNDERWEAR, SLEEPWEAR, HOSIERY, SUSPENDERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-4-2006; IN COMMERCE 3-31-2009.

OWNER OF ITALY REG. NO. 1099317, DATED 3-6-2008, EXPIRES 3-6-2018.

OWNER OF U.S. REG. NOS. 1,370,214, 3,619,604, AND OTHERS.

THE MARK CONSISTS OF THE WORD "STONE ISLAND", BOTH ABOVE AND BELOW A STYLIZED COMPASS DESIGN.

SN 77-737,675, FILED 5-15-2009.

PATRICIA EVANKO, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



Reg. No. 4,500,017

Registered Mar. 25, 2014

Int. Cl.: 25

**TRADEMARK**

**PRINCIPAL REGISTER**

SPORTSWEAR COMPANY - S.P.A. (IN SIGLA SPW S.P.A.) (ITALY JOINT STOCK COMPANY)
GALLERIA CAVOUR, 4
I-40124 BOLOGNA, ITALY

FOR: BATHING SUITS; GLOVES BEING CLOTHING; CARDIGANS; JERSEYS BEING CLOTHING; SWEATERS; TROUSERS; WOOLEN TROUSERS; TRICOT TROUSERS; PADDED TROUSERS; LEGGINGS BEING TROUSERS; LEGWARMERS; SLIM PANTS; JACKETS BEING CLOTHING; HEAVY JACKETS; LIGHT-WEIGHT JACKETS; HEAVY JACKETS WITH REMOVABLE LINING; JERKINS WITH REMOVABLE LINING; SHIRTS; SPORT SHIRTS; CLOTHING FOR GYMNASTICS, NAMELY, GYM SUITS; DRESS SHIRTS; POLO SHIRTS; BABIES' UNDERSHIRTS; VESTS; WAISTCOATS; WAISTCOATS WITH REMOVABLE LINING; KNITTED WAISTCOATS; JUMPERS; TRACK SUITS; DUNGAREES; BLOUSES; JEANS; SWEAT PANTS; BOXER SHORTS; BERMUDA SHORTS; SHORTS; T-SHIRTS; SWEATSHIRTS; SUITS; WINDCHEATERS; OVERCOATS; ANORAKS; COATS; RAINCOATS; BELTS BEING CLOTHING; HATS; CAPS BEING HEADWEAR; BERETS; BANDANAS BEING NECKERCHIEFS; SUN VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF U.S. REG. NOS. 3,496,280, 4,305,496 AND OTHERS.

OWNER OF INTERNATIONAL REGISTRATION 1162207 DATED 9-13-2012, EXPIRES 9-13-2022.

THE MARK CONSISTS OF A SIGN COMPOSED OF AN ILLUSTRATION OF A FOUR-POINTED STAR, EACH POINT BEING DIVIDED INTO TWO TRIANGULAR SECTORS OF LONGITUDINAL EXTENSION SPECULAR ONE WITH THE OTHER, THIS ILLUSTRATION RESEMBLING A WIND ROSE.

SER. NO. 79-130,917, FILED 9-13-2012.

JOANNA DUKOVCIC, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,706,359**

**Registered Mar. 26, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

SPORTSWEAR COMPANY - S.P.A. (IN SIGLA SPW S.P.A.)  (ITALY JOINT STOCK COMPANY)
Galleria Cavour, 4
I-40124 Bologna, ITALY

CLASS 25: Jackets, being clothing; sleeved or sleeveless jackets; heavy jackets; lightweight jackets, being clothing; bomber jackets; reversible jackets; rain jackets; leather jackets; padded jackets; wind-resistant jackets; waterproof jackets; stuff jackets, being clothing; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; blousons; sweatshirts; sweaters; ski sweaters; jumpers, being pullovers; jerseys, being clothing; sports jerseys; trousers; woolen trousers; tricot trousers; padded trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; working overalls; clothing for gymnastics, namely, track suits; jogging suits; jogging suit trousers; training suits; track suits; ski suits; snowboard suits; suits; knitted dresses; tricot dresses; evening dresses; gowns; blazers; formal wear, namely, dresses, gowns, tuxedos, dinner jackets, trousers and footwear; wristbands, being clothing; headbands, being clothing; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, suits, blazers; outer clothing, namely, jackets, overcoats, pants; tops, being clothing; tank-tops; knitwear, being clothing, namely, sweaters; hosiery; clothing of leather or imitations of leather, namely, jackets, overcoats; furs, being clothing; waterproof clothing, namely, jackets; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; gabardines, being clothing; slacks; tunics; school uniforms; athletic uniforms; golf clothing, other than gloves, namely, hats, polo shirts, socks, pants, windbreakers; cuffs; aprons, being clothing; smocks; bathing suits; beach cover-ups; beach clothes, namely, shorts, swim trunks; swimming costumes; swimsuits; bathing drawers as clothing; bathing trunks; bath robes; pareus; sarongs; babies' pants, being clothing; baby sleepwear; socks; stockings; tights; sports socks; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; clogs; galoshes; gaiters; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; foulards, being clothing articles; neckties; bow-ties; ascots; neckerchiefs; neck warmers being clothing; gloves, being clothing; muffs, being clothing; mittens; ski gloves; snowboard gloves; belts, being clothing; waistbands, being parts of clothing; money belts, being clothing; sashes for wear; boas, being necklets; collars, being clothing; mufflers, being neck scarves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; vests; caps, being headwear; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing; visors, being headwear

The mark consists of a rectangular horizontal figure with a dashed-line perimeter, containing two identical concentric circular designs positioned respectively at the left and right end of the aforementioned figure and side by side. Each circular design has the wording "STONE ISLAND" in stylized characters in a circular direction and with each word located



Director of the United States
Patent and Trademark Office

respectively in the upper and lower part of the circle. In each circle, in between the "STONE" at the top and "ISLAND" at the bottom are two four pointed stars in each circle. The innermost circle has a stylized cross design at the center.

OWNER OF INTERNATIONAL REGISTRATION 1421513 DATED 01-24-2018, EXPIRES 01-24-2028

SER. NO. 79-240,180, FILED 01-24-2018

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,958,392**

**Registered Jan. 14, 2020**

**Int. Cl.: 18, 25**

**Trademark**

**Principal Register**

SPORTSWEAR COMPANY - S.P.A. (IN SIGLA SPW S.P.A.) (ITALY JOINT STOCK COMPANY)
Galleria Cavour, 4
I-40124 Bologna
ITALY

CLASS 18: Luggage; shoulder bags; beach bags; all purpose sports bags; attaché cases; school bags; tote bags; traveling bags; cases of leather or imitation leather; credit card cases of leather or imitation leather; document briefcases of leather or imitation leather; key cases; knapsacks; rucksacks; briefcases; wallets; suitcases

CLASS 25: Beachwear; jeans; pullovers; cardigans; jerseys; sweaters; jackets, being clothing; shirts; waistcoats; jumpers; track suits; blousons; pants; T-shirts; sweat shirts; overcoats; coats; anoraks; raincoats; trousers; sweat pants; shorts; loungewear; vests; belts being clothing; knickers; neckwear; socks; blouses; gym suits; suits and dresses; underwear; footwear; headwear

The mark consists of a sign constituted by a substantially rectangular figure extended horizontally, containing two identical circular crowns positioned respectively in the left and right ends of the aforementioned figure and flanking each other, each crown having impressed on it the wording "STONE ISLAND" in fancy characters with a generally circular progression and with each word located respectively in the upper and lower portion of each crown, between said verbal expressions there being interposed, to the left and right of the internal space of the crown, two small highly stylized compass rose figures, the innermost circle of each crown having a cruciform figure inserted at the center, the aforementioned crowns partially overlapping on two small rectangular figures extended horizontally with the respective ends protruding from each crown at right and left so as to evoke a buttonhole with button.

PRIORITY DATE OF 01-16-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1478344 DATED 04-05-2019, EXPIRES 04-05-2029

SER. NO. 79-263,541, FILED 04-05-2019

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,282,623**

**Registered Jan. 23, 2024**

**Int. Cl.: 9, 18, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

MONCLER S.P.A.  (ITALY JOINT STOCK COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; optical correcting lenses; contact lenses; containers for contact lenses; ski goggles; spectacle cases; optical lenses; binoculars; binocular cases; monocles; telescopes; optical prisms for optics purposes; magnifying glasses; magnifying glass cases; smartglasses; 3D spectacles; downloadable electronic game software for cellular phones; downloadable electronic game software for hand held electronic devices; computer game software, recorded; downloadable computer game programs; computer software, recorded, for playing video games; computer programs, downloadable, for playing video and computer games; blank floppy computer disks; computer software platforms, recorded and downloadable, for playing video games; downloadable graphics for mobile phones; computer screen saver software, recorded and downloadable; computer game software, downloadable; headsets for playing video games; head-mounted video displays; personal computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; carrying cases adapted for computers; tablet computers; protective cases for tablet computers; covers for tablet computers; laptop computers; protective cases for laptops; bags adapted for laptops; sleeves for laptops; docking stations for laptops; wrist rests for use with computers; computer mice; mouse pads; computer keyboards; document printers for use with computers; computer peripheral devices; monitors, being computer hardware; carrying cases for radio pagers; protective cases adapted for radios; radios; mobile phones; lanyards, being straps, for cellular phones; covers adapted for cellular phones; cases adapted for cellular phones; antennas for cellular phones; cellular phones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic pagers; electronic book readers; protective cases for electronic book readers; cordless telephones; holders specially adapted for cordless telephones; telephone receivers; telephone apparatus; video telephones; cell phone straps; batteries for cellular phones; microphones for cellular phones; loudspeakers for cellular phones; earphones for cellular phones; battery for cellular phones; cases specially adapted for battery charger



Katherine Kelly Vidal

**Director of the United States
Patent and Trademark Office**

for cellular phones; in-ear headphones; headphones; cases specially adapted for headphone; hands free kits for telephones; hands free kits for cellular phones; smartwatches; protective films adapted for smartphones; selfie sticks, being hand-held monopods; personal digital assistants, being PDAs; ear pads for headphones; downloadable emoticons for mobile phones; stands adapted for laptops; wearable computers; foldable smartphones; wireless speaker microphones; smart audio speakers; wearable audio speakers; selfie ring lights for smartphones; mobile phone screen protectors; mobile phone ring holders; mobile phone ring stands; headsets; portable power chargers; holders adapted for mobile telephones and smartphones; in-car telephone handset cradles; portable audio speakers; cooling pads for laptop computers; dashboard mats specially adapted for holding mobile telephones and smartphones; cases adapted for cameras; photographic cameras; digital cameras; television cameras; camcorders; cases especially made for photographic apparatus and instruments; lanyards, namely, camera straps; digital photo frames; cases adapted for exposed slide films; photographic slides; video screens; home theater multimedia projectors; protective helmets for sports; riding helmets; gloves for divers; visors for helmets; headgear being protective helmets; protective industrial face masks, not for medical purposes; blank audio-video recordable compact discs and DVDs; holders and cases specially adapted for compact discs and DVDs; protective carrying cases for portable digital music players; protective cases adapted for portable music and video players; digital audio players; loudspeakers; compact disc players; cases adapted for CD players; DVD recorders; DVD players; cases adapted for DVD players; portable MP3 players; cases for portable MP3 players; protective covers specially adapted for portable MP3 players; portable compact disc music players; prerecorded magnetic tapes, cartridges and disks featuring fashion and art; walkie-talkies; antennas; audiovisual teaching apparatus, namely, audiovisual recordings featuring music and animation; x-ray films, exposed; transmitters of electronic signals; television apparatus for projection purposes; downloadable electronic publications, namely, books, magazines and newsletters in the field of fashion, luxury apparel and fashion accessories; blank magnetic data carriers and recording discs; prerecorded audio discs featuring fashion and art; prerecorded DVDs featuring fashion and art; blank magnetic audio and video tapes and blank sound recording carriers in the nature of CDs; video recorders; blank video cassettes and USB flash drives; electronic key fobs being remote control apparatus; teaching robots; USB web keys for automatically launching pre-programmed website URLs; USB dongles being wireless network adapters; blank credit card-style USB flash drives; time clocks, being time recording devices; thread counters; rulers, being measuring instruments; electric measuring devices, namely, electric lasers for measuring; barometers; calculating machines; pocket calculators; chronographs for use as specialized time recording apparatus; scales; pedometers; navigation apparatus for vehicles, being on-board computers; magnetically encoded key cards; electronic agendas; cases adapted for electronic agenda; covers adapted for electronic agendas; hologram apparatus; electronic interactive whiteboards; interactive touch screen terminals; decorative magnets; electronic pens, being visual display units; lanyards, being straps especially adapted for holding cellular phones, MP3 players, cameras, video cameras, eyeglasses, sunglasses, magnetic encoded identity cards; telecommunication apparatus in the nature of wireless receivers in the form of jewellery; climate control digital thermostats; padlocks, electronic; weight belts for divers; earpieces for remote communication; parking sensors for vehicles; ticket printers; video projectors; downloadable electronic wallet software for sending and receiving money and payments; credit card terminals; biometric passports; electronic biometric passports; biometric identity cards; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; downloadable educational software for children

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings in the nature of furniture trimmings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; bags, namely, handbags; handbags; evening purses, being handbags; reusable shopping bags; leather shopping bags; wheeled shopping

bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling luggage sets, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; conference folders, namely, briefcase-type leather business folders; conference portfolios, namely, briefcase-type portfolios; tote bags; motorized suitcases; baggage tags; baggage tags of paper, not being claim check tags; credit card cases, being fitted holders; handbag frames for bags, being structural parts of bags; reusable carry-all bags; toiletry bags sold empty, not fitted; suitcase packing organizers in the nature of packing cubes; sew-on tags of leather for clothing; adhesive tags of leather for purses; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying infants; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, sleeved or sleeveless jackets, heavy jackets, lightweight jackets, bomber jackets, reversible jackets, rain jackets, leather jackets, padded jackets, wind-resistant jackets, waterproof jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters, furs, gabardines being pants, aprons, ski masks; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps being headwear, and golf cleats; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely, caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being clothing; cloth bibs; layettes, being clothing; cloth bibs, sleeved; snap crotch shirts for infants and toddlers; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes; mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for

snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, money belts, collars; mittens; ski gloves; snowboard gloves; braces, being suspenders, for clothing; suspenders, being braces, for clothing; parts of clothing, namely, waistbands; sashes for wear; boas, being necklets; mufflers, being neck scarves; face masks being headwear, not for medical or sanitary purposes; cycling gloves; driving gloves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; adhesive bras; corsets, being underclothing; bodices, being lingerie; foundation garment girdles; teddies, being underclothing; sleep masks; caps being headwear; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing; visors being headwear

CLASS 35: Retail and wholesale store services and online retail and wholesale store services featuring detergents, soaps, hair lotions, non-medicated cosmetics and toiletry preparations, non-medicated dentifrices, perfumery, essential oils, cleaning preparations; retail and wholesale store services and online retail and wholesale store services featuring candles, eyeglasses, sunglasses, anti-glare glasses, ski goggles, goggles for use in sport, swimming goggles, eyeglass and sunglass cases, eyeglass and sunglass lenses, eyeglass and sunglass frames; retail and wholesale store services and online retail and wholesale store services featuring of eyeglass and sunglass chains, eyeglass and sunglass cords; retail and wholesale store services and online retail and wholesale store services featuring binocular cases, magnifying glass cases, cases adapted for personal computers, cases adapted for hand-held computers, carrying cases adapted for computers, protective cases for tablet computers, cases for laptops, carrying cases for radio pagers, radio cases, cases adapted for cellular phones, protective cases for smartphones, protective cases for electronic book readers, battery charger cases for cellular phones, headphone cases, cases adapted for cameras, cases especially made for photographic apparatus and instruments, protective carrying cases for portable music players, music and video player cases, cases adapted for CD players, cases adapted for DVD players, cases for portable MP3 players, credit card cases being fitted holders, cases for electronic agenda, covers for tablet computers, covers adapted for cellular phones, protective covers for smartphones, covers for portable MP3 players, covers for electronic agendas, cordless telephone holders, holders and cases for compact discs and DVDs; retail and wholesale store service and online retail and wholesale store services featuring optical lenses; retail and wholesale store services and online retail and wholesale store services featuring apparatus and instruments for recording, transmitting, reproducing or processing sound, images or data, recorded and downloadable media, computer software, blank digital or analogue recording and storage media, mechanisms for coin-operated apparatus, calculating devices, computers and computer peripheral devices, diving suits, divers' masks, ear plugs for divers, nose clips for divers and swimmers, gloves for divers, breathing apparatus for underwater swimming; retail and wholesale store services and online retail and wholesale store services featuring apparatus for lighting, lamps, precious metals and their alloys, jewellery, precious and semi-precious stones, horological and chronometric instruments, key rings, key fobs, key cases, key holders, key bags; retail and wholesale store services and online retail and wholesale store services featuring paper and cardboard, printed matter, photographs, stationery and office requisites, adhesives for stationery or household purposes, drawing materials and material for artists, paintbrushes; retail and wholesale store services and online retail and wholesale store services featuring bags, cases and holders being leatherware, leatherware, leather and imitations of leather, animal skins and hides, luggage and carrying bags, umbrellas and parasols, walking sticks, whips, harness and saddlery, collars, leashes and clothing for animals; retail and wholesale store services and online retail and wholesale store services featuring furniture, mirrors, picture frames, ropes and string, nets, tents and tarpaulins, awnings of textile or synthetic

materials, sails, sacks for the transport and storage of materials in bulk; retail and wholesale store services and online retail and wholesale store services featuring textiles and substitutes for textiles, household linen, curtains of textile or plastic, bed throws, table cover, clothing, footwear, headwear; retail and wholesale store services and online retail and wholesale store services featuring lace, braid and embroidery, and haberdashery ribbons and bows, buttons, hooks and eyes, pins and needles, artificial flowers, hair decorations, false hair, carpets, rugs, mats and matting, wall hangings; retail and wholesale store services and online retail and wholesale store services featuring games, toys and playthings, video game apparatus, gymnastic and sporting articles, decorations for Christmas trees, smokers' articles; presentation of goods on communication media, for retail purposes, namely, providing television home shopping services in the field of general consumer merchandise; providing commercial information and advice for consumers in the choice of products and services; sales promotion for others; outsourcing services, namely, business assistance; procurement services for others, namely, arrangement procurement of fashion and luxury apparel and accessories for other businesses; demonstration of goods; shop window dressing; sponsorship search; business inquiries; providing business information; administrative processing of purchase orders; advertising services, namely, organization and management of customer loyalty programs for others; business administration of consumer loyalty programs; auctioneering; commercial administration of the licensing of the goods and services of others; provision of an online marketplace for buyers and sellers of goods and services; providing business information via a website; organization of fashion shows for promotional purposes; organization of events, exhibitions, trade fairs and fashion shows for commercial, promotional and advertising purposes; organization of trade fairs for commercial or advertising purposes; organization of advertising events; advertising services, namely, arranging and conducting of promotional and marketing events; event marketing; reception services for visitors being office functions, namely, greeting visitors in offices and telephone answering services in offices; news clipping services; public relations; online advertising on a computer network; advertising services, namely, advertising of goods and services on the Internet and by means of mobile telephony services and by electronic mail; bill-posting; rental of advertising space; publicity material rental; dissemination of advertising matter; advertising agency services; modelling for advertising or sales promotion; writing of publicity texts; publication of publicity texts; advertising services, namely, promoting the sale of fashion goods for third parties through promotional articles in magazines; distribution of samples; distribution and dissemination of advertising materials, namely, leaflets, prospectuses, printed material and samples; advertising planning services; promotional marketing services; product merchandising for others; search engine optimization for sales promotion; website traffic optimization; business consultancy regarding advertising communication strategies; business consultancy regarding public relations communication strategies; social media strategy and marketing consultancy focusing on helping clients create and extend their product and brand strategies by building virally engaging marketing solutions; outdoor advertising; media relations services; corporate communications services, namely, corporate public relations services; commercial lobbying services; layout services for advertising purposes; direct mail advertising services; advertising services to create brand identity for others; promotion of goods of others through influencers; business management and organization consultancy; business consultancy and advisory services in the field of business strategy; business management consultancy relating to strategy, marketing, production, personnel and retail sale matters; business management assistance; marketing services, namely, marketing strategy planning; business advice in the field of business management and marketing; business information; marketing research; market research studies; business investigations; public opinion polling; targeted marketing services; marketing in the framework of software publishing; influencer marketing services; business consulting services for digital transformation; providing an on-line commercial information directory on the Internet; compiling indexes of information for commercial or advertising purposes; business administrative services for the relocation of businesses; business auditing; business management of hotels; promotion of goods and services through sponsorship of sports events; market

intelligence services; gift registry services

The colors yellow and black are claimed as a feature of the mark.

The mark consists of a black rectangle. In the center of the rectangle are two concentric circles in yellow. To the left and right of the circle designs is a yellow rectangle with a light yellow line in its interior. The color gray in the mark merely represents transparent background and is not claimed as a feature of the mark.

PRIORITY DATE OF 05-09-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1719585 DATED 09-28-2022, EXPIRES 09-28-2032

SER. NO. 79-365,583, FILED 09-28-2022

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,282,624**

**Registered Jan. 23, 2024**

**Int. Cl.: 9, 18, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

MONCLER S.P.A. (ITALY JOINT STOCK COMPANY)
VIA STENDHAL, 47
I-20144 MILANO
ITALY

CLASS 9: Eyeglasses; sunglasses; anti-glare glasses; goggles for sports; swimming goggles; eyeglass and sunglass cases; eyeglass and sunglass lenses; eyeglass and sunglass frames; eyeglass and sunglass chains; eyeglass and sunglass cords; optical correcting lenses; contact lenses; containers for contact lenses; ski goggles; spectacle cases; optical lenses; binoculars; binocular cases; monocles; telescopes; optical prisms for optics purposes; magnifying glasses; magnifying glass cases; smartglasses; 3D spectacles; downloadable electronic game software for cellular phones; downloadable electronic game software for hand held electronic devices; computer game software, recorded; downloadable computer game programs; computer software, recorded, for playing video games; computer programs, downloadable, for playing video and computer games; blank floppy computer disks; computer software platforms, recorded and downloadable, for playing video games; downloadable graphics for mobile phones; computer screen saver software, recorded and downloadable; computer game software, downloadable; headsets for playing video games; head-mounted video displays; personal computers; cases adapted for personal computers; notebook computers; hand-held computers; cases adapted for hand-held computers; carrying cases adapted for computers; tablet computers; protective cases for tablet computers; covers for tablet computers; laptop computers; protective cases for laptops; bags adapted for laptops; sleeves for laptops; docking stations for laptops; wrist rests for use with computers; computer mice; mouse pads; computer keyboards; document printers for use with computers; computer peripheral devices; monitors, being computer hardware; carrying cases for radio pagers; protective cases adapted for radios; radios; mobile phones; lanyards, being straps, for cellular phones; covers adapted for cellular phones; cases adapted for cellular phones; antennas for cellular phones; cellular phones; smartphones; protective covers for smartphones; protective cases for smartphones; electronic pagers; electronic book readers; protective cases for electronic book readers; cordless telephones; holders specially adapted for cordless telephones; telephone receivers; telephone apparatus; video telephones; cell phone straps; batteries for cellular phones; microphones for cellular phones; loudspeakers for cellular phones; earphones for



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**

cellular phones; battery for cellular phones; cases specially adapted for battery charger for cellular phones; in-ear headphones; headphones; cases specially adapted for headphone; hands free kits for telephones; hands free kits for cellular phones; smartwatches; protective films adapted for smartphones; selfie sticks, being hand-held monopods; personal digital assistants, being PDAs; ear pads for headphones; downloadable emoticons for mobile phones; stands adapted for laptops; wearable computers; foldable smartphones; wireless speaker microphones; smart audio speakers; wearable audio speakers; selfie ring lights for smartphones; mobile phone screen protectors; mobile phone ring holders; mobile phone ring stands; headsets; portable power chargers; holders adapted for mobile telephones and smartphones; in-car telephone handset cradles; portable audio speakers; cooling pads for laptop computers; dashboard mats specially adapted for holding mobile telephones and smartphones; cases adapted for cameras; photographic cameras; digital cameras; television cameras; camcorders; cases especially made for photographic apparatus and instruments; lanyards, namely, camera straps; digital photo frames; cases adapted for exposed slide films; photographic slides; video screens; home theater multimedia projectors; protective helmets for sports; riding helmets; gloves for divers; visors for helmets; headgear being protective helmets; protective industrial face masks, not for medical purposes; blank audio-video recordable compact discs and DVDs; holders and cases specially adapted for compact discs and DVDs; protective carrying cases for portable digital music players; protective cases adapted for portable music and video players; digital audio players; loudspeakers; compact disc players; cases adapted for CD players; DVD recorders; DVD players; cases adapted for DVD players; portable MP3 players; cases for portable MP3 players; protective covers specially adapted for portable MP3 players; portable compact disc music players; prerecorded magnetic tapes, cartridges and disks featuring fashion and art; walkie-talkies; antennas; audiovisual teaching apparatus, namely, audiovisual recordings featuring music and animation; x-ray films, exposed; transmitters of electronic signals; television apparatus for projection purposes; downloadable electronic publications, namely, books, magazines and newsletters in the field of fashion, luxury apparel and fashion accessories; blank magnetic data carriers and recording discs; prerecorded audio discs featuring fashion and art; prerecorded DVDs featuring fashion and art; blank magnetic audio and video tapes and blank sound recording carriers in the nature of CDs; video recorders; blank video cassettes and USB flash drives; electronic key fobs being remote control apparatus; teaching robots; USB web keys for automatically launching pre-programmed website URLs; USB dongles being wireless network adapters; blank credit card-style USB flash drives; time clocks, being time recording devices; thread counters; rulers, being measuring instruments; electric measuring devices, namely, electric lasers for measuring; barometers; calculating machines; pocket calculators; chronographs for use as specialized time recording apparatus; scales; pedometers; navigation apparatus for vehicles, being on-board computers; magnetically encoded key cards; electronic agendas; cases adapted for electronic agenda; covers adapted for electronic agendas; hologram apparatus; electronic interactive whiteboards; interactive touch screen terminals; decorative magnets; electronic pens, being visual display units; lanyards, being straps especially adapted for holding cellular phones, MP3 players, cameras, video cameras, eyeglasses, sunglasses, magnetic encoded identity cards; telecommunication apparatus in the nature of wireless receivers in the form of jewellery; climate control digital thermostats; padlocks, electronic; weight belts for divers; earpieces for remote communication; parking sensors for vehicles; ticket printers; video projectors; downloadable electronic wallet software for sending and receiving money and payments; credit card terminals; biometric passports; electronic biometric passports; biometric identity cards; baby monitors; audio baby monitors; video baby monitors; baby scales; protective helmets for children; downloadable educational software for children

CLASS 18: Boxes of leather or leatherboard; cases of leather or leatherboard; straps of leather, being saddlery; business card cases, being notecases; credit card cases, being wallets; calling card cases; furniture coverings in the nature of furniture trimmings of leather; business card cases; document cases; labels of leather; clothing for pets; collars for pets; bags for carrying animals; bags, namely, handbags; handbags; evening purses,

being handbags; reusable shopping bags; leather shopping bags; wheeled shopping bags; duffle bags; waist bags; Boston bags; shoulder bags; travelling trunks; beach bags; clutch bags; attaché cases; school bags; school satchels; schoolchildren's backpacks; randsels, being Japanese school satchels; bags for sports; garment bags for travel; purses; wallets; pocket wallets; carrying cases for documents; key cases; key bags; key wallets; briefcases; pouches, of leather, for packaging; luggage; pouches for holding make-up, keys and other personal items; shoe bags for travel; all-purpose sports bags; saddle bags; knapsacks; backpacks; rucksacks; haversacks; overnight suitcases; trunks, being luggage; vanity cases, not fitted; hat boxes for travel not of paper or cardboard; hat boxes of leather; handbag frames; key cases of leather; shoulder belts, being straps, of leather; leather straps; pouches of leather; suitcases; suitcases with wheels; travelling luggage sets, being leatherware; travelling bags of leather; all-purpose carrying bags for campers; all-purpose carrying bags for climbers; conference folders, namely, briefcase-type leather business folders; conference portfolios, namely, briefcase-type portfolios; tote bags; motorized suitcases; baggage tags; baggage tags of paper, not being claim check tags; credit card cases, being fitted holders; handbag frames for bags, being structural parts of bags; reusable carry-all bags; toiletry bags sold empty, not fitted; suitcase packing organizers in the nature of packing cubes; sew-on tags of leather for clothing; adhesive tags of leather for purses; sling bags for carrying infants; slings for carrying infants; pouch baby carriers; backpacks for carrying infants; infant carriers worn on the body; umbrellas for children; reins for guiding children; umbrellas; parasols; walking sticks; mountaineering sticks; harness fittings; golf umbrellas; umbrella covers; hiking sticks; trekking sticks

CLASS 25: Clothing, namely, jackets, sleeved or sleeveless jackets, heavy jackets, lightweight jackets, bomber jackets, reversible jackets, rain jackets, leather jackets, padded jackets, wind-resistant jackets, waterproof jackets, stuff jackets, jerseys, wristbands, headbands, veils, tops, knitwear in the nature of shirts, dresses, sweaters, furs, gabardines being pants, aprons, ski masks; down jackets; sleeveless down jackets; sports jackets; ski jackets; snowboard jackets; long jackets; windcheaters; ski windcheaters; snowboard windcheaters; anoraks, being parkas; down anoraks; parkas; down parkas; fur jackets; waistcoats; waistcoats with removable lining; overcoats; coats; fur coats; raincoats; cardigans; pullovers; shirts; T-shirts; polo shirts; sport shirts; undershirts; shirts for wear with suits; chemises; camisoles; blouses; blousons; sweatshirts; sweaters; jumpers, being pullovers; sports jerseys; trousers; ski pants; snowboard pants; ski trousers; shorts; Bermuda shorts; jeans; skirts; skorts; work overalls; clothing for gymnastics, namely, shoes, leotards, leggings, tights; jogging suits; jogging trousers; training suits; track suits; ski suits; snowboard suits; suits; dresses for women; evening dresses; gowns; blazers; formal wear, namely, dresses, tuxedos, dinner jackets, footwear; petticoats; corselets; twin sets; leggings, being trousers; leggings, being leg warmers; leg warmers; dungarees; ponchos; wedding dresses; ready-made clothing, namely, shirts, tops and dresses; outer clothing, namely, coats, gloves, hats and scarves; masquerade costumes; tank-tops; hosiery; clothing of leather or imitations of leather, namely, pants, shirts, shorts, jackets, shoes, headwear, jackets, belts and dresses; waterproof clothing, namely, pants, shirts, shorts, footwear, jackets and dresses; pants; sweat pants; pelerines; pinafore dresses; tuxedos; romper suits; leotards; slacks; tunics; school uniforms; athletic uniforms; breeches for wear; golf clothing, other than gloves, namely, pants, shorts, shirts, caps being headwear, and golf cleats; cuffs; dance clothing, namely, slippers, shoes, costumes and pants; smocks; bathing caps; swimming caps; beach cover-ups; beach clothes, namely, bathing suits, shoes and swim shorts; swimsuits; bathing drawers as clothing; bathing trunks; bikinis; bath robes; pareus; clothing for children, namely, pants, shirts, shorts and dresses; footwear for children; headwear for children, namely, caps, hats, toques; footwear for babies and toddlers; headwear for babies and toddlers, namely, caps, hats, knitted caps; babies' pants, being clothing; layettes, being clothing; cloth bibs, sleeved; snap crotch shirts for infants and toddlers; padded sleepsuits for babies; down padded sleepsuits for babies; baby bodysuits; footmuffs, not electrically heated; socks; stockings; tights; sports socks; panty hose; unitards; garters; sock suspenders; stocking suspenders; shoes; leather shoes; sports shoes; gymnastic shoes; beach shoes;

mountaineering shoes; running shoes; ski footwear; after ski footwear; footwear for snowboarding; rain footwear; sneakers; slippers; bath slippers; sandals; bath sandals; flip-flops, being footwear; soles for footwear; footwear uppers; boots; half-boots; lace boots; rain boots; ski boots; after ski boots; snowboard boots; boots for sports; horse-riding boots; clogs; overshoes; scarves; cloaks; shawls; stoles; fur stoles; bandanas, being neckerchiefs; clothing articles, namely, foulards; neckties; bow-ties; ascots; neckerchiefs; pocket squares; clothing, namely, neck warmers; clothing, namely, gloves, muffs, belts, money belts, collars; mittens; ski gloves; snowboard gloves; braces, being suspenders, for clothing; suspenders, being braces, for clothing; parts of clothing, namely, waistbands; sashes for wear; boas, being necklets; mufflers, being neck scarves; face masks being headwear, not for medical or sanitary purposes; cycling gloves; driving gloves; underwear; singlets; sport singlets; slips, being undergarments; panties; underpants; drawers, being clothing; briefs; boxer briefs; pyjamas; dressing gowns; nightgowns; vests; brassieres; adhesive bras; corsets, being underclothing; bodices, being lingerie; foundation garment girdles; teddies, being underclothing; sleep masks; caps being headwear; hats; cap peaks; caps with visors; berets; hoods, being clothing; ear muffs, being clothing; visors being headwear

CLASS 35: Retail and wholesale store services and online retail and wholesale store services featuring detergents, soaps, hair lotions, non-medicated cosmetics and toiletry preparations, non-medicated dentifrices, perfumery, essential oils, cleaning preparations; retail and wholesale store services and online retail and wholesale store services featuring candles, eyeglasses, sunglasses, anti-glare glasses, ski goggles, goggles for use in sport, swimming goggles, eyeglass and sunglass cases, eyeglass and sunglass lenses, eyeglass and sunglass frames; retail and wholesale store services and online retail and wholesale store services featuring of eyeglass and sunglass chains, eyeglass and sunglass cords; retail and wholesale store services and online retail and wholesale store services featuring binocular cases, magnifying glass cases, cases adapted for personal computers, cases adapted for hand-held computers, carrying cases adapted for computers, protective cases for tablet computers, cases for laptops, carrying cases for radio pagers, radio cases, cases adapted for cellular phones, protective cases for smartphones, protective cases for electronic book readers, battery charger cases for cellular phones, headphone cases, cases adapted for cameras, cases especially made for photographic apparatus and instruments, protective carrying cases for portable music players, music and video player cases, cases adapted for CD players, cases adapted for DVD players, cases for portable MP3 players, credit card cases being fitted holders, cases for electronic agenda, covers for tablet computers, covers adapted for cellular phones, protective covers for smartphones, covers for portable MP3 players, covers for electronic agendas, cordless telephone holders, holders and cases for compact discs and DVDs; retail and wholesale store service and online retail and wholesale store services featuring optical lenses; retail and wholesale store services and online retail and wholesale store services featuring apparatus and instruments for recording, transmitting, reproducing or processing sound, images or data, recorded and downloadable media, computer software, blank digital or analogue recording and storage media, mechanisms for coin-operated apparatus, calculating devices, computers and computer peripheral devices, diving suits, divers' masks, ear plugs for divers, nose clips for divers and swimmers, gloves for divers, breathing apparatus for underwater swimming; retail and wholesale store services and online retail and wholesale store services featuring apparatus for lighting, lamps, precious metals and their alloys, jewellery, precious and semi-precious stones, horological and chronometric instruments, key rings, key fobs, key cases, key holders, key bags; retail and wholesale store services and online retail and wholesale store services featuring paper and cardboard, printed matter, photographs, stationery and office requisites, adhesives for stationery or household purposes, drawing materials and material for artists, paintbrushes; retail and wholesale store services and online retail and wholesale store services featuring bags, cases and holders being leatherware, leatherware, leather and imitations of leather, animal skins and hides, luggage and carrying bags, umbrellas and parasols, walking sticks, whips, harness and saddlery, collars, leashes and clothing for animals; retail and wholesale store services and online retail and wholesale store services featuring furniture, mirrors, picture

frames, ropes and string, nets, tents and tarpaulins, awnings of textile or synthetic materials, sails, sacks for the transport and storage of materials in bulk; retail and wholesale store services and online retail and wholesale store services featuring textiles and substitutes for textiles, household linen, curtains of textile or plastic, bed throws, table cover, clothing, footwear, headwear; retail and wholesale store services and online retail and wholesale store services featuring lace, braid and embroidery, and haberdashery ribbons and bows, buttons, hooks and eyes, pins and needles, artificial flowers, hair decorations, false hair, carpets, rugs, mats and matting, wall hangings; retail and wholesale store services and online retail and wholesale store services featuring games, toys and playthings, video game apparatus, gymnastic and sporting articles, decorations for Christmas trees, smokers' articles; presentation of goods on communication media, for retail purposes, namely, providing television home shopping services in the field of general consumer merchandise; providing commercial information and advice for consumers in the choice of products and services; sales promotion for others; outsourcing services, namely, business assistance; procurement services for others, namely, arrangement procurement of fashion and luxury apparel and accessories for other businesses; demonstration of goods; shop window dressing; sponsorship search; business inquiries; providing business information; administrative processing of purchase orders; advertising services, namely, organization and management of customer loyalty programs for others; business administration of consumer loyalty programs; auctioneering; commercial administration of the licensing of the goods and services of others; provision of an online marketplace for buyers and sellers of goods and services; providing business information via a website; organization of fashion shows for promotional purposes; organization of events, exhibitions, trade fairs and fashion shows for commercial, promotional and advertising purposes; organization of trade fairs for commercial or advertising purposes; organization of advertising events; advertising services, namely, arranging and conducting of promotional and marketing events; event marketing; reception services for visitors being office functions, namely, greeting visitors in offices and telephone answering services in offices; news clipping services; public relations; online advertising on a computer network; advertising services, namely, advertising of goods and services on the Internet and by means of mobile telephony services and by electronic mail; bill-posting; rental of advertising space; publicity material rental; dissemination of advertising matter; advertising agency services; modelling for advertising or sales promotion; writing of publicity texts; publication of publicity texts; advertising services, namely, promoting the sale of fashion goods for third parties through promotional articles in magazines; distribution of samples; distribution and dissemination of advertising materials, namely, leaflets, prospectuses, printed material and samples; advertising planning services; promotional marketing services; product merchandising for others; search engine optimization for sales promotion; website traffic optimization; business consultancy regarding advertising communication strategies; business consultancy regarding public relations communication strategies; social media strategy and marketing consultancy focusing on helping clients create and extend their product and brand strategies by building virally engaging marketing solutions; outdoor advertising; media relations services; corporate communications services, namely, corporate public relations services; commercial lobbying services; layout services for advertising purposes; direct mail advertising services; advertising services to create brand identity for others; promotion of goods of others through influencers; business management and organization consultancy; business consultancy and advisory services in the field of business strategy; business management consultancy relating to strategy, marketing, production, personnel and retail sale matters; business management assistance; marketing services, namely, marketing strategy planning; business advice in the field of business management and marketing; business information; marketing research; market research studies; business investigations; public opinion polling; targeted marketing services; marketing in the framework of software publishing; influencer marketing services; business consulting services for digital transformation; providing an on-line commercial information directory on the Internet; compiling indexes of information for commercial or advertising purposes; business administrative services for the relocation of businesses; business auditing; business management of

hotels; promotion of goods and services through sponsorship of sports events; market intelligence services; gift registry services

The trademark consists of an imprint depicting a rectangle with its longer sides horizontal, inside which is inserted, in a central position, a circular figure, said rectangle having inserted inside it, at right and at left, proximate to the shorter sides, two small circular figures partially superimposed upon two small rectangular figures that extend horizontally with their ends exiting from each circular figure to the right and left, so as to evoke a buttonhole and its button.

PRIORITY DATE OF 05-09-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1719623 DATED 09-28-2022, EXPIRES 09-28-2032

SER. NO. 79-365,590, FILED 09-28-2022